AO 442 (Rev. 11/11) Arrest Warrant

# UNITED STATES DISTRICT COURT
for the
District of Columbia

| United States of America | ) |
|---|---|
| v. | ) Case: 1:22-mj-00274 |
| Eric Christie | ) Assigned to: Judge Meriweather, Robin M. |
| | ) Assign Date: 12/13/2022 |
| | ) Description: COMPLAINT W/ ARREST WARRANT |
| Defendant | ) |

## ARREST WARRANT

To: Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay
*(name of person to be arrested)* **Eric Christie**,
who is accused of an offense or violation based on the following document filed with the court:

☐ Indictment   ☐ Superseding Indictment   ☐ Information   ☐ Superseding Information   ☒ Complaint
☐ Probation Violation Petition   ☐ Supervised Release Violation Petition   ☐ Violation Notice   ☐ Order of the Court

This offense is briefly described as follows:

18 U.S.C. § 1752(a)(1) and (b)(1)(A) - Entering and Remaining in a Restricted Building or Grounds with a Deadly Weapon;
18 U.S.C. § 1752(a)(2) and (b)(1)(A)- Disorderly or Disruptive Conduct in Restricted Building or Grounds with a Deadly Weapon;

Date: 12/15/2022

Robin M. Meriweather
Digitally signed by Robin M. Meriweather
Date: 2022.12.15 18:22:13 -05'00'
*Issuing officer's signature*

City and state: Washington, D.C.

Robin M. Meriweather, U.S. Magistrate Judge
*Printed name and title*

---

**Return**

This warrant was received on *(date)* 15 Dec 22, and the person was arrested on *(date)* 22 Dec 22
at *(city and state)* Los Angeles, CA.

Date: 23 Dec 22

*Arresting officer's signature*

Eric Turner, Special Agent
*Printed name and title*