# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | ) | |
| | ) | |
| v. | ) | Case No. 1:23-cr-00005 (APM) |
| | ) | |
| **ERIC CHRISTIE,** | ) | |
| | ) | |
| Defendant. | ) | |

## NOTICE OF APPEARANCE OF COUNSEL

To:   The clerk of court and all authorized parties of record,

I am admitted to practice in this Court; and I appear in this case as counsel for

**DEFENDANT ERIC CHRISTIE**.


Dated January 22, 2023                    Respectfully submitted,

/s/ *Carolyn A. Stewart*
Carolyn A. Stewart, Bar No. FL-0098
Defense Attorney
Stewart Country Law PA
1204 Swilley Rd.
Plant City, FL 33567
Tel: (813) 659-5178
Email: Carolstewart_esq@protonmail.com

## CERTIFICATE OF SERVICE

I hereby certify on the 22nd day of January 2023, a copy of the foregoing was served upon all parties as forwarded through the Electronic Case Filing (ECF) System.

/s/ Carolyn Stewart Esq.
Carolyn Stewart, Esq.