# DECLARATION FOR ERIC CHRISTIE

Yvet Chambers

Sherman Oaks, California

February 6, 2023

Dear Judge Mehta,

Having spent much time with Eric, I know how much he loves America and the Constitution. Eric is a responsible homeowner, a dedicated employee, and a faithful friend. We have been friends since April of 2020 and counting, he continues to be in my thoughts, and I am dedicated to assisting Eric as much as needed during his detention, proceedings, and trial. I ask that you release him from jail. He committed no violent crime and is not a flight risk or person who will not show up for court.

I want to begin on December 22nd, 2022, the nightmarish FBI SWAT event where I came to assist Eric, to make certain I could help, and be present so nobody injured him. Upon my arrival, I had NO chance to help Eric as I was lied to by the FBI's SWAT and CNT (Crisis Negotiator Team that was planned from before the start of the operation), not once but multiple times that horrid day of December 22nd. The FBI lies will have entered any government testimony or recordings by my words on a recorded negotiation line, but where I made NONE of those wordings about guns on my own. Three CNT persons along with Agent Mike, who claimed to be the point-man, all told me what to say, especially repeatedly about guns, and what I could not do (go inside to walk Eric out). They NEVER told me what the true conditions were from their operation (such as the rammed, broken front door, the broken sliding glass doors to his bedroom, the broken skylight, use of tear gas, and a drone and robot inside). I did not know the conditions I was talking to Eric under even though I asked. The CNT kept stressing that I tell Eric to get rid of his two handguns. Eric never said he had them in hand. He never hinted he would use them. The words came from CNT who in retrospect seemed to want words about guns recorded. The FBI showed up prepared to create a crisis that day, and used me as they did so.

Eric called my phone that Thursday morning however my phone was off. Once I turned my phone on, I immediately received a frantic call from Asefeh (also a friend of Eric), who was at the FBI raid scene. She urged me to come, as fast as possible to help Eric, otherwise he would be murdered. I departed in my pajamas immediately. My 5 minute drive filled me with fright. I arrived by approximately 10 a.m. and was brought to the FBI CNT who then told me what to say to Eric.

An attorney was present who was introduced as Eric's attorney. The attorney and I were informed by an FBI Agent that Eric had a traffic or other minor misdemeanor. No misdemeanor in my world needs a SWAT team. With the stress of being in a FBI large raid and SWAT situation, with guns everywhere, I assumed CNT needed my help and wanted to help Eric. My

## DECLARATION FOR ERIC CHRISTIE

intention was to help Eric, but instead, I became a part of a big, gross lie and was used like a puppet against Eric and against my intentions when it came to words about guns.  The anxiety of the intense situation along with my desire to help Eric, compelled me to comply!  I am a mother after all and Eric's friend.  This was a terrible misuse and betrayal of my trust and service.

     CNT injected all the gun talk thru me; they insisted I ask Eric to put any gun(s) down (without any indication he held anything) and come out. I mistakenly assumed and trusted that what the CNT was telling me was true.  The FBI/CNT kept talking about his guns,  kept pressing me about his guns.  Looking back, now I see why Eric responded to me as he did - confused, even annoyed about my asking. Eric had to be wondering why I kept asking about his guns.  He was on a different wavelength , talking about the 2nd Amendment, his right to own guns, and to legally have them in his home. I knew at the time that Eric's response was off from what I was being told, but my own anxiety in the moment left me no time to sort out what the heck was going on as FBI persons kept pressing me to make Eric put away his two guns.  Eric had never threatened anyone. The functioning, intelligent side of my brain under the stress could not believe Eric was in anyway threatening anyone with violence. Violence is absolutely not his character, and I knew Eric would see violence as a particularly stupid maneuver.  Eric has an anxiety disorder of some type, and he is very smart. If his perception was as Asefeh said - that the FBI wanted to kill him - Eric would not give them any excuse. I was unable to sort out the conflicting sides of what the FBI said from what the Eric I know well was saying.

     Additionally, the FBI / CNT kept saying they wanted their officers safe, so I advised they stop what they were doing and let me handle this by walking inside to walk him out since the FBI apparently created the situation and was NOT helping resolve anything. The agents all laughed at me and turned down my offer insisting they had to make the area safe. Safe from what? They were the ones brandishing long guns all over the area. **I was in NO danger,** and neither was anyone else. Eric was being unreasonably attacked where he probably sensed the FBI was lying, as I can see after the fact. He knew that they had sent glass and tear gas flying all over that could have killed or injured him. He knew he had not knowingly committed any crime. His presumption was they wanted to kill him or abduct him where nobody would know where he was. He stayed in his home and castle under this FBI attack. He was not going to fight anyone.

