February 5, 2023

Dear Judge Mehta,

Please accept this letter in support of Eric Christie's release on bond, a decision I implore you to make. He is not a danger to anyone, and he will be there for all required court appearances.

I have known Eric for a few years, we became very good friends, and I love him like a brother. I know he would not hurt any law enforcement or anyone. He is deeply rooted in the community and if released will continue to be a peaceful, gentle, valuable member.

Eric and I went to church and different events, and seminars. We have common friends and often go out to eat. I love Eric because he is a kind, caring person, and he loves America. He also loves his mother whom he respects, and he spoke highly of her. She is now frail in her elder years. He was raised to be a decent person and he continues to be a decent person. Eric has a generous, big heart that not everyone knows about because he does not advertise his good deeds. I witnessed many times that Eric helped people in need financially and paid for elder people's food - "people with financial difficulty."

He cares for our community. Eric campaigned as a certified Candidate in the District 4 election for council member. Eric is a devout Christian and was raised in Christianity. His friends consider Eric an asset to the community as he cares for our neighborhoods and the safety of the streets. For example, a while back Eric worked with L.A. police to help clear his previous neighborhood of drug dealers and vagrants who threatened the safety of the community members. Another example: Eric helped a friend out of a violent relationship with an abusive spouse. And Eric is gay and a gay-rights advocate, where he understands the shunning, harm and violence inflicted on those who are gay. His advocacy brings the philosophy of love and nonviolence, despite what is meted out by those who do not accept or outright hate gays.

On the morning of December 22nd, 2022, when the FBI raided his home. I received several calls from Eric. Eric appeared to be in extreme anxiety. He gathered himself to tell me that the FBI was there in a large number to take him away. Over the phone I could hear the FBI banging hard with an object that I later learned was to break in his door. Eric was breathing hard and freaking out, "They are here, they are here, they wanna kidnap me, they wanna hurt me."

I find it hard to believe that nearly two years after investigating January 6, 2021, and getting into all of Eric's records, checking, and credit cards, that the FBI was unaware that Eric had been treated for anxiety. The FBI's actions on December 22, 2022 were the opposite of how you arrest someone with anxiety. They could have mailed him a letter asking that he self- surrender. Eric never attacked or threatened anyone and was not a danger to anyone ever. There was no reason for a violent assault on his home when all the FBI needed to do was ask for his phone and the clothes he wore on January 6, 2021, and that he bring those at self-surrender. I see no reason that Eric would not have admitted he was in D.C. on January 6 and why the FBI instead treated him like an Al Qaida terrorist.

When I got to his home and saw the SWAT team with about forty law enforcement persons, and many vehicles, it felt like I was back in Iran when IRGC attacked people's homes to take them away. The scene was horrible, with streets blocked off, and it seemed designed to trap Eric inside rather than allow him to walk out. The FBI must have wanted to terrify the neighborhood, especially when Eric is such a gentle person and the FBI had to know he had anxiety. The scene took me back to IRGC thugs in Iran and I was extremely stressed.

Looking back, I believe the FBI actions brought on something like Post Traumatic Stress Disorder to me. I became extremely anxious since while I lived in Iran, the IRGC shot my sister when she was at someone else's home, arrested her, and then executed her. After my sister's execution, the IRGC raided and searched my family's home twice. The scene at Eric's condo looked as if I were back in Iran and not in America. The excessive use of force raid against Eric scared me and made me think back to Iran abuses. Eric is a kind, gentle man with anxiety who had never harmed or threatened anyone but here was a large, armed raid with law enforcement wearing armor and resembling the IRGC. The FBI actions created what seemed to me like a stage for them to shoot Eric, which was what the IRGC did to my sister before jailing her and then the government executing her where she had never hurt anyone.

I wanted to help Eric so I jaywalked to get closer to the condo area to let the FBI know that they needed to wait until Eric's attorney, George, got there. Instead of helping, a female officer told me that I was detained for jaywalking. She ordered me not to move and remain where I was. I informed her that I was Eric's friend. She called FBI agents over, and at the same time, Eric called me. Eric had called me to find out if I was there outside and ask what was going on.

When the FBI realized Eric was on the phone with me, 5 of the FBI agents surrounded me and got right up to my face to try to listen. It was horrible. An agent demanded that I ask Eric if he had any guns. The person who initiated any mention of guns on December 22, 2022 was the FBI agent. He wanted guns to be part of the conversation while Eric had not said anything about guns. The FBI created the issue of Eric's legally owned guns as an issue even though we know from reading about January 6 cases across America that many defendants legally own guns. In Eric's case, the FBI as I view it in retrospect, deliberately planted the gun question because they knew he was a Second Amendment advocate. Eric was on record as owning a gun and had registered his handgun(s).

