## DECLARATION OF MICHAEL CHRISTIE

I, Michael Christie, do hereby depose and state as follows:

1. I am a Michael Christie (Eric Christie's only and younger brother). This declaration is submitted in support of Eric's motion to revoke the magistrate's Detention Order and to release him on personal recognizance or with conditions the Court sees fit. I have personal knowledge of the facts related herein and if called as a witness could testify competently thereto. The purpose of this Declaration is to support the just decision for Eric to be released on bail.

2. Eric and I were born and raised in Clear Lake, Texas. We were blessed to be raised in a loving supportive family, and in a great community around the NASA Johnson Space Center - where our father worked as a highly recognized NASA engineer. Our mother was a stay-at-home-mother.

3. Eric moved to the Los Angeles area after high school to experience a different city and take advantage of our extended family that lived in the Los Angeles area. Due to California's high cost of living, Eric moved back to Clear Lake in 1993 to improve his financial position. However, our father died of a sudden heart attack and in 1994, we moved back to the Los Angeles area so we could be closer to our extended family. Eric has resided in Los Angeles ever since (~40 years).

4. Since relocating permanently to the Los Angeles area, Eric pursued several jobs before finally settling into his current stable career in commercial loan workouts, where he has excelled for approximately 20 years. As a result of Eric's stable career, he was able to reach his goal of owning real estate. He purchased a duplex in a low-income area of South Los Angeles, where he lived in one unit and rented out the second unit. In addition to Eric being a responsible landlord, Eric provided crucial support to law enforcement to combat dangerous drug and other illegal activity that was occurring on or near his block and surrounding area. However, after a few years of the continued stress of living in his difficult neighborhood in South Los Angeles, Eric decided to sell his duplex, purchase a condominium, and relocate to his current more stable neighborhood. While in his new neighborhood, Eric continued to help improve things locally by trying to alleviate vagrancy and trespassing, which is a growing and continuing problem. Homelessness has increased and people have moved out of commercial areas and started to occupy private property such as outdoor community areas. Eric worked with his condominium's property management to help secure residents and property against theft and trespassers who were occupying the outdoor areas and gaining entry to the parking garage – for which his property manager commends him.

5. Although I am my brother's biggest supporter and am proud of what he has accomplished in all of his hard work – my mother and I were not in agreement with Eric's political views in 2020. That caused friction. There is no need to discuss details of family disagreements on issues and beliefs that divide the country.

6. It has been evident for many years to my mother and me that Eric struggled with obsession with certain issues, not accepting viewpoints of the family without excessive discussion of his knowledge, and anxiety. As in any family, some viewpoints of others need to be considered - but we noted that Eric struggled, and it was more than being stubborn. My mother and I believe that Eric's behavior has roots in some form of high-level functioning autism or Asperger's Syndrome.

7. After Eric was arrested and denied bail – I contacted his employer in Los Angeles, and advised them of the situation. His employer indicated that Eric has been a valued employee for many years and that they would provide as much help as possible as Eric sorts out his legal situation.

8. Eric has never harmed anyone; and believe he is not a flight risk and will show up for court appearances so that he can return to his condominium, career, and community. Consequently, I respectfully ask the Court to release Eric on his recognizance or on conditions of bail.

9. I offer that you might consider releasing Eric under the condition that he receive an autism evaluation to better understand his condition, and to determine appropriate therapy. He can receive none of that in jail. The family has not brought the condition forward before because we saw the symptoms over the years but did not know the cause. We realize that a diagnosis with therapy will help my brother to continue to be a valuable member of society, and achieve his goals while overcoming symptoms such as anxiety and falling into obsessive focus on topics. He is a bright man and hard worker and I ask that you consider his health.

Sworn to this 8th Day of February 2023

_[signature]_

Michael Christie