

EXH 5  View from Landing at bathroom door