

Prowler Inside residents' hallway before going to garage to check cars