FD-1057 (Rev. 5-8-10)

**UNCLASSIFIED**

# FEDERAL BUREAU OF INVESTIGATION
## Electronic Communication

**Title:** (U) Federal grand jury subpoena served to Eric Christie  
**Date:** 02/22/2022

**From:** LOS ANGELES  
    LA-CT-3 SSA C. ZEIGLER)  
    **Contact:** HICKS KYLE ROBERT

**Approved By:** A/SSA Cody J. Crutchley

**Drafted By:** HICKS KYLE ROBERT

**Case ID #:** 266T-LA-3455140-GJ (U) GJ subfile for grand jury material



**Synopsis:** (U) To document federal grand jury subpoena served to Eric Christie

**Enclosure(s):** Enclosed are the following items:
1. (U) Christie Subpoena
2. (U) Proof of Service
3. (U) Photos

**UNCLASSIFIED**

**UNCLASSIFIED**

Title: (U) Federal grand jury subpoena served to Eric Christie
Re: 266T-LA-3455140-GJ, 02/22/2022

4. (U) Photos
5. (U) Photos

**Details:**

On 02/21/2022, at approximately 3:45PM, Special Agent Kyle Hicks and Special Agent Matthew Tarducci (Special Agents) served a Federal Grand Jury Subpoena, in person, to Eric Christie (CHRISTIE) outside of ▇▇▇ ▇▇▇▇▇▇▇▇▇▇ Sherman Oaks, California, as CHRISTIE approached his parked vehicle.

As Special Agents informed CHRISTIE that he was being served with a Federal subpoena, CHRISTIE refused to accept the document and began to quickly walk away from the Special Agents.

Special Agents informed CHRISTIE that he had been served and that the subpoena would be placed on his vehicle. Special Agents then placed the subpoena under the windshield wiper of his known vehicle.

A copy of the subpoena, Proof of Service and photographs are attached as a digital 1A.

♦♦