```
TO: FB02  FROM: CLETS                    10/12/22  16:50:30
4FBM0FB02Z.IY
RE: QYP.CAFBILA00.NAM/CHRISTIE,ERIC.DOB/19661225
RESPONSE TO QYP INQUIRY

DATA IN APPS.
****************** NO HITS FOUND ******************

END APPS RESPONSE.

*** NOTICE: A 'NO HITS' RESPONSE IN APPS INDICATES THE SUBJECT
    IS NOT CURRENTLY LISTED IN THE DATABASE.  THE SUBJECT MAY BE
    PROHIBITED AND/OR MAY BE IN POSSESSION OF FIREARMS.

*******
TO: FB02  FROM: CLETS                    10/12/22  16:50:31
4FBM0FB02Z.IG
CAFBILA00 RE: QGH.CAFBILA00.NAM/CHRISTIE,ERIC.DOB/19661225.CCC/9999

RESPONSE TO QGH INQUIRY

DATA IN AFS.

* DROS - DEALER SALE
SER/DPM4425 MAK/SW SMITH AND WESSON CAL/357
TYP/PR PISTOL   REVOLVER MOD/686 6 M686 SKU150855
DOT/20220301 BBL/7 UOM/IN COL/CHROME/STAINLESS MAT/STNLS STEEL
 *** PURCHASER INFORMATION ***
NAM/CHRISTIE,ERIC ST MARK DOB/19661225 OLN/A2693384
ADR/14806 BURBANK BLVD APT 6
CTY/SHERMAN OAKS ST/CA ZIP/91411 CCC/1900
 *** DEALER INFORMATION ***
DLR/TURNER'S OUTDOORSMAN DID/16582
DDD/19329 VAN OWEN ST
DCY/RESEDA DST/CA DZC/91335 DCC/1900 DTN/818-996-5033
ORI/CA0194200 - LAPD OCA/T1658200992203486
FCN/2742207101325

* DROS - DEALER SALE
SER/BLVR286 MAK/GLC GLOCK,INC CAL/9
TYP/PI PISTOL   SEMI-AUTOMATIC MOD/19
DOT/20200408 BBL/4-02 UOM/IN COL/BLACK MAT/STEEL, POLYMER
 *** PURCHASER INFORMATION ***
NAM/CHRISTIE,ERIC ST MARK DOB/19661225 OLN/A2693384
ADR/200 OAKLEAF DR APT 103
CTY/THOUSAND OAKS ST/CA ZIP/91360 CCC/5600
 *** DEALER INFORMATION ***
DLR/TURNER'S OUTDOORSMAN DID/16578
DDD/18808 BROOKHURST ST
DCY/FOUNTAIN VALLEY DST/CA DZC/92708 DCC/3000 DTN/714-965-5151
ORI/CA0300700 - FOUNTAIN VALLEY PD OCA/T1657800923003732
FCN/3802011602357

* DROS - DEALER SALE
SER/54539928 MAK/SR STURM, RUGER & CO CAL/9
TYP/PR PISTOL   REVOLVER MOD/LCR 5456
DOT/20180211 BBL/1-87 UOM/IN COL/BLACK MAT/STEEL
 *** PURCHASER INFORMATION ***
```

```
NAM/CREST,ERIC ROBERT DOB/19651212 OLN/C2919187
ADR/2845 PARKSQUARE WAY
CTY/POMONA ST/CA ZIP/91767 CCC/1900
 *** DEALER INFORMATION ***
DLR/TURNER'S OUTDOORSMAN DID/16584
DDD/357 N AZUSA AVE
DCY/WEST COVINA DST/CA DZC/91791 DCC/1900 DTN/626-858-8948
ORI/CA0197500 - WEST COVINA PD OCA/T1658400844300934
FCN/3071805302955

* DROS - DEALER SALE
SER/A182037Z MAK/BER BERETTA CAL/9
TYP/PI PISTOL   SEMI-AUTOMATIC MOD/92FS
DOT/20180103 BBL/4-9 UOM/IN COL/BLACK MAT/STEEL, ALLOY
 *** PURCHASER INFORMATION ***
NAM/CREST,ERIC ROBERT DOB/19651212 OLN/C2919187
ADR/2845 PARKSQUARE WAY
CTY/POMONA ST/CA ZIP/91767 CCC/1900
 *** DEALER INFORMATION ***
DLR/TURNER'S OUTDOORSMAN DID/16584
DDD/357 N AZUSA AVE
DCY/WEST COVINA DST/CA DZC/91791 DCC/1900 DTN/626-858-8948
ORI/CA0197500 - WEST COVINA PD OCA/T1658400840401903
FCN/3071801600722

* DROS - PRIVATE PARTY TRANSFER
SER/PDW00194 MAK/US UNITED STATES CAL/0
TYP/RI RIFLE   SEMI-AUTOMATIC MOD/UPH15
DOT/20160503 COL/GREEN
 *** PURCHASER INFORMATION ***
NAM/CREST,ERIC ROBERT DOB/19651212 OLN/C2919187
ADR/2845 PARK SQUARE WAY
CTY/POMONA ST/CA ZIP/91767 CCC/1900
 *** SELLER/TRANSFEROR INFORMATION ***
SNM/CHEN,IRVIN SDB/19630420 SDL/C0703148
SDD/355 SAN ROQUE DRIVE
SCY/WALNUT SST/CA SZC/91789 CCC/1900
 *** DEALER INFORMATION ***
DLR/GUNSLINGERS DID/20337
DDD/1750 S GRAND AVE
DCY/GLENDORA DST/CA DZC/91740 DCC/1900 DTN/626-914-7010
ORI/CA0192600 - GLENDORA PD OCA/ADA401309
MIS/FRAME ONLY
FCN/2581614502154

* DROS - DEALER SALE
SER/DLA00840 MAK/AMT ARCADIA MACHINE TOOL CAL/9
TYP/PI PISTOL   SEMI-AUTOMATIC MOD/BACKUP
DOT/19950927 BBL/3
 *** PURCHASER INFORMATION ***
NAM/CREST,ERIC ROBERT DOB/19651212 OLN/C2919187
ADR/628 FAIR MONT
CTY/CLAREMONT ST/CA ZIP/91711 CCC/1900
ORI/CA0190500 - AZUSA PD OCA/R169812
MIS/SIL
FCN/2379528502486

END AFS RESPONSE.
```