# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **UNITED STATES OF AMERICA**<br><br>   v.<br><br>**ERIC CHRISTIE,**<br><br><br>   **Defendant.** | **CR NO. 23-CR-005 (APM)** |

## NOTICE OF APPEARANCE

NOW COMES the United States of America, through undersigned counsel, and gives notice that Raymond K. Woo, Assistant U.S. Attorney, hereby enters his appearance on behalf of the United States.

Respectfully submitted,

MATTHEW M. GRAVES
UNITED STATES ATTORNEY
D.C. Bar No. 481052

Date: March 21, 2023           By:   */s/ Raymond K. Woo*
           Raymond K. Woo
           Assistant United States Attorney
           AZ Bar No. 023050
           United States Attorney's Office
           601 D Street, N.W.
           Washington, D.C.  20530
           Telephone: (602) 514-7736
           Email: raymond.woo@usdoj.gov

CERTIFICATE OF SERVICE

      On this 21st day of March, a copy of the foregoing was served on counsel of record for the defendant via the Court's Electronic Filing System.

Date: March 21, 2023                By:  */s/ Raymond K. Woo*
                                                   Raymond K. Woo
                                                   Assistant United States Attorney
                                                   AZ Bar No. 023050
                                                 United States Attorney's Office
                                                 601 D Street, N.W.
                                                 Washington, D.C.  20530
                                                 Telephone: (602) 514-7736
                                                 Email: raymond.woo@usdoj.gov