UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | ) | |
| | ) | |
| v. | ) | Case No. 1:23-cr-00005 (APM) |
| | ) | |
| **ERIC CHRISTIE,** | ) | |
| | ) | |
| Defendant. | ) | |

## UNOPPOSED DEFENDANT'S MOTION FOR VIDEO TELECONFERENCE PROCEEDINGS IN MAY AND JUNE 2023

Comes now the Defendant, ERIC CHRISTIE, by and through undersigned counsel, and respectfully moves this court to change the May 8, 2023 and June 8, 2023 in-person proceedings listed in the ECF No. 26 Trial Order to instead be held via video teleconference; and Mr. Christie supports his request as follows:

The government consents to this motion related to ECF No. 26 which states that: "9. Counsel shall appear on May 8, 2023, at 11:00 a.m., in Courtroom 10 for a hearing on Rule 12 pretrial motions, if necessary" and "10. Counsel shall appear on June 8, 2023, at 3:00 p.m., in Courtroom 10 for a Pretrial Conference."

To the best of Mr. Christie's and the undersigned counsel's knowledge, the CARES Act has not been rescinded. The Court's Standing Order 22-64 (BAH) has not been revoked and the conditions in paragraph (b)(ii) for its expiration have not been met. The Order allows for proceedings via video teleconferencing (VTC). Judges continue to schedule VTC proceedings as agreed to by the defendants, especially given that many attorneys and defendants are not located in the District of Columbia. Pretrial conferences and motion hearings have to date been allowed to use VTC.

In addition to the continuing Covid-19 concerns and spikes, and reducing courthouse traffic, the above request seeks to mitigate related uncertainty given that air travel from outside the District remains tenuous due to airline cancellations and delays that have occurred year round with no warning. Further, without disclosing significant personal medical information, undersigned counsel is immunocompromised, and has an unresolved family health issue at home. As such, counsel limits travel outside her immediate area to a short driving distance, and only that which is required. Given the trial start date of June 15, 2023, counsel in coordination with Mr. Christie, requests the Court's support in allowing VTC's instead of in-person proceedings on May 8th and June 8th, 2023.

If the VTC's are allowed, Mr. Christie requests that coordination be conducted for his appearance to be by VTC from the Washington, D.C. detention facility (DOC - CTF).

WHEREFORE, Mr. Christie requests that for good cause the Court issue the proposed order to change the May 8, 2023 and June 8, 2023 scheduled proceedings from in-person to video teleconferences.

Dated March 27, 2023                       Respectfully submitted,

                                                /s/ *Carolyn A. Stewart*
                                                Carolyn A. Stewart, Bar No. FL-0098
                                                Defense Attorney
                                                Stewart Country Law PA
                                                1204 Swilley Rd.
                                                Plant City, FL 33567
                                                Tel: (813) 659-5178
                                                Email: Carolstewart_esq@protonmail.com

## CERTIFICATE OF SERVICE

I hereby certify on 27th day of March 2023, a copy of the foregoing was served upon all parties as forwarded through the Electronic Case Filing (ECF) System.

                                                /s/ Carolyn Stewart Esq.
                                                Carolyn Stewart, Esq.