**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| **UNITED STATES OF AMERICA**   ) | |
| ) | |
| *v.*                        ) | Case No. 1:23-cr-00005 (APM) |
| ) | |
| **ERIC CHRISTIE,**          ) | |
| ) | |
| **Defendant.**              ) | |

### NOTICE OF WAIVER OF JURY TRIAL AND REQUEST FOR A BENCH TRIAL

Comes now the Defendant, ERIC CHRISTIE, by and through undersigned counsel, and respectfully provides notice of his signed waiver of trial by jury, notes that he is sending the waiver to the government for signature, and requests that the Court approve his request.

Mr. Christie's jury trial is currently scheduled to begin on June 15, 2023. This Court has two other scheduled events on June 16, 2023 according to the posted public calendar for all court matters as of this date. A bench trial for Mr. Christie as a single defendant could still be completed by June 16, 2023, depending on whether the government brings in more than the one-two witnesses it mentioned at the last status conference.

Wherefore, Mr. Christie requests that the Court approve a bench trial upon the government's return of the jury waiver form already signed by Mr. Christie, and if a statement is required in open court prior to the June 8, 2023 in-person pretrial conference, schedule a status conference by remote video teleconference at the Court's earliest convenience.

Dated May 24, 2023                          Respectfully submitted,

/s/ *Carolyn A. Stewart*
Carolyn A. Stewart, Bar No. FL-0098
Defense Attorney
Stewart Country Law PA
1204 Swilley Rd.
Plant City, FL 33567
Tel: (813) 659-5178
Email: Carolstewart_esq@protonmail.com

## CERTIFICATE OF SERVICE

I hereby certify on the 24th day of May 2023, a copy of the foregoing was served upon all parties as forwarded through the Electronic Case Filing (ECF) System.

/s/ Carolyn Stewart Esq.
Carolyn Stewart, Esq.