## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | ) | |
| | ) | |
| *v.* | ) | **Case No. 1:23-cr-00005 (APM)** |
| | ) | |
| **ERIC CHRISTIE,** | ) | |
| | ) | |
| Defendant. | ) | |

## RESPONSE WITH ERRATA TO GOVERNMENT'S OMNIBUS MOTION IN LIMINE

Comes now the Defendant, ERIC CHRISTIE, by and through undersigned counsel, and responds to the government's omnibus motion *in limine* at ECF No. 36, and respectfully requests that the Court grant his objections stated on the many topics, and withhold granting any government request until trial unless specifically accepted herein, and he states as follows:

## I.        INTRODUCTION

In its filing under ECF No. 36, the government presented five topics with many subtopics. The majority of what the government requests appears designed to prevent a defense, or is incomprehensible as to why the item is included since the Federal Rules of Evidence have not been suspended as far as the Defense knows. Either the Federal Rules of Evidence apply to all parties, or they do not. For example, the government wants to be able to take out of context anything Mr. Christie may have said in a private message or anywhere at any time (that it has not provided to the Defense yet), while not allowing Mr. Christie to present context in his defense.

The government wants to give its opinion as testimony in opening and closing arguments, but then asks this Court to deny Mr. Christie a defense - either through impeachment or defense witnesses and evidence - that what he said was legal and First Amendment peaceful, protected speech. We shall likely see at trial that "MAGA party" in the government's unsupported

interpretation was a coded call to strangers to riot. And as it always does in trials, the government wants the Court to permit the government to show highly prejudicial video of what others nowhere Mr. Christie were involved in, and then completely out of context to where he was located, infer he was part of what was happening inside the building (where he did not go) or on the opposite side of the Capitol (where he did not go). The government uses what might be called *reverse jury nullification* to gain convictions when there is no evidence to support convictions based on the defendants' words and acts. The Defense is unaware of any jury ever once acquitting a defendant of a Section 1752(a)(1) or (a)(2) charge, with only one judge acquitting a defendant of Section 1752(a).

The majority of the government's motion is incomprehensible since it provides no specifics, and expects a Court hand-waive.  Because of the cryptic, hide the ball method that may possibly be behind many of the government's items in the omnibus motion, (such as attempting to manufacture criminal intent), Mr. Christie requests that any judgment in favor of the government be withheld until trial where the Federal Rules of Evidence can be used by the Court and parties, unless items are agreed to herein.

## II.    FACTS

The government identified Mr. Christie by January 12, 2021 either by using mass surveillance phone collection data, potentially with geofencing, and definitely through Megan Paradise (as reported on May 23, 2021 in the Epoch Times which obtained an FBI report - not from the Defense). The government outside of this case has recently admitted to numbers of undercover agents being within the crowd on January 6, 2021. Instigators and provocateurs Ray Epps and Megan Paradise, as two examples, made calls to incite violence and to breach the US Capitol. They are not charged, and their connections to federal agencies remains secret. There are

at least eighty other identified suspicious actors who committed acts or provoked breaches who are not charged where they likely were acting under government agency. The government wants all this precluded, but it wants to show the acts by others that resulted from the incitement by the provocateurs who include those who acted under government agency. This is not a matter of selective prosecution. It was government entrapment. Overall, that is a matter for Congressional investigation which to date has not occurred except since January 2023 at the very nascent stage.

The government has had twenty-nine months to gather and organize evidence for the charges of 18 U.S.C. Section 1752(a)(1) and (a)(2), and the Section 1752 (b)(1) enhancement. The government alleges he is guilty of possessing and never using or threatening use a common household hammer that was lodged in his belt loop as part of his "costume outfit" - and wants to fabricate intent to use the hammer as an after the fact thought crime.

Mr. Christie remains unaware of what area he entered that was restricted under Section 1752(a) by legitimate authority, or any notice to the public where he could have known the unidentified point he crossed was "restricted" due to the presence of the U.S. Vice President. The government wants these facts excluded. Mr. Christie should not be allowed a legitimate defense with relevant evidence according to the government. The government expects Mr. Christie to just shut up and be convicted.

