UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v.           ) | Case No. 1:23-cr-00005 (APM) |
| ) | |
| ERIC CHRISTIE,       ) | |
| ) | |
| Defendant.    ) | |

## DEFENDANT'S REPLY TO GOVERNMENT'S RESPONSE AT ECF NO. 41

Comes now the Defendant, ERIC CHRISTIE, by and through undersigned counsel, and replies to the government's omnibus response at ECF No. 41 (to the Defendant's Motion in Limine at ECF No. 37). Mr. Christie respectfully requests that this Court grant his motion at ECF No. 37 and replies in support as follows:

## BACKGROUND

Mr. Christie submitted his Omnibus Motion in Limine on May 10, 2023. ECF No. 37. As shown in Section III, Preclude and Exclude, Mr. Christie argued against allowing the government to enter into the case ten specific topics that are irrelevant, add no probative value to the crimes he is charged with, and can in general only add confusion, obfuscation, and unfair prejudice against him. Further, against all standards of American Jurisprudence and fairness, the government seeks to have Mr. Christie convicted based on the acts of others that were not even near him, and that he knew nothing about, while claiming that his political affiliation can be used as *mens rea* to act criminally.

As an example, the government wants to claim that events on the west side, which might as well have been ten miles away from Mr. Christie, overwhelmed USCP on the east and that caused USCP to not be able to hold back the crowds in the east. The government wants to hide that USCP leadership pulled up to six squads away from Capitol protection by approximately 1:00

p.m. and sent them to lead the response to a pipe bomb that was found in the Metropolitan Police Department's (MPD) and FBI's ground jurisdiction. The government wants to make Mr. Christie responsible for an undermanned USCP force, with lack of restricted area signage on the east side. The government wants to cover up that LT. Glover of the MPD diverted every reinforcing unit to the west side while USCP officers' on the ground requests for more forces on the east were completely ignored by Asst. Chief in charge on January 6, 2021 - Yogananda Pittman.

While trying to shift blame to Mr. Christie for a crowd that got out of control because of agitators and bad actors, and referring to him unjustly as a rioter and insurrectionist, the government seeks to preclude any introduction of evidence to show that the USCP leadership deliberately left the USCP undermanned on January 6, 2021, and did not disseminate the intelligence that was known to the intelligence unit under Ms. Pittman and Senior Intelligence Analyst Sean Gallagher. The government wants to hide that the MPD and USCP leadership knew 30,000+ protestors would be marching to the Capitol, and that at least eight rally speech permits were approved on the grounds by Ms. Pittman and Chief Sund. Chief Sund wrote and also testified before Congress that intel was kept from him, such as the FBI and DHS's identification of on-line information showing that trouble-making elements (regardless of ideology, such as Antifa, anarchists, etc.) intended some amount of conflict on January 6, 2021. The MPD expected Antifa elements to try to assault marchers yet USCP officers on the ground were not manned or informed to respond to threats. Mayor Bowser began advertising her message on January 2-3, 2021, that was picked up across local D.C. media, that everyone should stay out of downtown D.C. for the large First Amendment demonstrations scheduled on January 6, 2021. Shops expecting Antifa violence as had been previously seen in the summer of 2020 and again in November 2020, decided to close or board up.

Yet for all that the government seeks to preclude, it wants to use inflammatory terms that have no application to Mr. Christie. They have asked that he not be allowed to present evidence of his law-abiding character but want to exploit the ten topics that Mr. Christie asks to preclude in his motion. The government intends to unfairly characterize Mr. Christie, play to emotions, and transfer the guilt of offending strangers onto Mr. Christie just because he used First Amendment speech in a location where he believed he could lawfully be present, and because he wore an outfit to accompany that speech that was not politically correct.

For unknown reasons, the government's response at ECF No. 41 adds more untruths related to Mr. Christie on January 6, 2021. The government expended two pages continuing its smear campaign against Mr. Christie. With the time for the government to deliver discovery having passed, in its Response at ECF No. 41 the government without shame now adds an unsupported claim: that Mr. Christie told people to go in the building, and that he said, "storm it." The government's statement is knowingly false because the video taken by an unknown person that the government did provide in discovery clearly shows a man who looks nothing like and is not Mr. Christie saying, "storm it." The government continues shamelessly to embellish and fabricate, and opposes anything that would lead to a fair trial.

