**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| **UNITED STATES OF AMERICA** | |
| **v.** | |
| | **CR NO. 23-CR-005 (APM)** |
| **ERIC CHRISTIE,** | |
| **Defendant.** | |

**NOTICE OF INTENT TO OFFER CERTIFIED DATA PURSUANT TO**
**FEDERAL RULE OF EVIDENCE 902(14)**

The United States of America, through undersigned counsel, notifies Defendant of its

intention to offer certified data copied from Defendant's cell phone pursuant to Rule 902(14) of

the Federal Rules of Evidence at trial.  As set out in the Federal rules of evidence, data copied

from an electronic device, storage medium, or file, is self-authenticating if it is "authenticated by

a process of digital identification, as shown by a certification of a qualified person that complies

with the certification requirements of Rule 902(11) or (12)."  Fed. R. Evid. 902(14); *see United*

*States v. Dunnican*, 961 F.3d 859, 871-72 (6th Cir. 2020) (finding the district court did not

commit plain error in admitting text messages extracted from a defendant's cell phone that were

properly authenticated under Rule 902(14)).

At trial, the government may offer images taken from Cellebrite extractions of

Defendant's Samsung phone, Model SM-A215U, and from a third-party Apple iCloud account in

the name of G.B.[1]  The images have been marked as Government's Exhibits 213-218, 221-222,

---

[1] The Cellebrite report for Defendant's phone was disclosed on or about February 28, 2023.   A
Cellebrite report for the third-party iCloud account was disclosed on or about March 26, 2023.
This pdf report titled "XXXXXXXXX_Apple_iCloud_Rpt_2023-03-23_Report", represents the
search results of the original image by Agent Kyle Hicks.

and 301-316, include certifications that comport with the requirements of Fed. R. Evid. 902(14)

(*See* Attachment 1), and will be provided to Defendant in advance of trial.

Respectfully submitted,

MATTHEW M. GRAVES
UNITED STATES ATTORNEY
D.C. Bar No. 481052


Date: June 14, 2023

By:  ___/s/ Raymond K. Woo_____
Raymond K. Woo
AZ Bar No. 023050
JASON M. MANNING
NY Bar No. 4578068
Trial Attorneys, Detailees
United States Attorney's Office
601 D Street, N.W.
Washington, D.C.  20530
(602) 514-7736
Email: raymond.woo@usdoj.gov
(202) 514-6256
Jason.Manning@usdoj.gov

<u>CERTIFICATE OF SERVICE</u>

On this 14th day of June, a copy of the foregoing was served on counsel of record for the defendant via the Court's Electronic Filing System.


Date: June 14, 2023                          By:  __*/s/ Raymond K. Woo*_____
                                                  Raymond K. Woo
                                                  AZ Bar No. 023050
                                                  JASON M. MANNING
                                                  NY Bar No. 4578068
                                                  Trial Attorneys, Detailees
                                                  United States Attorney's Office
                                                  601 D Street, N.W.
                                                  Washington, D.C.  20530
                                                  (602) 514-7736
                                                  Email: raymond.woo@usdoj.gov
                                                  (202) 514-6256
                                                  Jason.Manning@usdoj.gov