**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | ) | |
| | ) | |
| **v.** | ) | **Case No. 1:23-cr-005 (APM)** |
| | ) | |
| **ERIC CHRISTIE,** | ) | |
| | ) | |
| **Defendant.** | ) | |

## NOTICE OF PROPOSED MODIFIED PRETRIAL SCHEDULING ORDER

The United States of America and Defendant Eric Christie, through their undersigned attorneys, and in accordance with the Court's instructions, hereby submit a proposed amended Scheduling Order.

WHEREFORE, the parties jointly request that the Court enter a Scheduling Order consistent with this proposed Scheduling Order.

Respectfully submitted,

MATTHEW M. GRAVES
UNITED STATES ATTORNEY
D.C. Bar No. 481052

By:        /s/ *Jason M. Manning*
Jason M. Manning
Trial Attorney, Detailee
NY Bar No.: 4578068
1400 New York Avenue NW
Washington, D.C. 20005
(202) 514-6256
Jason.Manning@usdoj.gov


*Counsel for the Defendant:*

/s/
Carolyn A. Stewart, Bar No. FL-0098
Defense Attorney
Stewart Country Law PA
1204 Swilley Rd.
Plant City, FL 33567
Tel: (813) 659-5178
Email: Carolstewart_esq@protonmail.com