UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | Case No. 1:23-cr-00005 (APM) |
| | ) | |
| ERIC CHRISTIE, | ) | |
| | ) | |
| Defendant. | ) | |

**MOTION FOR ADMISSION OF ATTORNEY PRO HAC VICE**

Pursuant to the Local Rules for this Court, Rule LCrR 44.1(c) as amended May 26, 2022, the undersigned hereby moves this Court for an Order granting Attorney BRADFORD L. GEYER admission to practice pro hac vice in this U.S. District Court for the District of Columbia for the purpose of appearing as counsel for the Defendant ERIC CHRISTIE in the above-captioned matter. Attorney Geyer is a member in good standing of the Bar of the State of New Jersey, and is also admitted to practice as an active member in good standing in the following courts: Commonwealth of Pennsylvania, United States District Court for the Eastern District of Pennsylvania, and the United States District Court for the District of New Jersey.

Attorney Geyer's declaration in support, and certificate of his good standing in his primary court of general practice, are attached pursuant to Rule LCrR 44.1(c).

Dated July 27, 2023                               Respectfully submitted,

                                                /s/ *Carolyn A. Stewart*
                                                Carolyn A. Stewart, Bar No. FL-0098
                                                Defense Attorney
                                                Stewart Country Law PA
                                                1204 Swilley Rd.
                                                Plant City, FL 33567
                                                Tel: (813) 659-5178
                                                Email: Carolstewart_esq@protonmail.com

## CERTIFICATE OF SERVICE

I hereby certify on the 27th day of JULY 2023, a copy of the foregoing was served upon all parties as forwarded through the Electronic Case Filing (ECF) System.

                                                /s/ *Carolyn Stewart*
                                                Carolyn Stewart, Esq.