UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | Case No. 1:23-cr-00005 (APM) |
| | ) | |
| ERIC CHRISTIE, | ) | |
| | ) | |
| Defendant. | ) | |

# NOTICE OF WITHDRAWAL OF APPEARANCE

Since the trial has been concluded, undersigned counsel respectfully moves this Court to withdrawal as counsel for the Defendant, Eric Christie.

August 13, 2023          Respectfully Submitted, By Counsel


/s/ Brad Geyer

Bradford L. Geyer, PHV
FormerFedsGroup.Com LLC
PA 62998
NJ 022751991
Suite 141 Route 130 S., Suite 303
Cinnaminson, NJ 08077
Brad@FormerFedsGroup.Com
(856) 607-5708

1

# CERTIFICATE OF SERVICE

    I hereby certify that on August 13, 2023, a true and accurate copy of the forgoing was electronically filed and served through the ECF system of the U.S. District Court for the District of Columbia.

        MATTHEW M. GRAVES
        UNITED STATES ATTORNEY
        D.C. Bar No. 481 052

        Respectfully submitted,

        /s/ Brad Geyer
        Bradford L. Geyer, PHV
        PA 62998
        NJ 022751991
        Suite 141 Route 130 S., Suite 303
        Cinnaminson, NJ 08077
        Brad@FormerFedsGroup.Com
        (856) 607-5708