| Defendant | Offense | Case | Judge | Incarceration (months) | Home Detention | Supervised Release | Probation |
|---|---|---|---|---|---|---|---|
| BENJAMIN LAROCCA | 1752(a)(2) | 1:21-CR-00317-TS | Tanya Chutkan | 2 | 0 | 12 | |
| DENNIS SIDORSKI | 1752(a)(2) | 1:21-CR-00048-AB | Amy Berman Jackson | 3.3 | 0 | 12 | |
| ERIC CRAMER | 1752(a)(2) | 1:22-CR-00339-RD | RDM | 8 | 0 | 12 | |
| FELIPE MARQUEZ | 1752(a)(2) | 1:21-CR-00136-RC | Rudolph Contreras | 0 | 3 | 0 | |
| GLEN MITCHELL SIMON | 1752(a)(2) | 1:21-CR-00346-BA | Beryl Howell | 8 | 0 | 12 | |
| JOHNNY HARRIS | 1752(a)(2) | 1:21-CR-00274-RD | Emmet Sullivan | 7 | 0 | 12 | |
| MATTHEW BAGGOTT | 1752(a)(2) | 1:21-CR-00411-AP | Amit Mehta | 3 | 0 | 12 | |
| PHILLIP BROMLEY | 1752(a)(2) | 1:21-CR-00250-PL | Paul Friedman | 3 | 0 | 12 | |
| STEPHEN AYRES | 1752(a)(2) | 1:21-CR-00156-JD | John Bates | 0 | 0 | 0 | |
| STEVEN BILLINGSLEY | 1752(a)(2) | 1:21-CR-00519-TF | | 0 | 0 | 0 | |
| TYLER BENSCH | 1752(a)(2) | 1:23-CR-00180-TN | Moxila Upadhyaya | 2 | 0 | 24 | |