     I continued with the CNT and Mike (who said he was in charge) talking with Eric on their phone regurgitating what CNT told me to say.  I did not have any reason to use the words "put down your guns" except for being told to say that. I did not see Eric with a gun, and I did not see anything at all - just the CNT with me who directed the words, also I only saw the side of another building (not Eric's building), and what appeared to be like 40 FBI and SWAT officers in scary, armored, tactical outfits. My ask of Eric to put away his gun was driven by CNT as if they had a script. They saw nothing because they were with me. They made up the situation. What would I do if CNT did not tell me, coach me as to what to say? I would first ask Eric how are you, what is going on, what has happened, what can I do to help, what do you need?  My

**DECLARATION FOR ERIC CHRISTIE**

narrative was NOWHERE in the conversation. What I wanted to ask Eric was not given space or validity. I was just a puppet, under stress and experiencing anxiety to help my friend. I abhor being lied to and that is what the FBI and its CNT did repeatedly.

During the extended time on the phone with Eric, and with CNT directing me, I was directly told by the head agent (Mike) "Eric is not under arrest, we just want to talk to him," "we only want to question him." I told Eric this information, he asked about this and asked me to promise it is so. I assured Eric he would NOT be arrested or murdered. I assured Eric that Mike was telling me this to my face. I was used like a puppet, manipulating my friend Eric through lies and stories that the FBI would be honorable, when they were NOT honorable. They had set the entire stage with the excessive use of force against a peaceful, decent man known to have anxiety. The FBI's lies were to me and Eric's attorney. His attorney was next to me the majority of the time and would have reacted I believe were we told that Eric was under arrest. Instead, with a gross quantity of heavily armed and armored FBI on the roof, in the street, in the garage, and strutting around the building, I continued speaking to Eric in ignorance of the reality of what the FBI orchestrated on December 22, 2022. There was no need for them to have made Eric think they were there to kill him if he walked outside.

On December 22, 2022, I was used as an unwitting tool against my friend Eric. The FBI demanded that I keep inserting instructions to Eric about his guns when nothing ever showed or indicated from Eric or inside the home that there was an issue. Eric was talking about being able to possess guns under the Constitution. The FBI told me what to say to Eric the whole time and in hindsight I can see they wanted to make things look and sound bad. I was NOT told that they went so far as to have Eric's water shut off, or that they broke open his front door by ramming it and bending the frame so that the lock and bolt ended up on the floor. I was not told they smashed his skylight to bits where glass and tear or pepper-gas was everywhere (which burned the wall and wood floor and made repairs impossible without a respirator). I was not told they smashed the large sliding glass door in his bedroom to bits  - sending glass throughout his whole bedroom including the bed where he would have been injured or killed if there. The dangerous glass shards went into the hall and even on the steps. The FBI took all this action but did not attempt to enter and detain Eric. Instead, they immediately put CNT on the phone calling Eric. None of this makes sense except that it was all a manufactured crisis for show - and to place Eric in jail.

The above was part of the FBI plan because they came prepared with plywood already fitted to cover the bedroom sliding glass doors they smashed. Since when does the FBI premeasure sliding doors and show up with plywood unless the operation was to break them for no reason? I want to highlight that it appears the FBI plan was to use excessive force from the start. They did not knock on the front door - they broke it down. I was used in the puppet role and I was NEVER told anything to assist Eric truthfully. When Eric believed me that he would not be shot dead upon walking out, he then said glass was everywhere, and this confused me.

## DECLARATION FOR ERIC CHRISTIE

Eric was afraid to walk with bare feet on the broken glass…I was lost, why is there broken glass? Eric shared with me that the front door was open, and his window was smashed. I think he said he saw people with guns on his balcony. I then looked at Mike and began asking why I was not made aware of the operations against Eric's home. I know he has anxiety. I added that I was assisting CNT where all my language with Eric did not match what was really happening, and where my asking Eric to do things was without the realization that his home was smashed, damaged, gassed everywhere, and that FBI SWAT were all around and atop his home in every direction, plus a drone and robot!  Gas was in the home making it impossible to be indoors and breathe properly without a respirator, yet I was never told.  Nobody advised me that the use of the noxious pepper gas (or tear gas) in and of itself causes people to not be able to think clearly, raises heartbeat, and causes other negative reactions throughout the body. The FBI didn't inject the pepper gas as part of removing Eric - they never entered with masks when they used the gas against him. Its use can only have been to cause negative responses. Eric never took the bait.

When Eric said he would walk out to where I was waiting, suddenly, I was grabbed by FBI persons and removed from the CNT area. Eric was tackled, handcuffed, and whisked away in a car.  I was left dazed and traumatized by the events I participated in.  I am disgusted and will not stay silent.  The FBI set up the scene, they prolonged the scene, and they never intended to peacefully arrest Eric or search his home. The operation was a show and sham to get Eric in jail.