The question about guns made me associate with Iran and think that Eric might kill himself rather than be subjected to the new form of IRGC here. I even wondered if the FBI was trying to get Eric to kill himself. I want to be clear that my PTSD symptoms led to my assessment because of the FBI encouragement of gun talk. Eric never said anything about harming himself or anyone else. l imagined the worst of everything. l ended the call. I did not want to say out loud that Eric might kill himself because I believed the FBI would try to get that to happen. Nothing about the FBI raid made any sense for America and a peaceful man as the subject. Instead, I said "he is going to shoot you" so that the FBI would stop its aggressive action. Eric never said he would shoot anyone - I wanted the FBI to stop taunting Eric who was in a panic. I did not know any other way to help Eric and did not want to remain silent as many did in Iran while IRGC killed people.

After I disconnected the call with Eric, I also told the FBI agent, a male "agent in charge," that they needed to wait for Eric's attorney George, and a close friend, Yvet. I think I was in tears and terrified and told them that Eric was having a nervous breakdown and is very scared and that Eric thought they were there to hurt or kidnap him. I assured the agent that Yvet, another close friend of Eric, and Eric's attorney George were on their way there and would arrive in 15 minutes.

I also remember telling the FBI agent who said he was in charge that we don't want anybody to get hurt and that if anything happened to Eric they would be responsible. Suddenly the agent grabbed my phone. I was shocked. I asked, "why did you grab my phone," and I told him that he had "stolen my property," and that is unlawful. When I said, "Give back my phone," he replied, "you are recording us." I informed him that I was not, and said, "Why would recording you make you so nervous that you unlawfully steal my phone?" He replied it was not unlawful. I demanded my phone back, and I offered I would unlock my phone for him to see that I was not recording. Once he realized that I was not recording my conversation with them, he told the lady FBI agent "get her out of here and give her the phone back."

I firmly believe they were there to ki1 Eric or cause a confrontation by their planned tactics. My belief is backed by their awful actions that included breaking in Eric's front door, breaking into Eric's bedroom glass door, smashing the glass skylight, flying a drone inside his condo, and launching tear gas inside. They had no idea that Eric was not in the bedroom when they sent shattered glass flying into the room and onto the bed. There was no reason to not have just knocked on the front door. I became near hysterical when I saw that the situation appeared arranged to hurt Eric even before knowing all the abuse the FBI did. The tone of voice and demeanor gave off a sense that the FBI was trying to hurt Eric.

Once Eric's attorney George arrived I heard the FBI tell George that Eric is not under arrest, and they were there because they had a search warrant for a traffic violation "misdemeanor charges." George asked, "since when does the FBI raid people for a traffic violation?" The FBI agent replied that they also wanted to question Eric about January 6. He said <u>Eric is not under arrest and they will take him to ask him a few questions and Eric will be free to go home that same afternoon.</u> The FBI as we now know outright lied to Eric's attorney and close friends. Why didn't the FBI just speak the truth? They could have knocked on the door and said politely "you are under arrest, come out, and we have a search warrant." Instead, they blew out glass that could have killed Eric, rammed his door in, and refused to speak truthfully all the while knowing they were raising Eric's anxiety by the non-sensical force and lies.

George asked for a copy of the search warrant and the FBI agent did not have a hard copy. George informed them that Eric wanted and was entitled to see a hard copy. For a forty-plus person team that arrived incredibly with negotiators to make an arrest and search, it took the FBI 30 to 45 minutes to produce a copy. It did not appear their purpose was to peacefully search anywhere.

Eric was so anxious and stressed with the use of force and FBI scene that before he came out he called me and asked me if it was safe to come out. He said Yvet told him it is safe, but he wanted to speak with me and make sure that he will be safe and that the FBI agents would not shoot him.

I want to highlight that for the multiple times Eric called me on December 22, 2022 that he did not ever threaten anyone and especially not the FBI and any Law Enforcement. In fact, Eric was extremely worried that the FBI and/or Law Enforcement intended to shoot and kill him. Despite his perceived threat against his life, Eric never threatened harm or a return fight. He is non-violent. He did not want to walk out and be shot dead in front of his home.

Please release Eric. His friends like me need his caring words and presence. We are grief stricken that he is in jail. Eric is not a criminal. He needs to be at work. He will always remain peaceful, and he will obey all court orders.

Sincerely,

Asefeh Shirafkan