Since the indictment is silent, Mr. Christie remains unaware of what act he committed, and where, and what government business or official function he specifically intended to and specifically did by his act(s) impede or disrupt that violated Section 1752(a)(2). For Section 1752(b)(1) he is acutely aware the government will attempt to create after the fact thought crime intent to use a hammer on the US Capitol grounds - when he never used or touched the common household hammer.

<u>In large part, Mr. Christie objects to the government's motion that contains the following topics and sub-topics</u>:

**1. Motion to Admit Certain Visual and Digital Exhibits**

(a). Legal Framework

(b). Overlapping Bases for Authentication of Visual and Digital Exhibits

    (1) Authentication by a Witness With Knowledge

    (2) Authentication by Metadata

    (3) Authentication by Comparison

    (4) Authentication Based on a Process or System That Produces an Accurate Result

    (5) Authentication Based on Status as an "Official Publication"

    (6) Authentication by FRE 902(14) Certification

**2. Motion to Admit Certain Statutes and Record**.

A.  Judicial Notice of the Federal Electoral College Certification Law, meaning Article II, Section 1, and the Twelfth Amendment to the US Constitution; and 3 USC Sections 15 -18.

B.  Admission of the Congressional Record and S. Con Res. 1

**3. Motion to Limit Unnecessary Discussion of Security-Related Topics**

A.  Exact Locations of USCP Cameras

B.  Secret Service Protocols

C.  Law Enforcement Preparation

**4. Motion to Preclude Defendant's Out-of-Court Statements as Inadmissible Hearsay**

A.  Not Allowing the Rule of Completeness

B.  Law Enforcement Testimony About What Mr. Christie Said About Travel and Activities on January 6, 2021

**5. Motion to Preclude Improper Defense Arguments**

A. The Government wants to create intent and evidence by misconstruing legal speech and wants the Court to say now that the Defendant cannot say he was using First Amendment protected speech that had nothing to do with any motive or intent.

(1) The government intends to admit the Defendant's previous statements as reliable and admissible evidence

(2) The government wants the Court to preclude Mr. Christie from arguing that his speech was protected under the First Amendment

B. Charging Decisions and Selective Prosecution.

C. The Government Wants the Court to Prohibit Entrapment or Public Authority Defenses

D. The Government Wants the Court to Prohibit Jury Nullification.

(1) Mr. Christie should not be allowed to say anything about the volume of discovery where the government did not provide specific evidence as requested in discovery and instead told Defense to look through over 7 terabytes of data that is not searchable by the Defendant's name.

(2) The government wants the Court to decide now to exclude evidence and argument on Mr. Christie's good reputation

(3) The government wants the Court to exclude argument and evidence that he was ignorant of the illegality of charged conduct

(4) Penalties and Consequences

(5) Law Enforcement's Approach to Executing Arrest and Search Warrants

## III.  LEGAL STANDARD

Mr. Christie cites to the entire United States Constitution and Federal Rules of Evidence as the legal standards.

## IV.    ARGUMENT

The following argument adheres to the paragraph numbering system as contained in Section II, paragraphs 1 - 5 above.

**1.  Motion to Admit Certain Visual and Digital Exhibits.**

This request is not ripe for any decision. The government admits it has not yet provided an exhibit list, will not do so until June 1, 2023, and that objections should be raised at the June 8, 2023 Pretrial Conference. The government needs to provide the actual evidence it intends to use before any objections can be made.  Nothing should be granted here because there is no evidence yet to assess or object to, nor has the government indicated it will provide the genesis and authenticity before trial. The government essentially states it will blindside the defense during trial. By stating that the authenticity will be provided at trial, this part of the motion is moot and shows intent to unfairly prejudice the defense at trial.

No trial time should be wasted on arguments about admissibility that can be resolved prior to trial. Either the government proffers its authentication for visual and digital exhibits ahead of time, or the defense may in fairness require trial continuances to have the evidence forensically examined by technical experts. If for each exhibit the government will not declare under oath that CCTV, Internet video, and AXON body cam are not altered from the originals, then only experts may find the hidden audio as happened in a case.