Because it cannot win a conviction at a fair trial, the government argues against Mr. Christie's motion. Mr. Christie's motion supports trial efficiency as a motion in limine should do. The motion asks that the Court ahead of trial apply the Federal Rules of Evidence to only allow relevant evidence that has probative value - and truth - where false and unfairly prejudicial assertions and name calling are disallowed. And because the trial and justice are not a "win at any and all costs" affair, the Court should grant Mr. Christie's motion in the interests of justice, and as supported by the Federal Rules of Evidence.

**ARGUMENT**

The government opposes Mr. Christie's request that crimes he is not charged with, such as rioting and insurrection, and activity he had nothing to do with, not be attributed to him through labels and name-calling. U.S. Statute defines a riot such that it requires violence, and where a rioter must be part of the violence at his location. Nothing surrounding Mr. Christie in his field of view or hearing was violent. Not a single person was charged with "rioting." 18 USC supplies the specific requirements to charge rioting. Despite no charges, the DOJ refers to every protestor as a rioter. Despite people forming a crowd, any group anywhere is now a "mob." It has become acceptable for the government to accuse anyone protesting on January 6, 2021 when using First Amendment protected speech of being a rioter and insurrectionist. This demonization should stop with this trial.

The Government's response in opposition infers that a strategy to obtain a conviction by any means possible equates to justice, and where it wants this Court to endorse and advance its strategy of using unfairly prejudicial terms and irrelevant evidence that has no probative value. In this reply, Mr. Christie again requests that the Court grant his motion at ECF No. 37 because otherwise the result will be time spent in mini trials during Mr. Christie's trial. If his motion is denied, Mr. Christie will have to defend himself against unfair prejudice and jury confusion. He will need to present witness testimony and impeachment evidence to counter a government trial strategy that obfuscates its inability to prove the elements of the crimes charged, and deliberately exacerbates existing conscious and subconscious bias. Given that Mr. Biden and AG Garland continue to falsely declare that protestors caused police deaths on January 6th, and that "MAGA" is equivalent to white supremacy and a threat to democracy, the government does not need to make

baseless claims and use name-calling at trial. A trial is not supposed to be a government "information operation" or "psychological operation" targeting the Court and jurors.

Jurors will enter court with bias despite how they answer any questionnaire. D.C. resident jurors would have to have moved to D.C. from Mars in the past year and never have used the internet or watched or read any D.C. news to not already have been bombarded with "the insurrection," "the Capitol attack,'" "threat to democracy," and "dangerous extremists" as Mr. Biden calls all Make America Great Again (MAGA) supporters. The Government wants to exploit the existing bias of jurors who themselves were victims as they endured months of National Guard visible presence and road blockages while shut out of a militarized "Green Zone" by fencing as if D.C. had become Baghdad, Iraq.

Underlying bias that jurors may not recognize is never going to be uprooted in voir dire or managed by a jury limiting instruction. It will instead grow when irrelevant and nonprobative words and messages that operate only as propaganda are allowed to create unfair prejudice to offset the government's weak if non-existent case. Jurors cannot unhear or unsee what the Government says and shows at trial. They will assume that the Government's words about insurrection, rioting, mobs, terrorism, and acts by other people elsewhere at the Capitol on January 6th convey guilt to Mr. Christie, no matter his lack of participation and how unrelated in reality to his intent and acts. The government's Orwellian drama words and presentations are meant to create unfair prejudice under the guise of "context." This is not befitting of American justice. Further, the politicization of the DOJ and its weaponization against the current administration's perceived political opposition must be tempered by the Court before Mr. Christie's trial.

Mr. Christie again requests that the government be precluded from using video footage and testimony regarding events on the west side of or inside the US Capitol. He was not there. He had

no awareness on January 6, 2021 that violence occurred in the west or inside. The USCP in the east were left uninformed of events in the west because, as USCP operations radio communications show, there was no leadership by Ms. Pittman, who ignored requests from the east. The lack of operational command and control was an utter disgrace. Anyone with law enforcement or military command and control experience can see nothing but deliberate inaction when officers' calls from the east were ignored. The lack of police in the east appears due to Ms. Pittman's deliberate actions that left areas undermanned and the force unprepared to deal with a large crowd that contained imbedded agitators and bad actors.