Let me be clear your honor: Eric never made a threat to anyone, not on December 22, 2022, and never in the years I have known him. If as presented in court in California Eric made a statement about the "FBI better come in shooting" it was because he was not going to, without witnesses present, walk out to be taken away like a terrorist without rights or to be shot to death. Eric thought the FBI behavior proved they wanted to take him in an abduction from America to Guantanamo or kill him; and that was clear from his words and anxiety. No one knocked on Eric's door that morning.  A drone smashed through his skylight and either the drone or an agent dumped a pepper-gas spray can into his home which burned his wall and the wood floor; shooting pepper gas everywhere and making breathing difficult. Glass smashed out as if to kill him, door rammed in, gas poisoning the air, and water turned off: all planned without any reasonable request that Eric self-surrender for a given reason - this all equated to Eric's reality. It was just one terrorizing event after the other in his private home, where outside the FBI lied to his attorney as to anything done or why. Why are FBI agents lying to peaceful Americans and orchestrating violent raids?

At the bond hearing Friday following the FBI's excessive force raid, I heard FBI special agent Eric Turner read from a "log" and give testimony to the judge about guns. This was odd to me as I was with Eric Christie on the call from the CNT phone from about 10 am till he came out around noon, and I never heard Eric Turner say my friend was holding his gun(s) or that he was even walking around his damaged condo with shattered glass everywhere (Eric was upstairs without shoes). From the top of the stairs, he could only see the bathroom door. He could not

**DECLARATION FOR ERIC CHRISTIE**

have pointed a gun at anyone outside what used to be the front door - the angle looked only directly at the bathroom door. The outside of where the front door had been mounted was t an angle of 90 degrees to the landing at the top of the stairs. The FBI in court even lied and said Eric had barricaded himself in the condo. He made no barricade and the pure lie by the FBI shows the office has no credibility.

I am shocked that anyone believed there was the need to shut down a neighborhood and to use a massive FBI SWAT raid just due to a misdemeanor as claimed for traffic, where the FBI denied to me and Eric's attorney that any arrest was to be made. Something was wrong with everything I was told during this FBI raid. The FBI's use of force against an American with no violent history or tendency was unnecessary and egregious while also destructive and traumatic to Eric, me, and others. I went into the home and saw the destruction. I did not sleep for 2 nights, as I re-lived the horror of the FBI's actions, the scary use of force just to show power, with display of their guns and military techniques in our quiet neighborhood against my friend Eric. I am traumatized after being tricked into lying to my friend to manufacture FBI theatrics and false allegations about his intended actions so they can lie to courts. Eric was staying inside to avoid being killed or dragged away to unknown prisons because of either being gay or because he did not want to talk to the FBI when constantly harassed by an agent for months.

Eric is an American citizen who needs your help Judge Mehta to go home, to pick up the pieces, to begin working again and to face these charges but not while in detention. I pray that you will release Eric Christie. He deserves to be released. He is a kind person who has helped me and the community.

Eric Christie assisted me throughout these last years, including a Certified Recall Campaign in Ventura County during 2021, which I ran. As recalls require one to speak with passer-by citizens, Eric came every weekend to assist at a table and collect signatures while comfortably approaching strangers and asking for signatures. He worked well with others and was dedicated to the mission of the Recall. I discovered that Eric had run as a Certified Candidate in the District 4 Council member election, speaking strongly against crime and increased drug activity in District 4.

As I live in District 4, and live under 2 miles from Eric's home, we have shared many meals together and gone to many lectures and classes together. I found Eric to be smart, sharp, and understanding of content quicker than most. I believe this is how he became a valuable employee with a plaque stating his importance to his employer and his dedication to excellent work. Eric can return to his employment but a lengthy detention jeopardizes that.

Eric attends Church with me often at *Godspeaks* in Ventura, and is a Christian and Fellow worshiper of Christ. His caring for others is real, I have listened to Eric explain how he worked with police to rid his previous neighborhood of drug dealers and recently a dear friend of Eric's, Felicia, came to me explaining how Eric was key in helping and supporting her during the

**DECLARATION FOR ERIC CHRISTIE**

challenging, violent, and abusive separation from her husband. Eric is a gay-rights advocate and knows about being abused first-hand. He would never harm a soul because that is not in his character. Eric is a non-violent citizen, and he prefers peace.

Further, Eric has recently become ill with gall stones which cause him much digestive problems. Prior to his detention, Eric was on a program for this problem, and I fear his detention will further harm his physical health given the poor, non-nutritious diet. He is at an age where if the condition worsens, it can require emergency surgery and medical care that is not available.

Please release Eric Christie. I personally will take responsibility for him and his appearances. He has a home, he can go back to work, and he can defend himself with the help of his attorney.

I declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge and recollection.

Signed,

/s/ Yvet Chambers

Yvet Chambers, sui juris