Mr. Christie can only confirm authenticity of any exhibit about him upon seeing it. He makes no offer to state that the government's use of the Israeli Cellebrite program as used to extract his phone data produced accurate and true results. This extraction was done by the FBI. The FBI was shown in the Durham report and internal FBI investigations to have fabricated evidence and

altered document evidence for the FISA court. Only Mr. Christie can determine whether an objection is required upon seeing the intended exhibits.

The timeline the government intends to provide the exhibits, that may include a mass of exhibits never before seen and not even intended for use at trial, means that the earliest Mr. Christie might see anything is during a legal visitation at the jail circa June 6, 2023, where he can view it on the undersigned's computer.  There is no way to copy the exhibits, get a drive to the jail, and get the drive with access to a computer for viewing before June 6, 2021.

The government's recitation of ways to authenticate digital evidence has not adjusted for the current Artificial Intelligence technology where "deep fake" can create a person's moving or still image and voice audio, that appears absolutely real. Sub-paragraphs A and B are objectionable in requiring a ruling given today's technology. As an example, the government has provided an image from proven Antifa tech company guru Chad Loder - who previously performed contract work for the CIA or another intelligence agency depending on which sources are most credible (such as words from his own mouth). He has the motive (as seen in archived, vile social media presence), and the technology means to create a "deep fake." Anything from Chad Loder is objectionable without a government proffer through technological forensic examination that nothing was fabricated or altered. The trial is not about Chad Loder or Antifa.

Mr. Christie objects to any video and images from CCTV or body cam unless the government proffers in a signed declaration that nothing it intends to introduce has been edited. Mr. Christie may use CCTV and evidence.com, where he has no means of alteration, and the government can readily check its camera holdings to ensure there was no alteration by the defense.

The government's request that any witness can say the video looked like something they saw is not reasonable given the crowd density and often partially obscured pictures on January 6th.

No person, such as a USCP who identifies as a victim and who did not interact with Mr. Christie anywhere, should be allowed to say the video, audio, or picture resembles what they saw or heard without an extensive cross-examination on bias. This cross-examination will necessarily involve lack of police preparations that left them as victims.

The government has previously presented montages that included clips from visibly edited internet video. The video was irrelevant and highly prejudicial.  Mr. Christie will object using the Federal Rules of Evidence where applicable.

The Defense reserves the right to object to any of the videos and digital exhibits at any time prior to the government's attempt to move exhibits into evidence, including, but not limited to irrelevance or that the evidence is highly prejudicial and lacks probative value, in violation of Rule 403 of the Federal Rules of Evidence.

2.  Motion to Admit Certain Statutes and Records.

A.  The government asks the Court to take notice of "the Federal Electoral College Election Law." The government then wrote that the Vice President gaveled the proceeding to "proceed with the *Electoral College Certification Official Proceeding*."  There is no such proceeding. Mr. Christie objects to any reference as contained here that there is a Federal Electoral College law that allows Congress *certification authority*.  This is a fiction that permeates the news media, the courts here in D.C., DOJ, and even Congress.

There is not a single instance in the U.S. Constitution or Twelfth Amendment that gives the Vice President or Congress "*certification*" authority. The only place "*certification*" occurs is at the states. There is not a single instance in 3 USC Section 15-18 that uses the word "certification" for anything Congress does. The Constitution says both houses will "meet." Congress sits and watches the Vice President ceremonially open each envelope that contains certified electoral

college votes and tally votes, as assisted by two talliers. The 3 USC Sections allow for objections where there is debate in separate chambers and a vote, where all that was asked by those objecting on January 6, 2021 was for an investigation. Nobody objecting thought they could "decertify" anything, since that can only be done by states.

Mr. Christie has no issue with taking notice of the U.S. Constitution and the Electoral Count law (highlighting it is not titled Electoral Certification law). He does object to calling anything Congress was doing on January 6, 2023 a certification - rather than a count by tellers, where all Mr. Pence was allowed to do at the end was declare the winner based on who had the most votes. Nobody in the United States Congress had authority to certify the contents of the envelopes - the Vice President could count and allow for objection debate, where hell would have frozen over before the House would have voted by majority to allow an investigation. The law says if both the Senate and House do not vote in support of the objection, then the objection fails. The debate was ceremonial and informational only - with no certification authority anywhere in the US Congress.