If the government is allowed to show the west and interior, then a mini trial where Mr. Christie can show the rest of the hidden story will be warranted for fairness and justice. It is nothing but farcical that the government claims through false allegations about words that Mr. Christie never said, that he had an impact across a building he never entered, and a grounds area he never was near. As stated above, the real truth of USCP leadership deliberate inaction, self-imposed lack of command and control, and Ms. Pittman's involvement are a required counter to the ridiculous assertion that Mr. Christie disrupted anything, anywhere. The government has yet to even advise the defense of any alleged facts in its assertion, and the indictment is silent. Crafting a link between Mr. Christie and the west by showing clashes, will then require a defense. Showing police provoking violence by attacking innocent protestors without warning, and by illegitimately using non-lethal force by shooting at heads and torsos will be a mini trial caused by the government presenting irrelevant material.

The brazen, false allegation that emerged for the first time in the Response that Mr. Christie told protestors to "storm" the Capitol and "they" were trying to "steal it" is stunning. ECF No. 41 at 2.

That the government wants to waste trial time by showing that it found a T-shirt, LGBTQ flag, MAGA hat, and hammer during the excessive force, home damaging assault in December 2022 is incredible. Mr. Christie has not denied being present. The government will show video of him at trial. The presentation of evidence pictures is nothing but a charade to instill prejudice. If the government so insists on showing pictures of items from the search, then it should be considered as having opened the door about the search. Mr. Christie stated in every motion to date that he was present at the US Capitol on January 6, 2021, and that can be stipulated to prior to trial. It appears the government intends to use jury nullification of conservative or religious jury members who oppose homosexuality since there is no reason to parade pictures of his "Fags for Trump" T-shirt and LGBTQ flag. The MAGA hat is to nullify those jurors who hate President Trump from considering evidence. All around, the government wants to use evidence to achieve jury nullification and waste time.

In the event this time wasting, bad faith showing of items recovered at the excessive force home search is allowed, then Mr. Christie should be allowed to show the wasteful, un-American, egregious actions by the FBI. The government chose to break all glass and bust down entry points - without a knock. There was no stand-off and there was no barricading. The atrocious abuse of power by the FBI has been reviewed by multiple experts who all confirm it was an abuse of power.

The government in the Response changes the words used by Mr. Christie. He requested that his political and social viewpoints as surveilled by the government but expressed well after January 6, 2021 be precluded. That was presented by Mr. Christie in a very straightforward section under III. G. ECF No. 37 at 11. The government's out of control Orwellian language instead creates "Defendant's Seeks to Preclude Relevant Communications that Concern his Motivation and Intent to Commit the Charged Offenses." ECF 41 at 10. First, the government has provided no discovery

as was required to show anything that could be remotely related to an intent to illegally enter grounds restricted by Section 1752, or to disrupt any government business as related to Section 1752 restricted grounds. Nothing like this exists. In a clear showing of bad faith intent, the government argues that it should be allowed to take anything from any communication and use it to craft intent and motive. Section 1752 requires no "motive." It requires a deliberate act(s), done knowingly in a location marked as restricted for protection of a USSS protectee. The government has become famous across America for creating thought crime for January 6 prosecutions. This horrible impact on the DOJ is a disgrace to what used to be a venerable institution. Mr. Christie asks this Court to prelude the prosecution from ignoring the long standing tenets of American jurisprudence, such as only charging defendants for their acts. The government prosecution efforts are now out of control unless reined in by this Court.

The prosecution stated in its Response at p. 10 that membership in a political party shows intent to act criminally. **It is astounding and chilling that any member of the DOJ would write "Defendant's political or social views may be directly relevant to proving the offense charged, such as his intent to impede or disrupt the orderly conduct of government business or official functions." This is communist jurisprudence. This is what China does. This is what Stalin did. This is what the Gestapo did. This is not American**.

**Mr. Christie requests that this *Soviet* and *CCP*-style un-American, unconstitutional declaration of how the AUSAs are now operating - where a political or social viewpoint makes one guilty of criminal intent - be considered by the Court as cause for their removal from this case**. This outright declaration by the government's prosecutors that membership or support to a political party or social viewpoint directly gives rise to criminal intent is antithetical to American justice. **That the government has finally admitted its strategy in the open is**

**breath-taking: anyone who supports MAGA policy, is a conservative, or is a gay conservative now by default has the *mens rea* needed for criminal intent as well as the motive to be a criminal**.