B. Admission of the Congressional Record where the government intends to introduce portions at trial. While the portions may be interesting to those so disposed, Mr. Christie objects because this is outright irrelevant and meant to waste time. It can only cause confusion - if not severe boredom. Nobody is contesting that the Congress met to count votes. That is a stipulation Mr. Christie will agree to. The government's reference to "Senate Recording Studios footage" is confusing right now. It has no relevance to the charges against Mr. Christie. Mr. Christie neither entered the building nor listened to anything said in the Senate. There is nothing remotely described as relevant by the government.

Further, Mr. Christie objects to deliberate time wasting - in violation of the Federal Rules of Evidence. At the March status conference where trial was set, the government said it had one or two witnesses - deliberately leading the Court to believe a jury trial could be done in a couple of days. Now the government is talking about witnesses to introduce what was said in the US Senate - completely irrelevant.

3. Motion to Limit Unnecessary Discussion of Security-Related Topics.

Mr. Christie objects outright given the vague catch-all use of "unnecessary" - which is not a term used in the Federal Rules of Evidence. Evidence is either admissible or not. It is either relevant or not. It may be unfairly prejudicial or not.  The use of the term "security" is more than abused by the US government when it wants to cover-up what may be embarrassing or exculpatory. As a retired Intelligence and national security expert, the undersigned knows what disclosures endanger security, and what is an attempt to use "security" as a writ large excuse to shut down a defense.

Anyone who thinks that publications of the US Capitol blueprints were never formerly sold on-line or even copied by history and architecture buffs is rather naive. There have been untold thousands of staff and interns who have wandered the building and know nooks and crannies. For the thousands of persons who have coordinated with the USSS for a Presidential or Vice Presidential visit to their location, the types of factors that are used to designate a restricted area for physical security are not classified secret. Two court cases make very clear some of the on-the-ground distance restrictions and timings. There are very valid security concerns, and the Defense has no intent to intrude on any topic that would endanger a USSS protectee's well-being. It is clear the government does not want some questions asked because the answers undermine its case. The argument about cross-examination is not invalid. However, the Defense may choose to call the

government's witness back as a Defense witness, or produce its own USSS witness to answer questions relevant to the charges. The Court can decide for efficiency whether to allow the Defense to forego cross examination and move to direct examination for the same USSS witness.

A.  Mr. Christie has no intent of discussing exact locations of USCP cameras. He may ask why video from some camera by general location outside is missing, or why someone (and from where) was remotely controlling the camera to zoom in at times. Mr. Christie reserves the right to use USCP video for impeachment.

B.  The government alleges that its questioning of any USSS on-site detail protecting the Vice President and family will establish that the entire US Capitol grounds - all 58+ acres, were a restricted area as used in 18 USC Section 1752.  Mr. Christie objects that such testimony serves that purpose. Further, the government intends to show a federal function, where the Defense will counter that no federal function by the USSS was in operation on the east plaza when he was there.

Mr. Christie will not ask about the size of the detail. That the USSS went to a bomb-blast protected area is a required area for questioning, since the vehicle entourage left the east parking by the archway entrance area and went underground. The drivers on detail received orders to move before 2 P.M. on January 6, 2021. Claims that USSS protection was disabled or impeded, or that Mr. Christie committed any act that interfered with the USSS are false. But any such claim opens the door to questioning about what specific protection the USSS could not provide in the underground bomb-blast area. Interruption of a schedule is not the same as impeding protection - when the USSS did exactly what their job descriptions and duties for the day required: protect, with movement as necessary.

Mr. Christie objects to being restrained from obtaining highly relevant testimony.

C.  Law Enforcement Preparation. Here the government refers to "witnesses" - when at trial scheduling the plural about law enforcement was never presented. Never did the government mention the MPD - who were not on the east side when Mr. Christie as present. In fact, LT Glover diverted all inbound MPD to the west side, while Assistant Chief Pittman ignored calls for reinforcements on the east to keep people off the steps. The government asserts that its witnesses will testify about the effects where law enforcement writ large was impeded. This is irrelevant to Mr. Christie's presence, and unfairly prejudicial.  As is its modus operandi, the government intends to obtain a conviction based on events all over the grounds that he had nothing to do with.