In another part of its argument, the government speaks to witnesses. The government was due to identify any expert witnesses weeks ago. Summary and fact witnesses may not provide hearsay. They may not provide speculation or opinion. The government provided no identification of expert witnesses. Yet in its response at ECF No. 41 at 11 the government states that it intends to call witnesses who will testify as to their experiences and perceptions - even if lacking relevance to Mr. Christie. Because the government at Mr. Christie's bond hearing brought on a witness - without notice and over the Defense's objections - who it then used to speculate and give opinions, this Court should prevent such abuse from happening again. The government should be required to justify each witness, where their testimony must be categorized by type, and adhere to the federal Rules of Evidence.

As stated in the ECF Response at 11, the government intends to use texts that were allegedly taken from Mr. Christie's phone for a time period that is months - if not almost two years - after January 6, 2021. Mr. Christie requests that since the government has not provided the alleged "dozens of photos" supposedly extracted from his phone as part of discovery, (*id*.) that all be precluded. The government owed discovery; the time has passed; and no apparent, relevant photos have been provided. Further, the few texts provided are completely irrelevant and meaningless to January 6, 2021 - unless we are all to be subjected to invented, fairy tale meaning that is not evident in the actual words of texts. There is nothing relevant unless the government creates something out of whole cloth.

**CONCLUSION**

Mr. Christie thus stands by his Motion and requests that facts and admissible, relevant, and not unfairly prejudicial (or fairy tale) evidence and words be used at trial by AUSAs who should act professionally, with ethics, as attorneys. Mr. Christie wants the standards for a professional DOJ to be upheld at his trial because anything otherwise is a threat to democracy and American justice. The Defense does not support further actions by the government that destroy the credibility of institutions by political weaponization. Mr. Christie loves America and is a patriotic supporter of the U.S. Constitution. Yet the government admitted in its Response at p. 10 that it intends to use his First Amendment protected political speech and viewpoints, and apparently his status socially as a conservative gay man, as the basis for criminal intent and motive. Shame on the DOJ.

Mr. Christie requests that the government's admission that is uses "Soviet" or "CCP"-style, un-American, unconstitutional tactics, where political or social viewpoints not in agreement with the current administration makes one guilty of criminal intent on January 6, 2021, be considered by the Court as cause to remove the AUSAs from this case. The prosecution's outright admission that membership or support to a political party, or holding a social viewpoint directly gives rise to criminal intent is antithetical to American justice.

This is a case where the government must show "knowing trespass" where even the USCP had no knowledge that any area of the US Capitol was restricted under Section 1752. There was no notice to the public in any media or platform that the entire U.S. Capitol grounds was closed for any reason on January 6, 2021. **The prosecution has now informed the DC jury venire and all America that mere association with a political viewpoint is enough to show criminal *mens rea* to a crime that nobody could even have known could be a crime on January 6, 2021**. The government's response at page 11 is crystal clear: they have used general search warrants, such as in Mr. Christie's case for almost two years after January 6, 2021 to conduct surveillance of calls

and texts, and to take phones to try to create retroactive thought crime based on political and social affiliation. The prosecutors more than infer that any communications even well after January 6, 2021, that supported President Trump or MAGA policy, supported election integrity, or contradicted the Biden administration show "motive" and "intent" to act criminally. This is evidence of absolute bias, and complete disregard of First Amendment protected speech and association. It is a shameful disgrace to D.C. and America.

Wherefore, because Mr. Christie's Motion in Limine at ECF No. 37 is based on the Federal Rules of Evidence standards, and supports efficient conduct of a fair trial, the Court should grant his motion while considering banning the current AUSAs from this case. Nowhere in America, and nowhere in D.C. is it ethical or Constitutional to claim that political affiliation with a registered, legal party, or holding conservative views, or being a gay conservative is proof of guilt for any crime, let alone "knowing trespass without notice of a restricted area."

Dated May 31, 2023                              Respectfully submitted,

/s/ *Carolyn A. Stewart*
Carolyn A. Stewart, Bar No. FL-0098
Defense Attorney
Stewart Country Law PA
1204 Swilley Rd.
Plant City, FL 33567
Tel: (813) 659-5178
Email: Carolstewart_esq@protonmail.com

**CERTIFICATE OF SERVICE**

I hereby certify on the 31st day of May 2023, a copy of the foregoing was served upon all parties as forwarded through the Electronic Case Filing (ECF) System.

/s/ Carolyn Stewart Esq.
Carolyn Stewart, Esq.