And yet, the government wants to convict Mr. Christie by police saying they were scared, while precluding him from showing the utter deliberate unpreparedness by the USCP to provide security, while assistant Chief Pitman hid intelligence about the expected number of marchers, and signed off on rally and demonstration permits on the grounds.  Mr. Christie is not guilty because the USCP allowed people to go to the steps, and Assistant Chief Pittman and Chief Sund had not manned the force adequately or given any notice of where people could not go. given permits.

4.  Motion to Preclude Defendant's Out-of-Court Statements as Inadmissible Hearsay.

Mr. Christie objects to the entire section. The Federal Rules of Evidence apply.

A.  The irony is stunning as to the Rule of Completeness. The government wants to take statements (even out of context) and add its own fictional narrative to fabricate motive and intent, rather than present his complete words in the context used. And here, it wants to suspend the Federal Rules of Evidence by ignoring all rules on hearsay. There are many reasons his statements and writings - unknown as to what the government is even talking about here- may or may not be admissible. The government is making a legal argument with no meat: what is it even talking about? Is there a statement against interest?  Is the government's months and months of general

12

warrant phone data pull under Domestic terrorism investigation abuse going to bring in a Constitutional issue for appeal based on what it is talking about?

B.  The government wants to preclude the Defense from using Law Enforcement testimony. This is a cookie cutter copy and paste from other cases. Mr. Christie made no statements to law enforcement about January 6th, other than to leave him alone. He may call law enforcement for any number of legitimate defense reasons. The government overreaches here or otherwise is just copying and pasting its usual motion to prevent a defense by suspending the Federal Rules of Evidence.

5.   Motion to Preclude Improper Defense Arguments.   This header belies the legal requirements in the Federal Rules of Evidence. There is no definition of the vague word "improper" - which seems to be "prevent a legal defense."

A.  Mr. Christie objects to the paragraph about the First Amendment in its entirety. It is an abomination on all existing caselaw and the US Constitution.  Any statements fall under the Federal Rules of Evidence, where the government wants to create its own fiction about the precise words Mr. Christie used and prevent him from showing it was legal, protected speech. One might think that the DOJ across the board is taking to heart The US AG's words that echo the President's that anyone wearing a MAGA hat is the biggest threat to America, and they have no rights.

Mr. Christie objects because the entire section is an affront to America, the U.S. Constitution, and justice.

B.  Mr. Christie has no intent to address charging decisions and selective prosecution. Polls show the majority of America already believes the prosecutions are political and selective. This does not contribute to his defense in D.C. where a poll would likely show the opposite, or approval of prosecuting conservatives.

C.  Mr. Christie under the rules of evidence may enter entrapment given recent evidence of government actions on the US Capitol grounds. The government's claim of a "mob" ignores the government agitators and those under agency who caused chaos.

D.  Mr. Christie has no intent to attempt jury nullification while the prosecution has already preempted that field. He reserves the right to enter evidence under the Federal Rules. The entire section is hysteria where the evidence for the defense will be relevant and admissible - rather than the government trying to shut down evidence that disproves or counters the government's case and credibility.

## V.    CONCLUSION

For the foregoing reasons, Mr. Christie requests that the Court deny the government's motion, except for the limited areas where he agreed *supra*, because the majority of the contents are lacking any detail about specific evidence, while designed to deny a legal defense under the Federal Rules of Evidence, with use of  the term "security" to cover-up embarrassing facts.

Dated May 25, 2023                          Respectfully submitted,

                                   /s/ *Carolyn A. Stewart*
                                   Carolyn A. Stewart, Bar No. FL-0098
                                   Defense Attorney
                                   Stewart Country Law PA
                                   1204 Swilley Rd.
                                   Plant City, FL 33567
                                   Tel: (813) 659-5178
                                   Email: Carolstewart_esq@protonmail.com


### CERTIFICATE OF SERVICE

I hereby certify that on the 25th day of May 2023, a copy of the foregoing was served

upon all parties as forwarded through the Electronic Case Filing (ECF) System.

                          /s/ Carolyn Stewart Esq.
                          Carolyn Stewart, Esq.