IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

UNITED STATES OF AMERICA,         )
                                  )
          Plaintiff,              )
                                  )      CR No. 23-5
                                  )      Washington, D.C.
       vs.                        )      August 11, 2023
                                  )      3:35 p.m.
ERIC CHRISTIE,                    )
                                  )
          Defendant.              )
_____)


TRANSCRIPT OF BENCH TRIAL VERDICT PROCEEDINGS
BEFORE THE HONORABLE AMIT P. MEHTA
UNITED STATES DISTRICT JUDGE


APPEARANCES:

For the Government:         Jason Manning
                            DOJ-CRM
                            Criminal Division,
                            Fraud Section
                            1400 New York Avenue NW
                            Washington, D.C. 20005
                            (202) 514-6256
                            Email: jason.manning@usdoj.gov

                            Raymond Woo
                            USAO
                            U.S. Attorney's Office
                            601 D Street, NW
                            Washington, D.C. 20530
                            (602) 514-7736
                            Email: raymond.woo@usdoj.gov

APPEARANCES CONTINUED:

For the Defendant:            Carolyn Stewart
                             1204 Swilley Road
                             Plant City, FL 33567
                             (813) 451-5753
                             Email:
                             carolstewart_esq
                             @protonmail.com

                             Bradford L. Geyer
                             FORMERFEDSGROUP.COM LCC
                             141 I Route 130 South
                             Suite 303
                             Cinnaminson, NJ 08077
                             (856) 607-5708
                             Email:
                             bradford.geyer
                             @formerfedsgroup.com

Court Reporter:              William P. Zaremba
                             Registered Merit Reporter
                             Certified Realtime Reporter
                             Official Court Reporter
                             E. Barrett Prettyman CH
                             333 Constitution Avenue, NW
                             Washington, D.C. 20001
                             (202) 354-3249


Proceedings recorded by mechanical stenography; transcript
produced by computer-aided transcription

```
 1                    P R O C E E D I N G S
 2            COURTROOM DEPUTY:  All rise.  The Honorable
 3   Amit P. Mehta presiding.
 4            THE COURT:  Good afternoon, everyone.  Please be
 5   seated, everyone.
 6            COURTROOM DEPUTY:  Good afternoon, Your Honor.
 7   This is Criminal Case Number 23-005, United States of
 8   America versus Eric Christie.
 9            Jason Manning and Raymond Woo for the government.
10            Carolyn Stewart and Bradford Geyer for the
11   defense.
12            The defendant is appearing in person for these
13   proceedings.
14            Okay.  Good afternoon.
15            Mr. Christie, good afternoon to you, sir.
16            All right.  So we're returned here today for me to
17   deliver the verdict in this matter.  Is there anything we
18   need to take up before we do that?
19            MR. MANNING:  Not for the government, Your Honor.
20            MS. STEWART:  Not from the defendant, Your Honor.
21            THE COURT:  Okay.
22            So let me go ahead and then deliver the verdict.
23            The government has accused Mr. Christie of
24   offenses relating to the events of January 6th of 2021 at
25   the U.S. Capitol Building.
```

1          The government alleges that on January 6th,

2    Mr. Christie knowingly entered or remained in a restricted

3    area, that is, the U.S. Capitol Grounds, and that while

4    there, he engaged in disorderly or disruptive conduct.

5          The government also alleges that during and in

6    relation to those offenses, Mr. Christie carried a deadly or

7    dangerous weapon, that is, a hammer.

8          Mr. Christie is charged with two separate

9    offenses:  Entering and remaining in a restricted building

10   or grounds; and, two, disorderly and disruptive conduct in a

11   restricted building or grounds.

12         The government has also charged Mr. Christie with

13   an enhancement of both offenses under 18 U.S.C.

14   1752(b)(1)(A) for committing the offenses with a deadly or

15   dangerous weapon, that is, a hammer.

16         The Court makes the following findings of fact:

17         Prior to January 6th and on the day itself, the

18   U.S. Capitol police had established a security perimeter for

19   the certification of the Electoral College vote.

20         According to Captain Mendoza, whose testimony the

21   Court credits, the security perimeter was visible and

22   established with bike racks, snow fencing and signage

23   affixed to the bike racks and snow fencing.  The perimeter

24   established by bike racks on the east side is clearly

25   visible also in various videos that were admitted in

1   evidence.

2           Captain Mendoza further testified that no

3   demonstrations were authorized within the secure perimeter.

4   The Capitol building itself was closed to the public because

5   of the certification and the COVID-19 pandemic.

6           Captain Mendoza additionally stated that based on

7   her experience, Capitol Police would have coordinated with

8   several other agencies, including the Metropolitan Police

9   Department and the U.S. Secret Service, in establishing the

10  perimeter prior to January 6th.

11          U.S. Secret Service Special Agent Elizabeth

12  Glavey, who served as the lead agent on Vice

13  President Pence's protective detail on January 6th,

14  testified that the Vice President, who was to preside over

15  the certification proceedings, arrived with his family at

16  the U.S. Capitol at 12:15 p.m.  The Vice President and his

17  family were protectees of the U.S. Secret Service that day.

18          Special Agent Glavey testified that upon arrival,

19  Vice President Pence first went to his office on the second

20  floor of the Senate side of the building.  He then made the

21  procession from the Senate side to the House chamber.

22          Shortly thereafter, the proceedings in the House

23  chamber adjourned, and Vice President Pence then proceeded

24  back to his Senate chamber or his Senate office, I should

25  say.

1          Special Agent Glavey testified that it is at this

2     time she observed the large crowds or observed through a

3     window that large crowds had formed outside the

4     Capitol building.

5          At 1:58 p.m., the Vice President's motorcade,

6     which had been stationed outside the east Rotunda steps, was

7     relocated.  The decision was then made to move the

8     Vice President and his family to a secure location.  That

9     occurred at approximately 2:25 p.m., and that's Government's

10    Exhibit 408.

11          According to Special Agent Glavey, the

12    Vice President remained in the secure location until later

13    that evening.  Special Agent Glavey testified it was not

14    advisable to bring Vice President Pence back to either the

15    House or Senate chambers until after the building had been

16    cleared.  Certification proceedings resumed sometime after

17    8:00 p.m.

18          On January 5th of 2021, the defendant,

19    Mr. Christie, left his home in Los Angeles, California, and

20    flew to Washington, D.C. via San Francisco.  The evidence

21    did not show whether Mr. Christie left Los Angeles with a

22    hammer.

23          On January 6th, Mr. Christie arrived at the

24    Capitol Grounds sometime before 1:44 p.m.  Open-source video

25    admitted as Government's Exhibit 70 -- excuse me, 507.01

1   shows that approximately 1:44 p.m., Mr. Christie can be seen

2   on the east side of the Capitol located within a few feet of

3   the very front of the police barrier that bordered along the

4   East Plaza.

5          His identity has been stipulated to by the

6   parties, but he's also easily identifiable in the video by

7   the rainbow flag he was wearing tucked under his hat that

8   day, and the megaphone, the white megaphone he was carrying.

9          At this time, that is, around 1:44, Mr. Christie

10  is standing within feet of a skirmish that is occurring

11  between officers and the crowd that have gathered along the

12  East Plaza barrier.  Mr. Christie can be heard saying, "Do

13  it, do it, do it, do it," on 7 -- 507.01 at approximately

14  the 22-second mark.

15         At 1:45 p.m. and 32 seconds, we begin to have

16  coverage of Mr. Christie on the CCTV footage, which was

17  admitted as Government's Exhibit 401.01.  At this time,

18  Mr. Christie can be seen meandering about in the area

19  outside of the East Plaza police barrier.  He appears to be

20  using his megaphone at this time.

21         At 1:46 p.m., Mr. Christie moves behind the

22  lamppost to the left side of the video image as viewed when

23  facing away from the Capitol towards -- facing east.  He

24  appears to be standing elevated on a short wall behind the

25  lamppost.  In open-source video, Mr. Christie can be heard

1    yelling, "Y'all bitches need to get out of the way, we're

2    coming in."  That's at 507.01 at the 2 minute and 50 second

3    mark.

4           At 1:47 p.m., the CCTV footage shows a skirmish

5    between officers and individuals at the front of the line

6    along the police barrier.  Mr. Christie can be heard at this

7    time saying, "That's our fucking building.  Storm it, storm

8    it, storm it," and that's at the 3 minute and 45 second mark

9    of Exhibit 507.01.  Mr. Christie is still on the short wall

10    behind the lamppost at this time, and officers were able to

11    restore calm quickly.

12           The Court was able to determine the timing of

13    these statements and the events by cross-referencing a

14    number of distinct features from the CCTV video that are

15    observable in the open-source video, such as the arrival of

16    an ambulance onto the East Plaza area at roughly between

17    1:47 to 1:48 p.m.  It is notable that when Mr. Christie is

18    in this position, that is, on the wall, behind the lamppost,

19    he would have had the ability to see the police line.

20           As Special Agent Hicks testified, he went to the

21    Capitol and stood on the short wall behind the lamppost and

22    was able to determine that Mr. Christie would have had a

23    line of sight into the area where the skirmishes along the

24    police line occurred.  We can also see this vantage point

25    for ourselves in Government's Exhibit 507.01, which shows

1   that from the elevated position behind the lamppost, there

2   is a clear view of what was transpiring along the police

3   line.

4           At 1:49 p.m., while he is still behind the

5   lamppost, Mr. Christie engages with a female protester who

6   is wearing a pink jacket.  The woman comes up to the

7   lamppost area where Mr. Christie is located and says,

8   "You're all fucking talk, but you're not down here with us.

9   We need everybody.  We can't do this by ourselves.  Get your

10  asses down here and let's fucking do this.  You want to make

11  some fucking noise.  You just want to sit there and talk.

12  Come on."

13          Mr. Christie responds to the woman, "Storm it,

14  girl, storm it."  And this is at the 5:40 mark of 507.01.

15          At 1:50 p.m., the officers who were holding the

16  police line at the East Plaza bring in additional bike

17  racks, which appears to be in response to individuals

18  jostling the bike racks along the police line.

19          At 1:51 p.m. and 15 seconds, a tug-of-war breaks

20  out over the bike racks, and the crowd succeeds in pulling

21  at least one bike rack off the line and into the crowd.  At

22  this moment, there is a hole in the line, but the police

23  were able to quickly close it.

24          At 1:45 -- excuse me, 1:51 and 34 seconds,

25  Mr. Christie emerges from behind the lamppost where he has

1    been standing and walks towards the police line.

2              At 1:51 p.m. and 50 seconds, he is within feet of

3    the police line.  At this time, he would have been able to

4    see another tug-of-war break out between the protesters and

5    officers over the bike racks.

6              At 1:52 p.m. and 36 seconds, Mr. Christie remained

7    approximately 10 to 15 feet back from the bike rack barrier.

8    He can be seen on the CCTV footage turning around and facing

9    in different directions during this time.

10             At 1 minute -- excuse me, at 1:53 p.m. precisely,

11   the police hard squad arrives on the east line of the East

12   Plaza, as seen on the CCTV footage.

13             A few seconds later at 1:53 p.m. and 3 seconds,

14   Mr. Christie picks up a roll of toilet paper and tosses it

15   at an angle to his left towards the front of the police

16   line.  The roll appears to land just short of the bike rack

17   barrier line.

18             For the next three plus minutes, from 1:53 p.m.

19   and 8 seconds to 1:56 p.m. and 45 seconds, Mr. Christie

20   walks toward the line where he threw the toilet paper and

21   then turns east and then north, still within roughly 10 to

22   15 feet of the police line.  He is meandering about.

23             Eventually he turns to the east and walks a good

24   distance from the police line until he goes out of view of

25   the CCTV footage to the east, is at the top of the CCTV

1     footage at 1:56 p.m. and 45 seconds.

2            Mr. Christie remains out of the frame for nearly

3     two minutes, until he reappears walking in from the east

4     toward the Capitol at 1:58 p.m. and 20 seconds, and as I

5     said, begins to walk toward the Capitol and back toward the

6     lamppost.

7            At some point prior -- in time prior to 1:58 p.m.,

8     Pastor Bill Dunfee approaches officers along the police line

9     to request permission for the crowd to move up to the east

10    Rotunda steps.  This is Defendant's Exhibit 304.

11           Officer Warner, who is stationed on the police

12    line, says, in his speaking voice without the

13    sound-amplifying device, "We understand it's your house.  We

14    have a job to do as well.  Everybody get under control.

15    We'll push it up to our leadership, see what we can do about

16    getting you upstairs."

17           Pastor Dunfee then uses his megaphone, standing

18    along the bike fences, to say, "The one police officer right

19    here, he's going to talk, he is talking to his leadership.

20    What we are requesting is allowance to the steps, allowance

21    to get us to the steps for the purpose that we don't want

22    violence, we don't want harm, we don't want destruction, and

23    we don't want you going to jail if you don't have to.  He's

24    going to talk and try to get us to those steps."

25           Mr. Christie cannot be seen in the video footage

1  capturing this exchange, and precise timing of the exchange

2  is not discernible from the video.

3         At 1:58 p.m. and 35 seconds, a fight breaks out

4  along the police line.

5         At 1:58 p.m. and 40 seconds, Mr. Christie can be

6  seen putting the megaphone up to his mouth.  That's

7  discernible from the CCTV footage.  At this time,

8  Mr. Christie can be heard in open-source video, that's

9  Government's Exhibit 507.02, saying, "Do it, go in, that's

10 your Capitol."

11        Six seconds later he says, "Go on in, go on in, go

12 on in, go on in, go on in, go on in, go on in."  That can be

13 found at 507.02 at 20 seconds.  And that is also true for

14 the first statement.  That's at 507.02.

15        At 1:59 and 9 seconds, a -- at 1:59 p.m. and

16 9 seconds, a man who has been described as wearing a dark

17 baseball hat comes up to Mr. Christie, who is still on the

18 short wall behind the lamppost, and appears to physically

19 confront Mr. Christie.

20        Within three seconds, Mr. Christie jumps down from

21 the wall and makes a beeline to the police line, which has,

22 by that point, broken.

23        Mr. Christie passes the police line at

24 approximately 1:59 p.m. and 29 seconds and continues to the

25 east Rotunda steps.

1    Between 1:59 and 2:00 p.m., the police fall back

2    from their initial line along the East Plaza bike rack line

3    to form a new police line at the base of the east front

4    steps.

5    At approximately 2:00 p.m., that is 50 seconds

6    into Government's Exhibit 503.01, Mr. Christie can be seen

7    and heard saying, "This is our Capitol," right in front of

8    the police line.  He says this right in front of the new

9    line of officers who are stationed at the base of the

10   Capitol steps right after he has seen the original police

11   line break and seeing these officers fall back to the east

12   front steps.

13   Mr. Christie then mounts a black SUV government

14   vehicle or a truck.  During this time, he can be seen and

15   heard speaking and chanting into his megaphone.

16   At approximately 2:06 p.m., Mr. Christie clearly

17   chants into the megaphone, "Whose house?" in the direction

18   of the crowd and the gathered crowd below the east Rotunda

19   steps, while he is standing on top of the government

20   vehicle.

21   The crowd can be heard responding, "Our house."

22   And this is done multiple times.  This is

23   Government's Exhibit 505.

24   At 5:06 p.m. and 8 seconds, the police fall back

25   again as the crowd advances up the east Rotunda steps.  This

1   can be seen in CCTV footage admitted as Government's

2   Exhibit 402.

3           At approximately 2:25 p.m., a flash bang can be

4   heard outside of the east Rotunda doors.  Mr. Christie turns

5   and picks up his megaphone, then turns and speaks to the

6   crowd for eight seconds while videoing himself on top of the

7   government vehicle with the crowd on the steps in the

8   background.  This is Government's Exhibit 509.

9           At 2:26 p.m., the east Rotunda doors are breached.

10          At roughly 2:27 p.m., Mr. Christie can be seen and

11  heard saying, "They're totally taking it over."  This is

12  Government's Exhibit 509.

13          At 2:28 p.m., as the crowd chants, "U.S.A.,

14  U.S.A., U.S.A." Mr. Christie, still on top of the

15  government vehicle, gestures his hand in a circular motion,

16  egging the crowd on as they chant.

17          At roughly 2:29, he can be seen and heard saying,

18  "I'm on top of government vehicles.  I'm looing at a sea of

19  Trump supporters.  It's unfucking-believable."  Again, this

20  is Government's Exhibit 509.  The video ends at 2:30 p.m.,

21  and Mr. Christie is still on top of the government vehicle.

22          I will note that in determining that Mr. Christie

23  said the statements I have described above, I've not only

24  considered Special Agent Hicks' voice identification

25  testimony, which was based on his listening to over 43 hours

1    of known voice samples and which the Court credits, but I've

2    also carefully listened to all of the video and audio

3    recordings admitted as exhibits in this case.

4         I have made my own comparison between the various

5    contested videos and both the audio recordings which

6    Mr. Christie is the known speaker, including the jail calls,

7    as well as the video recordings in which you can read and

8    see Mr. Christie's lips and connect his lip motions to

9    audible statements.

10        Based on Special Agent Hicks' testimony and my

11   independent assessment of the exhibits, I'm convinced that

12   the statements attributed to Mr. Christie were, in fact,

13   spoken by him.

14        Throughout the relevant time period, Mr. Christie

15   has a hammer affixed to his waistband via what appears to be

16   a belt loop on his pants.  The hammer, which is Government's

17   Exhibit 1, has a metal or steel head and a nonmetal handle.

18   It weighs approximately 2 pounds.  The video evidence does

19   not show Mr. Christie at any time, both while inside and

20   outside the restricted area, using or even reaching for the

21   hammer.

22        On January 6th, Mr. Christie was part of a group

23   chat with a friend named Gina Bisignano, as shown by

24   Ms. Bisignano's iCloud records.

25        At 2:40 p.m. -- this is, again -- this is all

1    Eastern Time -- an individual in that group chat sent a

2    message to the group, "Well, they just announced that the

3    mayor of D.C. appointed a 6:00 p.m. curfew."  This is

4    Government's Exhibit 222.01.

5         Mr. Christie then sent a text message to the group

6    which reads, "Um, Jen, we literally broke into the Capitol.

7    Do you think that we are going to have a curfew tonight?

8    Not going to happen."  That's Government's Exhibit 222.02.

9         Special Agent Hicks testified that this message

10   was sent at 6:57 p.m.  But the exhibit indicates that the

11   message, it looks like it was read at 6:57 p.m.  But in

12   either event, it was sent, that is, Jen's message was

13   sent -- excuse me, Mr. Christie's message was sent sometime

14   between 2:46 p.m. and 6:57 p.m.

15        After January 6th on January 14th of 2021,

16   Mr. Christie sent a number of text messages to Ms. Bisignano

17   as depicted in Government's Exhibit 218.01.  Mr. Christie

18   said, "Whenever any form of government becomes destructive,

19   it is the right of the people to alter or abolish it and to

20   institute new government."

21        He also said, "Congress was destroying your

22   Constitution."  And he further stated, "Congress is full of

23   criminals who are destructive to your unin- -- unalienable

24   rights."  These communications were not found on

25   Mr. Christie's phone when it was seized and searched a year

1   and a half later in December of 2022.

2          Mr. Christie also exchanged messages with his

3   brother after January 6th.  On July the 24th of 2021,

4   Mr. Christie's brother sent him a link to a Twitter post

5   containing two photos of Mr. Christie in front of the

6   Capitol building on the east side while he appears to be

7   standing atop the truck, one of which zoomed in on the

8   hammer affixed to Mr. Christie's waist.

9          His brother wrote, "If you Google Eric Christie

10  Trump, you get a Twitter feed from Chad Loder that has

11  several videos of you."  This is Government's Exhibit

12  305.01.

13          Agent Hicks testified that the two photos, which

14  are Government's Exhibit 219 and 220, were from Chad Loder's

15  Twitter page.

16          Mr. Christie responded, "He works with Anita,"

17  most likely a reference to Antifa.

18          Mr. Christie's brother then said, "Are you happy

19  with those videos?  Anyone you hang out with been arrest by

20  FBI?"

21          Mr. Christie responded, "No one.  FBI started

22  everything."

23          Mr. Christie's brother then said, "What was the

24  hammer for?  Are you happy with these videos?  Would you

25  show them to your employer, dad, or mom?"

1         Mr. Christie answered, "Protection.  A gun or

2   knife would have been illegal."

3         His brother then said, "Why didn't you go into the

4   Capitol?  Scared and all just talk?  Or your common sense

5   kind of prevailed?"

6         Mr. Christie said, "Didn't want to."

7         His brother then said, "Why not?  Hundreds, if not

8   thousands, of people trashed the place and you egged on.

9   The worst day in American history, 10X worse than a 9/11."

10        Mr. Christie responded, "Just didn't want to."

11        And finally, Mr. Christie participated in a jail

12   call interview with a reporter from the Washington Times in

13   March of 2023.  During the interview, the reporter asks,

14   "I understand you were carrying a hammer.  What I mean was,

15   what was -- what was that about?  I mean, they keep

16   referring to that in some of the articles about you.  Tell

17   me about that."

18        Mr. Christie responds, "Um, it was -- um, here's

19   the thing.  Because Antifa, you know, has been known to show

20   up at these -- at these, um, whenever the Trumpers are, so,

21   um, I figured, like, you know, some form of protection,

22   yeah."

23        The reporter then says, "And they used that

24   against -- I would imagine that they used that against you."

25        To which Mr. Christie says, "Right, right, trying

1  to call it a deadly or dangerous weapon.  Please, I thought

2  that's what a knife and a gun was, okay?  Not a hammer."

3       All right.  So those are the Court's findings.

4       Count 1 of the indictment charges Mr. Christie

5  with knowingly entering or remaining in a restricted

6  U.S. Capitol Grounds, in violation of 18 United States

7  Code 1752(a)(1).  In order to find Mr. Christie guilty of

8  this offense, I must find that the government proved each of

9  the following elements beyond a reasonable doubt:

10       First, that Mr. Christie knowingly entered or

11  remained; and, two, in a restricted grounds; and, three,

12  without any lawful authority to do so.

13       And I'll just direct the parties to *United States*

14  *v. Jabr*, J-a-b-r.  It's 18-CR-0105 at 219 WL 13110682 at

15  Star 6, which was affirmed by the Circuit at 4 F.3d 97 in

16  2021.

17       The parties have agreed to the following

18  definitions with respect to this count:

19       The term "restricted building or grounds" means

20  any posted, cordoned-off or otherwise restricted area of a

21  building or grounds where a person protected by the Secret

22  Service is or will be temporarily visiting.

23       The term "person protected by the Secret Service"

24  includes the Vice President and the immediate family of the

25  Vice President.

1          And a person acts knowingly if he realizes what he

2      is doing and is aware of the nature of his conduct and does

3      not act through ignorance, mistake, or accident.

4          Let me just note at this point that I reject the

5      defendant's proposed instructions as to this account, and as

6      to this count, which would require showing that the area in

7      question was restricted specifically for the Vice President

8      or a Secret Service protectee.  That is not what the statute

9      requires.  The Court finds that the government has proven

10     each element of this offense beyond a reasonable doubt.

11         As to the second element, the government's proof

12     demonstrated the establishment of restricted grounds as that

13     term is defined by the statute.

14         As Captain Mendoza and Special Agent Glavey

15     testified, a restricted perimeter was set up for

16     January 6th, and Mr. Christie was not permitted to be inside

17     of it.

18         Both witnesses testified to the physical barrier

19     made of bike racks, snow fencing and signage, as well as the

20     presence of officers stationed along the barrier.  The bike

21     racks were also clearly visible in the various videos

22     submitted in evidence.

23         I'll note the case of *United States v. Bursey*,

24     B-u-r-s-e-y, 416 F.3d 301 at 307 from the Fourth Circuit, in

25     which the Court held that the stationing of law enforcement

1   officers around the perimeters of a restricted area, even in

2   the absence of a physical barrier, is sufficient to

3   establish a restricted area within the meaning of 18 U.S.C.

4   1752(a)(1).

5           Now, while the defense essentially conceded that

6   this was a restricted area, the defense did make the

7   suggestion throughout trial that it was not a restricted

8   area for purposes of 1752, because the U.S. Capitol Police,

9   rather than the U.S. Secret Service, established the

10  perimeter.  That is not a defense.

11          The text of the statute does not require the

12  U.S. Secret Service to formally establish the area, and

13  there are a number of courts that have said as much.  See,

14  for example, *United States v. Puma*, 596 F.Supp. 3d at 90,

15  DDC 2020, in which Judge Friedman surveyed the 1752 cases in

16  this district, all of which have unanimously held that the

17  Secret Service need not be the entity to restrict or cordon

18  off a particular area because 1752 imposes no limitation

19  whatsoever on the authority that restricts the building or

20  grounds.

21          Also see *United States v. Andres* at 220 -- excuse

22  me, 2022, WL 7688 -- 768684 at 14; *United States v. Bozell*,

23  B-o-z-e-l-l, at 220 WL 47411 at Star 8.; *United States v.*

24  *McHugh*, 583 F.Supp.3d at 29 through 31; *United States v.*

25  *Nordean*, 579 F.Supp.3d at 59 through 60; *United States v.*

1    *Mostofsky*, 579 F.Supp.3d at 28; as well as the omnibus order

2    in *United States v. Caldwell*, 21-CR-28, that's Docket No.

3    415 at 4; and *United States v. Griffin*, 549 F.Supp.3d 49

4    from 2021.  All those cases hold that the Secret Service

5    need not be the entity that restricts or cordons off a

6    particular area for it to qualify as a restricted area for

7    purposes of 1752.

8           As to the third element, whether Mr. Christie was

9    without lawful authority to enter or remain in the area, it

10   is not seriously contended that Mr. Christie didn't have

11   lawful authority to enter the restricted grounds.  In any

12   event, Sergeant Mendoza testified that the grounds were

13   closed to the public on January the 6th.

14          The main contest concerns whether the evidence

15   establishes beyond a reasonable doubt that Mr. Christie knew

16   he had entered and then remained on restricted ground.  The

17   evidence does so establish.

18          The video exhibits the Court has reviewed all

19   clearly show that Mr. Christie would have seen numerous bike

20   racks and uniformed officers along the police line.  He

21   started behind the police barrier and, from his vantage

22   point, would have been able to see numerous skirmishes

23   between officers and the crowd before the line broke.

24          Moreover, while watching these skirmishes,

25   Mr. Christie can be heard saying, "That's our fucking

1  building, storm it, storm it, storm it."  This at 507.01 at

2  the 3 minute, 45 second mark.

3  Special Agent Hicks testified that he had gone to

4  the Capitol and stood on the short wall behind the lamppost

5  and was able to determine that Mr. Christie would have had a

6  line of vision into the area where the skirmishes along the

7  police line occurred.

8  His testimony was corroborated by the video

9  evidence itself.  Government's Exhibit 507.01 shows that

10  from the elevated position behind the lamppost, there is a

11  clear view of what was transpiring on the police line.

12  Before the line breaks, Mr. Christie can also be

13  heard telling a woman in the crowd, "Storm it, girl, storm

14  it."  This is at the 540 mark of 507.01.

15  At 1:58 p.m. and 35 seconds, the fighting starts

16  at the police line.

17  At 1 minute and 58 -- 1:58 and 40 seconds,

18  Mr. Christie puts his megaphone up to his mouth.  At this

19  time, Mr. Christie is on the wall behind the lamppost and

20  can be heard in open-source video.  This is Government's

21  Exhibit 507.02, saying, "Do it, go in, that's your Capitol."

22  6 seconds later he says, "Go on in, go on in, go

23  on in, go on in, go on in, go on in, go on in."  That is at

24  the 20-second mark of the exhibit.

25  The defense has asserted that it is a reasonable

1    conclusion from the evidence that Mr. Christie might have

2    thought he was authorized by officers to cross the police

3    line based on video introduced by the defense in which a

4    member of the crowd speaks to an officer, who indicates that

5    the officer will ask whether the crowd can move closer to

6    the Capitol building.  This is Defense Exhibit 304, which

7    was introduced during the cross-examination of

8    Sergeant David VanBenSchoten.  The video shows talk among

9    members of the crowd about the exchange and the potential to

10   be allowed in beyond the barriers.

11           Even if the Court were to assume that Mr. Christie

12   got word of this exchange or the possibility of permission

13   to enter onto the restricted grounds, and there's no

14   evidence that any police officer -- excuse me, there's not

15   clear evidence that, in fact, reached him.  But even if the

16   Court assumes that it did, there's no evidence that any

17   police officer authorized anyone to cross the barriers.

18           And more importantly, it defies logic to suggest

19   that Mr. Christie could have believed he and the crowd had

20   received permission after seeing for himself that the police

21   line actually broke because of fighting by the crowd against

22   the officers and after making the statements he made to

23   others telling them to storm it and to go on in, go on in.

24           The defense has also suggested that Mr. Christie

25   lacked knowledge of entry because he was fleeing from the

1   person who approached him just as the line broke, because --

2   but that is not a defense, because even if Mr. Christie did

3   temporarily enter the restricted area to flee, because, as

4   I'm about to discuss, he remained in the restricted area

5   knowing it to be restricted.

6        The evidence showed that Mr. Christie knowingly

7   remained in the restricted area for at least 30 minutes,

8   well after he would have known that he was not permitted to

9   be there.

10        For instance, he would have seen police backing up

11   to form a new line on the stairs, attempting to hold rioters

12   at bay.  He walked to the front of that line and can be

13   heard saying clearly, "This is our Capitol."  These are the

14   words of someone who knew he was not supposed to be there.

15        Over the next 30 minutes, Mr. Christie, perched

16   atop a government truck, can see the crowd forming at the

17   newly formed police line.  That too is evidence that he knew

18   he was remaining on restricted grounds.

19        At 2:25 p.m., a flash bang can be heard outside of

20   the east Rotunda doors.  Mr. Christie turns and picks up his

21   megaphone.  Then turns and speaks to the crowd for

22   eight seconds while videoing himself on top of the

23   government vehicle with the crowd on the steps in the

24   background.  That's Government's Exhibit 509.

25        At 2:26 p.m., the east Rotunda doors are breached.

1          And at roughly 2:27 p.m., Mr. Christie can be seen

2     and heard saying, "They're totally taking it over."

3          At 2:28 p.m., as the crowd chants, "U.S.A.,

4     U.S.A.," Mr. Christie, on top of the government vehicle,

5     gestures his hand in a circular motion, egging the crowd on

6     as they chant.

7          At roughly 2:29, he can be seen and heard saying,

8     "I'm on top of government vehicles.  I'm looking at a sea of

9     Trump supporters.  It's unfucking-believable."  Again, this

10    is Government's Exhibit 509.

11         The video ends at 2:30 p.m., and Mr. Christie is

12    still on top of the government vehicle.  So for at least

13    five minutes after hearing the flash bang remain --

14    Mr. Christie remained atop the truck.  Again, he would have

15    known that he was on restricted grounds.

16         Finally, aside from the scenes of chaos that are

17    so evident in the videos and being told by the officers or

18    observing the officers holding people at bay, Mr. Christie's

19    own words on January 6th give away his knowledge.

20         Then he wrote to the group text, "Um, Jen, we

21    literally broke into the Capitol.  Do you think we are going

22    to have a curfew tonight?  Not going to happen."  "Broke

23    into the Capitol" reflects an understanding that the actions

24    of the rioters that day, including himself, were taking

25    place on restricted grounds.

1          Turning then to Count 2 of the indictment, which

2   charges Mr. Christie with disorderly or disruptive conduct

3   in a restricted building or grounds with a deadly or

4   dangerous weapon, in violation of 18 United States

5   Code 1752(a)(2).

6          In order to find Mr. Christie guilty of this

7   offense, I must find that the government proved each of the

8   following elements beyond a reasonable doubt:

9          First, that Mr. Christie engaged in disorderly or

10  disruptive conduct in or in proximity to any restricted

11  building or grounds.

12         Second, that Mr. Christie did so knowingly and

13  with the intent to impede or disrupt the orderly conduct of

14  government position or official functions.

15         Third, Mr. Christie's conduct occurred when or so

16  that his conduct, in fact, impeded or disrupted the orderly

17  contact of government business or official functions.

18         The parties have agreed on the following

19  definitions with respect to this count:

20         Disorderly conduct occurs when a person acts in

21  such a manner as to cause another person to be in reasonable

22  fear that a person or property in a person's immediate

23  possession is likely to be harmed or taken.  It uses words

24  likely to produce violence on the part of others, is

25  unreasonably loud and disruptive under the circumstances, or

1   interferes with another person by jostling against or

2   unnecessarily crowding that person.

3          Disruptive conduct is a disturbance that

4   interrupts an event, activity, or the normal course of a

5   process.

6          The defense additionally points to Red Book

7   Instruction 6.643, which includes, as an element of a

8   violation of D.C. Code 10-503.16(b)(4), that a defendant's

9   conduct most be "more disruptive than that of tourists or

10  either routinely permitted on the United States Capitol

11  Grounds."

12         So let me begin with the first element.

13         The Court has already determined that Mr. Christie

14  was on restricted grounds.

15         As to disorderly or disruptive conduct, it is hard

16  to know where to start with Mr. Christie's behavior

17  that day.

18         Mr. Christie's statements while on restricted

19  grounds, including going up to a line of police officers who

20  had just fallen back to a new position, saying, "This is our

21  Capitol," in the direction of others who were approaching

22  the East Capitol steps, is one example.

23         Leading what he described in his own words as "An

24  unfucking-believable sea of Trump supporters," and a call

25  and response chant of "Whose house?  Our house," while

1    standing atop a federally owned truck just moments before

2    the line breaks on the steps and people rush to the east

3    Rotunda doors is another example.

4          And looking to the Red Book instruction that

5    Mr. Christie's counsel has highlighted, that is, conduct

6    that is more disruptive than that of tourists or other

7    routinely permitted on the U.S. Capitol Grounds, I would say

8    that Mr. Christie standing on top of a government vehicle

9    while saying out loud that he is on top of a government

10   vehicle, using a megaphone to whip up a crowd that is

11   overtaking police while openly displaying a hammer on his

12   belt loop would meet that additional gloss on the element.

13         I'll also note that the defense's own witness,

14   Mr. Hill, effectively recognized that Mr. Christie's conduct

15   was disorderly and disruptive when he agreed that when he

16   was a law enforcement officer, if he had had the opportunity

17   to prevent somebody from trying to climb atop his police

18   car, he would have arrested the person.

19         The Court is also convinced that Mr. Christie

20   did -- took his actions knowingly and with the intent to

21   impede or disrupt the orderly conduct of government business

22   or official functions.

23         Mr. Christie knew what was happening that day

24   inside of the Capitol building.  He told the crowd it was

25   their Capitol.  He said, as he watched rioters stream into

1   the building, "They're totally taking it over."

2          As revealingly, Mr. Christie said, via text to

3   Ms. Bisignano, "Whenever any form of government becomes

4   destructive," this is after January 6th but, nevertheless,

5   reflects his knowledge and understanding of the events that

6   day, "it is the right of the people to alter or abolish it

7   and to institute new government."  He said, "Congress was

8   destroying your Constitution."  And he said, "Congress is

9   full of criminals who are destructive to your un-inalienable

10  rights."

11         He knew where he was and he knew that government

12  business was being done there that day.  By joining a group

13  of people, a mob, that he saw had broken police lines after

14  fighting directly with the police, not him, but people in

15  the group, by jumping on government property, it's clear

16  that Mr. Christie's intent was to impede or disrupt the

17  orderly conduct of government business or official

18  functions, and that, of course, also includes Mr. Christie's

19  disruptive behavior in speaking to the megaphone and egging

20  on the crowd that day.

21         This includes the official business that was being

22  conducted inside the Capitol building, as well as the

23  functions of the United States Capitol Police who were

24  attempting to keep people from entering the restricted area

25  and entering the building that day.

1          The Court also finds that Mr. Christie's conduct

2    occurred when or so that his conduct, in fact, impeded or

3    disrupted the orderly conduct of government business or

4    official functions.

5          As Special Agent Glavey testified, congressional

6    proceedings adjourned.  The Vice President was taken out by

7    Secret Service to a secure location at the same time

8    Mr. Christie was atop a government-owned truck and urging on

9    the crowd, and the Vice President could not return for

10   hours.

11         And Captain Mendoza and Sergeant VanBenschoten

12   testified to how the police functions were impeded by the

13   presence of demonstrators, including Mr. Christie himself,

14   of which he was a part.

15         All right.  Let me turn then to the enhancement on

16   both counts, which alleges that during and in relation to

17   the offenses, Mr. Christie used or carried a deadly or

18   dangerous weapon.  There's no contention here that

19   Mr. Christie used a dangerous weapon, so the question is

20   whether Mr. Christie carried a dangerous weapon during and

21   in relation to his violations of 1752(a)(1) and (a)(2).

22         As the Court explained in its written order dated

23   August 3rd of 2023 at ECF 64, an object that is not

24   inherently deadly or dangerous can still be a deadly or

25   dangerous weapon for purposes of 1752(b)(1)(A) if it is

1  capable of causing serious bodily injury or death to another

2  person and the defendant carried it with the intent that it

3  be used in a manner capable of causing serious bodily injury

4  or death.  The defendant need not have actually used the

5  object in that manner.

6        The evidence relevant to this issue is as follows:

7        Sergeant VanBenschoten testified that a hammer is

8  capable of causing serious injury and it would have been his

9  preferred weapon as between the hammer and a megaphone.

10       The Court has also inspected the hammer, and given

11 its design with a metal steel head, if used to strike a

12 person, particularly in the head, the hammer easily could

13 cause at least serious bodily injury.

14       The question then is whether Mr. Christie carried

15 the hammer with the intent that it be used in a manner

16 capable of causing serious bodily injury or death, and the

17 evidence of that intent is as follows:

18       First, we have the placement of the hammer in

19 Mr. Christie's belt loop.  It was fully visible to the

20 public.  It was not tucked away in a bag or backpack so that

21 it was easily within reach should he need it.

22       Then there are the messages that Mr. Christie

23 exchanged with his brother on July 24th of 2022 in which

24 Mr. Christie's brother asked, "What was the hammer for?" to

25 which Mr. Christie responded, "Protection.  A gun or knife

1   would have been illegal."

2          And finally, Mr. Christie participated in a jail

3   call interview with a reporter from the Washington Times.

4   During the interview, the reporter said, "I understand you

5   were carrying a hammer.  I mean, what was that about?

6   I mean, they keep referring to that as some of the articles

7   about you.  Tell me about that."

8          And Mr. Christie says, "Um, here's the thing.

9   Because Antifa, you know, has been known to show up at

10  these -- at these whatever -- wherever the Trumpers are.

11  So, um, I figured, like, you know, some form of protection,

12  yeah."

13         The reporter then says, "And they used that

14  against -- I would imagine that they used that against you."

15         And Mr. Christie says, "Right, right, trying to

16  call it a deadly or dangerous weapon.  Please, I thought

17  that's what a knife and gun was, okay, not a hammer."

18         These statements are notable for two reasons:

19         One, he is admitting that he had the hammer in

20  lieu of a gun or a knife.  There are two objects that are

21  commonly thought of as a dangerous or deadly weapon.

22         And, two, in both communications, one with his

23  brother and in the jail call, even after he's charged, he

24  admits that he had the hammer for protection against Antifa.

25  That is an admission that he intended to use the hammer in a

1    way that could cause serious bodily injury if the

2    circumstances called for it.

3            Now, the defense contends the following:

4            First, this was clear that there's been some

5    suggestion in the papers that Mr. Christie was wearing the

6    hammer as part of a costume.  That argument seems to have

7    been abandoned at trial, but in any event, there's certainly

8    no evidence to support that proposition.

9            Second, carrying the object for self-defense

10   purposes somehow negates the offense.  But that is not a

11   defense, and it does not negate the required intent.

12           In an analogous setting, the D.C. Circuit has made

13   clear that a self-defense related intent or rationale for

14   carrying an object that could cause serious bodily harm

15   still constitutes intent to use the object in a manner

16   capable of causing serious bodily injury.

17           In *United States v. Vinton*, 594 F.3d 14 at 2223

18   from 2017, the Circuit explained that "he," that is, the

19   defendant, "may have planned to use the knife only in

20   self-defense or defense of another is irrelevant so long as

21   he intended to use it as a weapon," quoting *Broadie* at

22   452 F.3d. at 881.  And quoting *Broadie* as saying, "Neither

23   self-defense nor any other lawful purpose is material to the

24   offense or sufficient to avoid liability for carrying a

25   dangerous weapon."

1      Now, to be sure, this is a statement about the

2 District of Columbia law as it relates to the offense of

3 carrying a dangerous weapon, and not to the 1752 offense,

4 but I would dare say the same logic of *Vinton* applies here

5 as this, like in *Vinton*, is a carrying offense.

6      And the logic is arguably even more applicable

7 given that this is a carrying offense on restricted grounds

8 of a sensitive nature such as the White House or in this

9 case the Capitol where a dignitary or Secret Service

10 protectee is visiting.  All the more reason why Congress may

11 have wished to criminalize the possession of a dangerous

12 object even if it's not inherently dangerous and even if it

13 is intended for purposes of self-defense.

14      Moreover, the fact that Mr. Christie may have only

15 intended to use the hammer if a condition precedent

16 occurred, such as a fight breaking out between Antifa and

17 Trump supporters, does not negate Mr. Christie's specific

18 intent.  As the Supreme Court held in *Holloway v. United*

19 *States*, 526 U.S. 1 at 4 from 1999, specific intent need not

20 be unconditional, that is, it can be conditioned on the

21 occurrence of an event.

22      Third, the defense contends that Mr. Christie

23 never reached for the hammer at any point, establishing no

24 intent to use it.  This is illustrated, the defense argues,

25 by the confrontation that he had with the unknown man right

1  before the line broke in which he never appears to reach for

2  and certainly did not use the hammer.

3          That episode is not, however, enough to create

4  doubt about his fundamental intent in carrying the weapon

5  for protective or self-defense purposes.  At some point the

6  morning of January 6th, he purposely put a hammer in his

7  waistband.  He admits that the reason for doing so was

8  protection, not to scare people off but for protection,

9  because he knew he could not carry a gun or knife.

10          And as to this point, let me be clear that

11  I believe the statute's requisite intent must be proven at

12  the time of entry or while remaining on restricted grounds.

13  It is not enough for the government to prove as a general

14  matter the person intended to use the object as a dangerous

15  or deadly weapon.

16          Mr. Christie had that specific intent on

17  restricted grounds here.  We know that from his admissions.

18  When asked by his brother why he had a hammer in response to

19  a photo of him on Capitol Grounds, he said, "Protection."

20          When asked during a jail call interview why he had

21  a hammer with him in relation to his presence on

22  Capitol Grounds, he again said, "For protection."

23          This is not like a case in which someone puts a

24  can of mace in a backpack and knowingly enters restricted

25  grounds.  Unlike that scenario where it may not be clear

1    when the can of mace was put into the backpack, here we know

2    that Mr. Christie put the hammer into his belt loop the

3    morning of January 6th with the intent to go to the Capitol

4    and to use it for protection.

5         In the backpack mace example, there is an

6    attenuation potentially of time from when the person first

7    carried the object and the intent to use it, whereas here we

8    know that Mr. Christie began carrying the hammer only hours

9    earlier and admitted what his intent was with respect to the

10   hammer when he was on Capitol Grounds hours later.

11        Fourth, the defense has asserted that because of

12   the hammer's weight, Mr. Christie simply could not have --

13   simply could have forgotten about it and, therefore, lacked

14   the requisite intent.  I do not find that argument

15   plausible.

16        I conducted the same experiment that defense

17   counsel did and put the hammer in my waistband.  It was

18   certainly evident that it was there.  And Mr. Christie

19   certainly would have known it was there from all of his

20   movements that morning, including climbing up and down a

21   wall, running toward the steps, and climbing atop a truck.

22   It is simply not plausible to think that Mr. Christie would

23   not have been cognizant of the hammer being in his

24   waistband, given those types of physical movements that

25   morning.

1          And I'll also note that, unlike the mace and

2     backpack example that I mentioned earlier where it might be

3     plausible that a person has kept mace in a backpack is not

4     conscious of it while they are present when they entered

5     restricted grounds, that's simply not the case here with

6     Mr. Christie.  He was -- knew about the hammer and was

7     cognizant of it, I find, based on all the evidence that is

8     before me, while he was on restricted grounds.

9          Fifth, there's been a suggestion by the defense

10    that there's some inconsistency in how the government is

11    viewing Mr. Christie's conduct, because even though the

12    bullhorn, like the hammer, could have been used as a deadly

13    or dangerous weapon, he's not been charged with the

14    enhancement for carrying the bullhorn.  I'll just note at

15    the outset, that is not a defense.  The government has

16    discretion as to how it charges a person.  But more

17    importantly, there's literally no evidence that Mr. Christie

18    had any intent to use the bullhorn as a weapon, even for

19    protective reasons.  We have his own statements with respect

20    to the hammer; there is nothing similar with respect to the

21    bullhorn.

22          Finally, the Court must consider the nexus between

23    Mr. Christie's intent to carry the object for use for

24    protection or self-defense in the underlying crimes he is

25    charged with, to which this is an enhancement.  The

1   statutory language requires that Mr. Christie used or

2   carried the dangerous weapon during and in relation to the

3   offense.

4         The "during" element is merely temporal, and that

5   is clearly satisfied here.  Mr. Christie did carry a hammer

6   during the offense, violating 1752(a)(1) and (a)(2).

7         The in-relation-to element is a little bit

8   trickier, but the Court finds that the element is met here

9   beyond a reasonable doubt.  The Supreme Court in *Smith v.*

10  *United States* 508 U.S. 223 has concluded, in the context of

11  20 -- 924(c) offenses, which deals with the identical

12  statutory language with respect to firearms and drug

13  offenses, that the phrase "in relation to" is expansive,

14  noting dictionary definitions of with reference to or as

15  regards.

16        The Supreme Court explained that "in relation to"

17  means that the object's use or carrying facilitate or have

18  the potential to facilitate the offense.

19        The Supreme Court made clear that the object's

20  presence cannot be merely coincidental or entirely unrelated

21  to the crime.

22        Mr. Christie's wearing of the hammer exposed on

23  his belt loop was neither coincidental, nor entirely

24  unrelated to his crimes, and clearly had the potential to

25  facilitate the offenses.

1          This is not a case of coincidental use or

2   carrying, such as the one in which a defendant carries a

3   backpack around in which he might have left a hammer that he

4   usually brings to a job site.  Mr. Christie put his hammer

5   on his belt loop at his waist and wore it while running past

6   the broken police line and scaling government vehicles.

7          And the hammer had the potential to facilitate the

8   offenses.  If Mr. Christie had encountered Antifa or some

9   other physical threat as he entered or remained on

10  restricted grounds, having the hammer to use in such a

11  circumstance had the potential to facilitate his being able

12  to enter or remain on Capitol Grounds.

13         The same is true for his disorderly and disruptive

14  conduct.  Possessing the hammer for protective reasons had

15  the potential to facilitate his ability to disrupt

16  government business or official functions.  It potentially

17  enabled him in undertaking the acts that he did, which were

18  both disorderly and disruptive.

19         So I do find Mr. Christie guilty of carrying a

20  dangerous weapon during and in relation to the underlying

21  offenses of 1752(a)(1) and (a)(2).

22         So that is the verdict of the Court.  Let us set a

23  sentencing date.

24         Let me ask the following:  Does the government

25  have a sense of what it believe the Guidelines are in this

1   case?

2   　　　　MR. MANNING:  The government has a sense that the

3   Guidelines in this case with the (b)(1)(A) conviction could

4   be 12 to 18 months.

5   　　　　THE COURT:  Okay.

6   　　　　MR. MANNING:  But I would specifically ask that

7   we're not held to that.

8   　　　　THE COURT:  Fair enough, because that's been my --

9   that's how I have, at least preliminarily, looked at it when

10  I considered this yesterday.

11  　　　　So I believe Mr. Christie has been detained for

12  approximately eight months now, so I think we should try and

13  move to sentencing as expeditiously as we can.

14  　　　　So what do we have as a date to do that, JC, to

15  include the time the probation office is requesting for a

16  Presentence Investigation Report?

17  　　　　COURTROOM DEPUTY:  November 27th.

18  　　　　THE COURT:  That's a date on which we can hold the

19  sentencing consistent with their time request?

20  　　　　COURTROOM DEPUTY:  That's correct.

21  　　　　THE COURT:  Okay.

22  　　　　How about November 27th?

23  　　　　MR. MANNING:  November 27th?  That works for the

24  government, Your Honor.  Thank you.

25  　　　　MS. STEWART:  Your Honor, that works for the

```
 1   defense.

 2             THE COURT:  Okay.

 3             I don't know, Ms. Stewart, if you'll be traveling,

 4   so why don't we say 2:00, if that works for everyone?

 5             MS. STEWART:  Whatever time on the 27th.  I always

 6   come in the day before, Your Honor.

 7             THE COURT:  Okay.

 8             Well, it's Thanksgiving weekend, I believe, so do

 9   you want --

10             MS. STEWART:  I may be driving.

11             THE COURT:  I'm sorry?

12             MS. STEWART:  I may be driving, Your Honor, so,

13   yeah.

14             Just given the air travel, right.

15             So whatever time is good for us, Your Honor.

16             THE COURT:  So I'm supposed to start a trial

17   the 28th.  I could do the sentencing on the afternoon of

18   December 1, 3:30 p.m.

19             MR. MANNING:  Whatever works for the defense,

20   Your Honor.

21             MS. STEWART:  That's fine by us, Your Honor.

22             THE COURT:  All right.

23             So December 1 at 3:30 p.m. we'll set sentencing.

24             We will get out a Minute Order that is -- that

25   reflects the deadlines for the Presentence Investigation
```

1   Report and the sentencing memos.

2          All right.  With that, is there anything else we

3   need to discuss?

4          MR. MANNING:  Nothing from the government,

5   Your Honor.

6          MS. STEWART:  Nothing from the defense,

7   Your Honor.

8          THE COURT:  All right.  Thank you, all, very much.

9   We'll see you soon.

10          COURTROOM DEPUTY:  All rise.  This court stands in

11   recess.

12          (Proceedings concluded at 4:28 p.m.)

13

14

15

16

17

18

19

20

21

22

23

24

25

C E R T I F I C A T E

        I, William P. Zaremba, RMR, CRR, certify that the foregoing is a correct transcript from the record of proceedings in the above-titled matter.


Date:__August 31, 2023_____     

        William P. Zaremba, RMR, CRR

COURTROOM
DEPUTY: [5] 3/2 3/6
41/17 41/20 43/10
MR. MANNING: [6]
3/19 41/2 41/6 41/23
42/19 43/4
MS. STEWART: [7]
3/20 41/25 42/5 42/10
42/12 42/21 43/6
THE COURT: [12] 3/4
3/21 41/5 41/8 41/18
41/21 42/2 42/7 42/11
42/16 42/22 43/8

**0**
005 [1] 3/7
0105 [1] 19/14
08077 [1] 2/8

**1**
10 [2] 10/7 10/21
10-503.16 [1] 28/8
10X [1] 18/9
11 [2] 1/5 18/9
12 [1] 41/4
1204 [1] 2/2
12:15 [1] 5/16
130 [1] 2/7
13110682 [1] 19/14
14 [2] 21/22 34/17
1400 [1] 1/15
141 [1] 2/7
14th [1] 16/15
15 [3] 9/19 10/7 10/22
21/4 21/8 21/15 21/18
22/7 27/5 31/21 31/25
35/3 39/6 40/21
18 [2] 19/6 41/4
18 U.S.C [2] 4/13 21/3
18 United States [1]
27/4
18-CR-0105 [1] 19/14
19 [1] 5/5
1999 [1] 35/19
1:44 [3] 6/24 7/1 7/9
1:45 [2] 7/15 9/24
1:46 [1] 7/21
1:47 [2] 8/4 8/17
1:48 [1] 8/17
1:49 [1] 9/4
1:50 [1] 9/15
1:51 [3] 9/19 9/24 10/2
1:52 [1] 10/6
1:53 [3] 10/10 10/13
10/18
1:56 [2] 10/19 11/1
1:58 [7] 6/5 11/4 11/7
12/3 12/5 23/15 23/17
1:59 [4] 12/15 12/15
12/24 13/1

**2**
20 [3] 11/4 12/13 39/11
20-second [1] 23/24
20001 [1] 2/14
20005 [1] 1/15

202 [2] 1/16 2/14
2020 [1] 21/15
2021 [6] 3/24 6/18
16/15 17/3 19/16 22/4
2022 [3] 17/1 21/22
32/23
2023 [4] 1/5 18/13
31/23 44/7
20530 [1] 1/19
21-CR-28 [1] 22/2
218.01 [1] 16/17
219 [2] 17/14 19/14
22-second [1] 7/14
220 [3] 17/14 21/21
21/23
222.01 [1] 16/4
222.02 [1] 16/8
2223 [1] 34/17
223 [1] 39/10
23-005 [1] 3/7
23-5 [1] 1/4
24th [2] 17/3 32/23
27th [4] 41/17 41/22
41/23 42/5
28 [2] 22/1 22/2
28th [1] 42/17
29 [2] 12/24 21/24
2:00 [3] 13/1 13/5 42/4
2:06 [1] 13/16
2:25 [3] 6/9 14/3 25/19
2:26 [2] 14/9 25/25
2:27 [2] 14/10 26/1
2:28 [2] 14/13 26/3
2:29 [2] 14/17 26/7
2:30 [2] 14/20 26/11
2:40 [1] 15/25
2:46 [1] 16/14

**3**
30 [2] 25/7 25/15
301 [1] 20/24
303 [1] 2/7
304 [2] 11/10 24/6
305.01 [1] 17/12
307 [1] 20/24
31 [2] 21/24 44/7
32 [1] 7/15
3249 [1] 2/14
333 [1] 2/13
33567 [1] 2/3
34 [1] 9/24
35 [2] 12/3 23/15
354-3249 [1] 2/14
36 [1] 10/6
3:30 [2] 42/18 42/23
3:35 [1] 1/6
3d [1] 21/14
3rd [1] 31/23

**4**
40 [2] 12/5 23/17
401.01 [1] 7/17
402 [1] 14/2
408 [1] 6/10
415 [1] 22/3
416 [1] 20/24
43 [1] 14/25

451-5753 [1] 2/3
452 F.3d [1] 34/22
47411 [1] 21/23
49 [1] 22/3
4:28 [1] 43/12

**5**
50 [3] 8/2 10/2 13/5
503.01 [1] 13/6
503.16 [1] 28/8
505 [1] 13/23
507.01 [9] 6/25 7/13
8/2 8/9 8/25 9/14 23/1
23/9 23/14
507.02 [4] 12/9 12/13
12/14 23/21
508 [1] 39/10
509 [5] 14/8 14/12
14/20 25/24 26/10
514-6256 [1] 1/16
514-7736 [1] 1/20
526 [1] 35/19
540 [1] 23/14
549 [1] 22/3
5708 [1] 2/8
5753 [1] 2/3
579 [2] 21/25 22/1
58 [1] 23/17
583 [1] 21/24
59 [1] 21/25
594 [1] 34/17
596 [1] 21/14
5:06 [1] 13/24
5:40 [1] 9/14
5th [1] 6/18

**6**
6.643 [1] 28/7
60 [1] 21/25
601 [1] 1/19
602 [1] 1/20
607-5708 [1] 2/8
6256 [1] 1/16
64 [1] 31/23
6:00 [1] 16/3
6:57 [3] 16/10 16/11
16/14
6th [15] 3/24 4/1 4/17
5/10 5/13 6/23 15/22
16/15 17/3 20/16 22/13
26/19 30/4 36/6 37/3

**7**
70 [1] 6/25
768684 [1] 21/22
7688 [1] 21/22
7736 [1] 1/20

**8**
813 [1] 2/3
856 [1] 2/8
881 [1] 34/22
8:00 [1] 6/17

**9**
9 seconds [1] 12/16
9/11 [1] 18/9

924 [1] 39/11
97 [1] 19/15

**A**
abandoned [1] 34/7
ability [2] 8/19 40/15
able [8] 8/10 8/12 8/22
9/23 10/3 22/22 23/5
40/11
abolish [2] 16/19 30/6
about [16] 7/18 10/22
11/15 18/15 18/16
18/17 24/9 25/4 33/5
33/7 33/7 35/1 36/4
37/13 38/6 41/22
above [2] 14/23 44/4
above-titled [1] 44/4
absence [1] 21/2
accident [1] 20/3
According [2] 4/20
6/11
account [1] 20/5
accused [1] 3/23
act [1] 20/3
actions [2] 26/23 29/20
activity [1] 28/4
acts [3] 20/1 27/20
40/17
actually [2] 24/21 32/4
additional [2] 9/16
29/12
additionally [2] 5/6
28/6
adjourned [2] 5/23
31/6
admission [1] 33/25
admissions [1] 36/17
admits [2] 33/24 36/7
admitted [6] 4/25 6/25
7/17 14/1 15/3 37/9
admitting [1] 33/19
advances [1] 13/25
advisable [1] 6/14
affirmed [3] 4/23 15/15
17/8
affixed [3] 4/23 15/15
17/8
after [12] 6/15 6/16
13/10 16/15 17/3 24/20
24/22 25/8 26/13 30/4
30/13 33/23
afternoon [5] 3/4 3/6
3/14 3/15 42/17
again [6] 13/25 14/19
15/25 26/9 26/14 36/22
against [7] 18/24 18/24
24/21 28/1 33/14 33/14
33/24
agencies [1] 5/8
agent [14] 5/11 5/12
5/18 6/11 6/11 6/13 8/20
14/24 15/10 16/9 17/13
20/14 23/3 31/5
Agent Hicks [1] 17/13
agreed [2] 19/17 27/18
29/15
ahead [1] 3/22
aided [1] 2/16

58 [1] 42/14

all [19] 3/2 3/16 9/8
15/2 15/25 18/4 19/3
21/16 22/4 22/18 31/15
35/10 37/19 38/7 42/22
43/2 43/8 43/8 43/10
alleges [3] 4/1 4/5
31/16
allowance [2] 11/20
11/20
allowed [1] 24/10
along [13] 7/3 7/11 8/6
8/23 9/2 9/18 11/8
11/18 12/4 13/2 20/20
22/20 23/6
already [1] 28/13
also [19] 4/5 4/12 4/25
7/6 8/24 12/13 15/2
16/21 17/2 20/21 21/21
23/12 24/24 29/13
29/19 30/18 31/1 32/10
38/1
alter [2] 16/19 30/6
always [1] 42/5
ambulance [1] 8/16
AMERICA [2] 1/3 3/8
American [1] 18/9
AMIT [1] 1/10 3/3
Amit P [1] 3/3
among [1] 24/8
amplifying [1] 11/13
analogous [1] 34/12
Andres [1] 21/21
Angeles [2] 6/19 6/21
angle [1] 10/15
Anita [1] 17/16
announced [1] 16/2
another [6] 10/4 27/21
28/1 29/3 32/1 34/20
answered [1] 18/1
Antifa [6] 17/17 18/19
33/9 33/24 35/16 40/8
any [13] 15/19 16/18
19/12 19/20 22/11
24/14 24/16 27/10 30/3
34/7 34/23 35/23 38/18
anyone [2] 17/19 24/17
anything [2] 3/17 43/2
APPEARANCES [2]
1/12 1/21
appearing [1] 3/12
appears [8] 7/19 7/24
9/17 10/16 12/18 15/15
17/6 36/1
applicable [1] 35/6
applies [1] 35/4
appointed [1] 16/3
approached [1] 25/1
approaches [1] 11/8
approaching [1] 28/21
approximately [10] 6/9
7/7 7/13 10/7 12/24
13/5 13/16 14/3 15/18
41/12
are [24] 8/14 11/20
13/9 14/9 16/7 16/23
17/14 17/18 17/24
18/20 19/3 21/13 25/13

**A**

**are...** [11] 25/25 26/16 26/21 30/9 32/22 33/10 33/18 33/20 33/20 38/4 40/25

**area** [22] 4/3 7/18 8/16 8/23 9/7 15/20 19/20 20/6 21/1 21/3 21/6 21/8 21/12 21/18 22/6 22/6 22/9 23/6 25/3 25/4 25/7 30/24

**arguably** [1] 35/6

**argues** [1] 35/24

**argument** [2] 34/6 37/14

**around** [4] 7/9 10/8 21/1 40/3

**arrest** [1] 17/19

**arrested** [1] 29/18

**arrival** [2] 5/18 8/15

**arrived** [2] 5/15 6/23

**arrives** [1] 11/10

**articles** [2] 18/16 33/6

**as** [71]

**aside** [1] 26/16

**ask** [3] 24/5 40/24 41/6

**asked** [3] 32/24 36/18 36/20

**asks** [1] 18/13

**asserted** [2] 23/25 37/11

**asses** [1] 9/10

**assessment** [1] 15/11

**assume** [1] 24/11

**assumes** [1] 24/16

**atop** [7] 17/7 25/16 26/14 29/1 29/17 31/8 37/21

**attempting** [2] 25/11 30/24

**attenuation** [1] 37/6

**Attorney's** [1] 1/18

**attributed** [1] 15/12

**audible** [1] 5/9

**audio** [2] 15/2 15/5

**August** [3] 1/5 31/23 44/7

**authority** [4] 19/12 21/19 22/9 22/11

**authorized** [3] 5/3 24/2 24/17

**Avenue** [2] 1/15 2/13

**avoid** [1] 34/24

**aware** [1] 20/2

**away** [3] 7/23 26/19 32/20

**B**

**B-o-z-e-l-l** [1] 21/23

**B-u-r-s-e-y** [1] 20/24

**back** [8] 5/24 6/14 10/7 11/5 13/1 13/11 13/24 28/20

**background** [2] 14/8 25/24

**backing** [1] 25/10

**backpack** [7] 32/20 36/24 37/1 37/5 38/2

**bag** [1] 32/20

**bang** [3] 14/3 25/19 26/13

**Barrett** [1] 2/13

**barrier** [10] 7/3 7/12 7/19 8/6 10/7 10/17 20/18 20/20 21/2 22/21

**barriers** [2] 24/10 24/17

**base** [2] 13/3 13/9

**baseball** [1] 12/17

**based** [5] 5/6 14/25 15/10 24/3 38/7

**bay** [2] 25/12 26/18

**be** [56]

**because** [14] 5/4 18/19 21/8 21/18 24/21 24/25 25/1 25/2 25/3 33/9 36/9 37/11 38/11 41/8

**becomes** [2] 16/18 30/3

**beeline** [1] 12/21

**been** [21] 6/6 6/15 7/5 10/1 10/3 12/16 17/19 12/8 18/19 22/22 32/8 33/1 33/9 34/4 34/7 37/23 38/9 38/12 38/13 41/8 41/11

**before** [9] 1/10 3/18 6/24 22/23 23/12 29/1 36/1 38/8 42/6

**began** [1] 37/8

**begin** [2] 7/15 28/12

**begins** [1] 11/5

**behavior** [2] 28/16 30/19

**behind** [13] 7/21 7/24 8/10 8/18 8/21 9/1 9/4 9/25 12/18 22/21 23/4 23/10 23/19

**being** [5] 26/17 30/12 30/21 37/23 40/11

**believable** [3] 14/19 26/9 28/24

**believe** [4] 36/11 40/25 41/11 42/8

**believed** [1] 24/19

**below** [1] 13/18

**belt** [6] 15/16 29/12 32/19 37/2 39/23 40/5

**BENCH** [1] 1/9

**between** [11] 7/11 8/5 8/16 10/4 13/1 15/4 16/14 22/23 32/9 35/16 38/22

**beyond** [6] 19/9 20/10 22/15 24/10 27/8 39/9

**bike** [15] 4/22 4/23 4/24 9/16 9/18 9/20 9/21 10/5 10/7 10/16 11/18 13/2 20/19 20/20 22/19

**Bill** [1] 11/8

**Bill Dunfee** [1] 11/8

**Bisignano** [3] 15/23 16/16 30/3

**Bisignano's** [1] 15/24

**C**

**Caldwell** [1] 22/2

**California** [1] 6/19

**call** [7] 18/12 19/1 28/24 33/3 33/16 33/23 36/20

**called** [1] 34/2

**calls** [1] 15/6

**calm** [1] 8/11

**can** [34] 7/1 7/12 7/18 7/25 8/6 8/24 10/8 11/15 12/5 12/8 12/12 13/6 13/14 13/21 14/1 14/3 14/10 14/17 15/7 22/25 23/12 23/20 24/5 25/12 25/16 25/19 26/1 26/7 31/24 35/20 36/24 37/1 41/13 41/18

**can't** [1] 9/9

**cannot** [2] 11/25 39/20

**capable** [3] 32/1 32/3 32/8 32/16 34/16

**bitches** [1] 8/1

**black** [1] 13/13

**bodily** [7] 32/1 32/3 32/13 32/16 34/1 34/14 34/16

**Book** [2] 28/6 29/4

**bordered** [1] 7/3

**both** [7] 4/13 15/5 15/19 20/18 31/16 33/22 40/18

**Bozell** [1] 21/22

**Bradford** [2] 2/6 3/10

**bradford.geyer** [1] 2/9

**breached** [1] 14/9

**break** [2] 10/4 13/11

**breaking** [1] 35/16

**breaks** [4] 9/19 12/3 23/12 29/2

**bring** [2] 6/14 9/16

**brings** [1] 40/4

**Broadie** [2] 34/21 34/22

**broke** [7] 16/6 22/23 24/21 25/1 26/21 26/2 36/1

**broken** [3] 12/22 30/13 40/6

**brother** [11] 17/3 17/4 17/9 17/18 17/23 18/3 18/7 32/23 32/24 33/3 36/18

**building** [20] 3/25 4/9 4/11 5/4 5/20 6/4 6/15 8/7 17/6 19/19 19/21 21/19 23/1 24/6 27/3 27/11 29/24 30/1 30/22 30/25

**bullhorn** [4] 38/12 38/14 38/18 38/21

**Bursey** [1] 20/23

**business** [7] 27/17 29/21 30/12 30/17 30/21 31/3 40/16

**Capitol** [14] 3/25 4/4/25 4/5 4/5 4/7 5/16 6/4 6/24 7/2 7/23 8/21 11/4 11/5 12/10 13/7 13/10 16/6 17/6 18/4 19/6 21/8 23/4 23/21 24/6 25/13 26/21 26/23 28/10 28/21 28/22 29/7 29/24 29/25 30/22 30/23 35/9 36/19 36/22 37/3 37/10 40/12

**Capitol building** [5] 5/4 6/4 17/6 24/6 30/22

**Capitol Grounds** [5] 4/3 36/19 36/22 37/10 40/12

**Captain** [5] 4/20 5/2 5/6 20/14 31/11

**capturing** [1] 12/1

**car** [1] 29/18

**carefully** [1] 15/2

**carolstewart** [1] 2/4

**Carolyn** [2] 2/2 3/10

**carried** [7] 4/6 31/17 31/20 32/2 32/14 37/7 39/2

**carries** [1] 40/2

**carry** [3] 36/9 38/23 39/5

**carrying** [15] 7/8 18/14 33/5 34/9 34/14 34/24 35/3 35/5 35/7 36/4 37/8 38/14 39/17 40/2 40/19

**case** [9] 3/7 15/3 20/23 35/9 36/23 38/5 40/1 41/1 41/3

**cases** [2] 21/15 22/4

**cause** [2] 27/21 32/13 34/1 34/14

**causing** [5] 32/1 32/3 32/8 32/16 34/16

**CCTV** [9] 7/16 8/4 8/14 10/8 10/12 10/25 10/25 12/7 14/1

**certainly** [4] 34/7 36/2 37/18 37/19

**certification** [4] 4/19 5/5 5/15 6/16

**Certified** [1] 2/12

**certify** [1] 44/2

**CH** [1] 2/13

**Chad** [2] 17/10 17/14

**chamber** [3] 5/21 5/23 5/24

**chambers** [1] 6/15

**chant** [3] 14/16 26/6 28/25

**chanting** [1] 13/15

**chants** [3] 13/17 14/13 26/3

**chaos** [1] 26/16

**charged** [5] 4/8 4/12 33/23 38/13 38/25

**charges** [1] 19/4 27/2 38/16

**chat** [2] 15/23 16/1

**CHRISTIE** [126]

**Christie's** [22] 15/8 16/13 16/25 17/4 17/8 17/18 17/23 26/18 27/15 28/16 28/18 29/5 29/14 30/16 30/18 31/1 32/19 32/24 35/17 38/11 38/23 39/22

**Cinnaminson** [1] 2/8

**Circuit** [4] 19/15 20/24 34/12 34/18

**circular** [2] 14/15 26/5

**circumstance** [1] 40/11

**circumstances** [2] 27/25 34/2

**City** [1] 2/3

**clear** [9] 9/2 23/11 24/15 30/15 34/4 34/13 36/10 36/25 39/19

**cleared** [1] 6/16

**clearly** [4] 4/24 13/16 20/21 22/19 25/13 39/5 39/24

**climb** [1] 29/17

**climbing** [2] 37/20 37/21

**close** [1] 9/23

**closed** [2] 5/4 22/13

**closer** [1] 24/5

**Code** [3] 19/7 27/5 28/8

**Code 1752** [2] 19/7 27/5

**cognizant** [2] 37/23 38/7

**coincidental** [3] 39/20 39/23 40/1

**College** [1] 4/19

**COLUMBIA** [2] 1/1 35/2

**come** [2] 9/12 42/6

**comes** [2] 9/6 12/17

**coming** [1] 8/2

**committing** [1] 14/5

**common** [1] 18/4

**commonly** [1] 33/21

**communications** [2] 16/24 33/22

**comparison** [1] 15/4

**computer** [1] 2/16

**computer-aided** [1] 2/16

**conceded** [1] 21/5

**concerns** [1] 22/14

**concluded** [2] 39/10 43/12

**conclusion** [1] 24/1

**condition** [1] 35/15

**conditioned** [1] 35/20

**conduct** [21] 4/4 4/10 20/2 27/2 27/10 27/13 27/15 27/16 27/20 27/20 28/3 28/9 28/15 29/5 29/14 29/21 30/17 31/1 31/2 31/3 38/11 40/14

**conducted** [2] 30/22 31/6

**confront** [1] 12/19

**C**

confrontation [1] 35/25
Congress [5] 16/21 16/22 30/7 30/8 35/10
congressional [1] 31/5
connect [1] 15/8
conscious [1] 38/4
consider [1] 38/22
considered [2] 14/24 41/10
consistent [1] 41/19
constitutes [1] 34/15
Constitution [3] 2/13 16/22 30/8
contact [1] 27/17
containing [1] 17/5
contended [1] 22/10
contends [2] 34/3 35/22
contention [1] 31/18
contest [1] 22/14
contested [1] 15/5
context [1] 39/10
CONTINUED [1] 2/1
continues [1] 12/24
control [1] 11/14
conviction [1] 41/3
convinced [2] 15/11 29/19
coordinated [1] 5/7
cordon [1] 21/17
cordoned [1] 19/20
cordoned-off [1] 19/20
cordons [1] 22/5
correct [2] 41/20 44/3
corroborated [1] 23/8
costume [1] 34/6
could [11] 24/19 31/9 32/12 34/1 34/14 36/9 37/12 37/13 38/12 41/3 42/17
counsel [2] 29/5 37/17
count [5] 14/9 19/18 20/6 27/1 27/19
Count 1 [1] 19/4
Count 2 [1] 27/1
counts [1] 31/16
course [2] 28/4 30/18
court [25] 1/1 2/11 2/12 4/16 4/21 8/12 15/1 20/9 20/25 22/18 24/1 24/16 28/13 29/19 31/1 31/22 32/10 35/18 38/22 39/8 39/9 39/16 39/19 40/22 43/10
Court's [1] 19/3
courts [1] 21/13
coverage [1] 7/16
COVID [1] 5/5
COVID-19 [1] 5/5
CR [3] 1/4 19/14 22/2
create [1] 36/3
credits [2] 4/21 15/1
crime [1] 39/21
crimes [2] 38/24 39/24
Criminal [2] 1/14 3/7

criminals [2] 16/23 30/9
CRM [1] 1/13
cross [4] 8/13 24/2 24/7 24/17
cross-examination [1] 24/7
cross-referencing [1] 8/13
crowd [28] 7/11 9/20 9/21 11/9 13/18 13/18 13/21 13/25 14/6 14/7 14/13 14/16 22/23 23/13 24/4 24/5 24/9 24/19 24/21 25/16 25/21 25/23 26/3 26/5 29/10 29/24 30/20 31/9
crowding [1] 28/2
crowds [2] 6/2 6/3
CRR [2] 44/2 44/8
curfew [3] 16/3 16/7 26/22

**D**

D.C [7] 1/5 1/15 1/19 2/14 6/20 16/3 28/8
D.C. [1] 34/12
D.C. Circuit [1] 34/12
dad [1] 17/25
dangerous [19] 4/7 4/15 19/1 27/4 31/18 31/19 31/20 31/24 31/25 33/16 33/21 34/25 35/3 35/11 35/12 36/14 38/13 39/2 40/20
dare [1] 35/4
dark [1] 12/16
date [4] 40/23 41/14 41/18 44/7
dated [1] 31/22
David [1] 24/8
day [12] 4/17 5/17 7/8 18/9 26/24 28/17 29/23 30/6 30/12 30/20 30/25 42/6
DDC [1] 21/15
deadlines [1] 42/25
deadly [11] 4/6 4/14 19/1 27/3 31/17 31/24 31/24 33/16 33/21 36/15 38/12
deals [1] 39/11
death [3] 32/1 32/4 32/16
December [3] 17/1 42/18 42/23
decision [1] 6/7
defendant [9] 1/7 2/2 3/12 3/20 6/18 32/2 32/4 34/19 40/2
defendant's [1] 11/10 20/5 28/8
Defendant's Exhibit 304 [1] 11/10
defense [29] 11/1 21/5 21/6 21/10 23/25 24/3 24/6 24/24 25/2 28/6

34/20 34/20 34/23 35/13 35/22 35/24 36/5 37/11 37/16 38/9 38/15 38/24 42/1 42/19 43/6
defense's [1] 29/13
defies [1] 24/18
defined [1] 20/13
definitions [2] 19/18 27/19 39/14
deliver [2] 3/17 3/22
demonstrated [1] 20/12
demonstrations [1] 5/3
demonstrators [1] 31/13
Department [1] 5/9
depicted [1] 16/17
described [3] 12/16 14/23 28/23
design [2] 32/11
destroying [2] 16/21 30/8
destruction [1] 11/22
destructive [4] 16/18 16/23 30/4 30/9
detail [1] 5/13
detained [1] 41/11
determine [3] 8/12 8/22 23/5
determined [1] 28/13
determining [1] 14/22
device [1] 11/13
dictionary [1] 39/14
did [10] 6/21 21/6 24/16 25/2 27/12 29/20 36/2 37/17 39/5 40/17
didn't [4] 18/3 18/6 18/10 22/10
different [1] 10/9
dignitary [1] 35/9
direct [1] 19/13
direction [2] 13/17 28/21
directions [1] 10/9
directly [1] 30/14
discernible [2] 12/2 12/7
discretion [1] 38/16
discuss [2] 25/4 43/3
disorderly [9] 4/4 4/10 27/2 27/9 27/20 28/15 29/15 40/13 40/18
displaying [1] 29/11
disrupt [4] 27/13 29/21 30/16 40/15
disrupted [2] 27/16 31/3
disruptive [13] 4/4 4/10 27/2 27/10 27/25 28/3 28/9 28/15 29/6 29/15 30/19 40/13 40/18
distance [1] 10/24
distinct [1] 8/14
district [5] 1/1 1/1 1/10 21/16 35/2

disturbance [2] 29/24 30/22
Division [1] 1/14
do [20] 3/18 7/12 7/13 7/13 7/13 9/9 9/10 11/14 11/15 12/9 16/7 19/12 23/21 26/21 37/14 40/19 41/14 41/14 42/8 42/17
Docket [1] 22/2
does [7] 15/18 20/2 21/11 22/17 34/11 35/17 40/24
doing [2] 20/2 36/7
DOJ [1] 1/13
DOJ-CRM [1] 1/13
don't [7] 11/21 11/22 11/22 11/23 11/23 42/3 42/4
done [3] 13/22 30/12
doors [5] 14/4 14/9 25/20 25/25 29/3
doubt [6] 19/9 20/10 22/15 27/8 36/4 39/9
down [4] 9/8 9/10 12/20 37/20
driving [2] 42/10 42/12
drug [1] 39/12
Dunfee [2] 11/8 11/17
during [13] 4/5 10/9 13/14 18/13 24/7 31/16 31/20 33/4 36/20 39/2 39/4 39/6 40/20

**E**

each [3] 19/8 20/10 27/7
earlier [2] 37/9 38/2
easily [3] 7/6 32/12 32/21
east [29] 4/24 6/6 7/2 7/4 7/12 7/19 7/23 8/16 9/16 10/11 10/11 10/21 10/23 10/25 11/3 11/9 12/25 13/2 13/3 13/11 13/18 13/25 14/4 14/9 17/6 25/20 25/25 28/22 29/2
Eastern [1] 16/1
ECF [1] 31/23
effectively [1] 29/14
egged [1] 18/8
egging [2] 14/16 26/5 30/19
eight [3] 14/6 25/22 41/12
eight seconds [1] 25/22
either [3] 6/14 16/12 41/8
Electoral [1] 4/19
element [9] 20/10 20/11 22/8 28/7 28/12 29/12 39/4 39/7 39/8
elements [2] 19/9 27/8
elevated [3] 7/24 9/1 23/10
Elizabeth [1] 5/11
else [1] 43/2

email [4] 1/16 1/20 2/4 2/9
emerges [1] 9/25
employer [1] 17/25
enabled [1] 40/17
encountered [1] 40/8
ends [2] 14/20 26/11
enforcement [2] 20/25 29/16
engaged [2] 4/4 27/9
engages [1] 9/5
enhancement [4] 4/13 31/15 38/14 38/25
enough [3] 36/3 36/13 41/8
enter [5] 22/9 22/11 24/13 25/3 40/12
entered [5] 4/2 19/10 22/16 38/4 40/9
entering [4] 4/9 19/5 30/24 30/25
enters [1] 36/24
entirely [1] 39/20 39/23
entity [2] 21/17 22/5
entry [2] 24/25 36/12
episode [1] 36/3
ERIC [3] 1/6 3/8 17/3
esq [1] 2/4
essentially [1] 21/5
establish [3] 21/3 21/12 22/17
established [4] 4/18 4/22 4/24 21/9
establishes [1] 22/15
establishing [2] 5/9 35/23
establishment [1] 20/12
even [11] 15/20 21/1 24/11 24/15 25/2 33/23 35/6 35/12 35/12 38/11 38/18
evening [1] 6/13
event [6] 16/12 22/12 28/4 34/7 35/21
events [3] 3/24 8/13 30/5
Eventually [1] 10/23
everybody [2] 9/9 11/14
everyone [3] 3/4 3/5 42/4
everything [1] 17/22
evidence [18] 5/1 6/20 15/18 20/22 22/14 22/17 23/9 24/1 24/14 24/15 24/16 25/6 25/17 32/6 32/17 34/8 38/7 38/17
evident [2] 26/17 37/18
examination [1] 24/7
example [5] 21/14 28/22 29/3 37/5 38/2
exchange [4] 12/1 12/1 24/9 24/12
exchanged [2] 17/2 32/23
excuse [6] 6/25 9/24

**E**

excuse... [4] 10/10
16/13 21/21 24/14
exhibit [26] 6/10 6/25
7/17 8/9 8/25 11/10
12/9 13/6 13/23 14/2
14/8 14/12 14/20 15/17
16/4 16/8 16/10 16/17
17/11 17/14 23/9 23/21
23/24 24/6 25/24 26/10
Exhibit 402 [1] 14/2
Exhibit 509 [1] 14/12
exhibits [3] 15/3 15/11
22/18
expansive [1] 39/13
expeditiously [1]
41/13
experience [1] 5/7
experiment [1] 37/16
explained [3] 31/22
34/18 39/16
exposed [1] 39/22

**F**

F.3d [4] 19/15 20/24
34/17 34/22
F.Supp [1] 21/14
F.Supp.3d [4] 21/24
21/25 22/1 22/3
facilitate [6] 39/17
39/18 39/25 40/7 40/1
40/15
facing [3] 7/23 7/23
10/8
fact [6] 4/16 15/12
24/15 27/16 31/2 35/14
Fair [1] 41/8
fall [3] 13/1 13/11
13/24
fallen [1] 28/20
family [4] 5/15 5/17 6/8
19/24
FBI [2] 17/20 17/21
fear [1] 27/22
features [1] 8/14
federally [1] 29/1
feed [1] 17/10
feet [5] 7/2 7/10 10/2
10/7 10/22
female [1] 9/5
fences [1] 11/18
fencing [3] 4/22 4/23
20/19
few [2] 7/2 10/13
Fifth [1] 38/9
fight [2] 12/3 35/16
fighting [3] 23/15
24/21 30/14
figured [2] 18/21 33/11
finally [4] 18/11 26/16
33/2 38/22
find [7] 19/7 19/8 27/6
27/7 37/14 38/7 40/19
findings [2] 4/16 19/3
finds [3] 20/9 31/1 39/8
fine [1] 42/21
firearms [1] 39/12
first [8] 5/19 12/14

34/4 37/6
five [1] 26/13
FL [1] 2/3
flag [1] 7/7
flash [3] 14/3 25/19
26/13
flee [1] 25/3
fleeing [1] 24/25
flew [1] 6/20
floor [1] 5/20
following [7] 4/16 19/9
19/17 27/8 27/18 34/3
40/24
follows [2] 32/6 32/17
footage [9] 7/16 8/4
10/8 10/12 10/25 11/1
11/25 12/7 14/1
foregoing [1] 44/3
forgotten [1] 37/13
form [6] 13/3 16/18
18/21 25/11 30/3 33/11
formally [1] 21/12
formed [2] 6/3 25/17
formerfedsgroup.com
[2] 2/6 2/10
forming [1] 25/16
found [2] 12/13 16/24
Fourth [2] 20/24 37/11
frame [1] 11/2
Francisco [1] 6/20
Fraud [1] 1/14
Friedman [1] 21/15
friend [1] 5/15
front [9] 7/3 8/5 10/15
13/3 13/7 13/8 13/12
17/5 25/12
fucking [5] 8/7 9/8
9/10 9/11 22/25
full [2] 16/22 30/9
fully [1] 32/19
functions [8] 27/14
27/17 29/22 30/18
30/23 31/4 31/12 40/16
fundamental [1] 36/4
further [2] 5/2 16/22

**G**

gathered [2] 7/11
13/18
general [1] 36/13
gestures [2] 14/15
26/5
get [7] 8/1 9/9 11/14
11/21 11/24 17/10
42/24
getting [1] 11/16
Geyer [2] 2/6 3/10
Gina [1] 15/23
girl [2] 9/14 23/13
give [1] 26/19
given [4] 32/10 35/7
37/24 42/14
Glavey [7] 5/12 5/18
6/1 6/11 6/13 20/14
31/5
gloss [1] 29/12
go [21] 3/22 12/9 12/11

12/12 12/12 12/12 18/3
23/21 23/22 23/22
23/22 23/23 23/23
23/23 23/23 24/23
24/23 37/3
go ahead [1] 3/22
goes [1] 10/24
going [8] 11/19 11/23
11/24 16/7 16/8 26/21
26/22 28/19
gone [1] 23/3
good [6] 3/4 3/6 3/14
3/15 10/23 42/15
Google [1] 17/9
got [1] 24/12
government [44] 1/13
3/9 3/19 3/23 4/1 4/5
4/12 13/13 13/19 14/7
14/15 14/18 14/21
16/18 16/20 19/8 20/9
25/16 25/23 26/4 26/8
26/12 27/7 27/14 27/17
29/8 29/9 29/21 30/3
30/7 30/11 30/15 30/17
31/3 31/8 36/13 38/10
38/15 40/6 40/16 40/24
41/2 41/24 43/4
government's [22] 6/9
6/25 7/17 8/25 12/9
13/6 13/23 14/1 14/8
14/12 14/20 15/16 16/4
16/8 16/17 17/11 17/14
20/11 23/9 23/20 25/24
26/10
Government's Exhibit
505 [1] 13/23
Government's Exhibit
507.01 [1] 8/25
Government's Exhibit
509 [1] 14/8 25/24
26/10
government-owned [1]
31/8
Griffin [1] 22/3
ground [1] 22/16
grounds [33] 4/3 4/10
4/11 6/24 19/6 19/11
19/19 19/21 20/12
21/20 22/11 22/12
24/13 25/18 26/15
26/25 27/3 27/11 28/11
28/14 28/19 29/7 35/7
36/12 36/17 36/19
36/22 36/25 37/10 38/5
38/8 40/10 40/12
group [7] 15/22 16/1
16/2 16/5 26/20 30/12
30/15
Guidelines [2] 40/25
41/3
guilty [3] 19/7 27/6
40/19
gun [6] 18/1 19/2 32/25
33/17 33/20 36/9

**H**

had [26] 4/18 6/3 6/6

23/3 23/5 24/19 28/20
29/16 29/16 30/13
33/19 33/24 35/25
36/16 36/18 36/20
38/18 39/24 40/7 40/8
40/11 40/14
half [1] 17/1
hammer [45]
hammer's [1] 37/12
hand [2] 15/13 41/7
handle [1] 15/17
hang [1] 17/19
happen [2] 16/8 26/22
happening [1] 29/23
happy [2] 17/18 17/24
hard [2] 10/11 28/15
harm [2] 11/22 34/14
harmed [1] 27/23
has [26] 3/23 4/12 7/5
9/25 12/16 12/21 13/10
15/15 15/17 17/10
18/19 20/9 22/18 23/25
24/24 28/13 29/5 32/10
33/9 34/12 37/11 38/3
38/15 39/10 41/2 41/11
hat [2] 7/7 12/17
have [46]
having [1] 40/10
he [93]
he said [2] 29/25 36/19
he's [5] 7/6 11/19
11/23 33/23 38/13
head [3] 15/17 32/11
32/12
heard [17] 7/12 7/25
8/6 12/8 13/7 13/15
13/21 14/4 14/11 14/17
22/25 23/13 23/20
25/13 25/19 26/2 26/7
hearing [1] 26/13
held [4] 20/25 21/16
35/18 41/7
her [1] 5/7
here [12] 3/16 9/8 9/10
11/19 31/18 35/4 36/17
37/1 37/7 38/5 39/5
39/8
here's [2] 18/18 33/8
Hicks [4] 8/20 16/9
17/13 23/3
Hicks' [2] 14/24 15/10
highlighted [1] 29/5
Hill [1] 29/14
him [8] 15/13 17/4
24/15 25/1 30/14 36/19
36/21 40/17
himself [5] 14/6 24/20
25/22 26/24 31/13
his [63]
history [1] 18/9
hold [3] 22/4 25/11
41/18
holding [2] 9/15 26/18
hole [1] 9/22
Holloway [1] 35/18
home [1] 6/19
Honor [12] 3/6 3/19

23/3 41/24 41/25 42/5
42/12 42/15 42/20
42/21 43/5 43/7
HONORABLE [2] 1/10
3/2
hours [4] 14/25 31/10
37/8 37/10
house [9] 5/21 5/22
6/15 11/13 13/17 13/21
28/25 28/25 35/8
how [5] 31/12 38/10
38/16 41/9 41/22
however [1] 36/3
Hundreds [1] 18/7

**I**

I believe [3] 36/11
41/11 42/8
I have [4] 14/23 41/9
I mean [4] 18/14 18/15
33/5 33/6
I should [1] 5/24
I thought [1] 19/1
I understand [2] 18/14
33/4
I will [1] 14/22
I'll [5] 19/13 20/23
29/13 38/1 38/14
I'm [8] 14/18 14/18
15/11 25/4 26/8 26/8
42/11 42/16
I'm sorry [1] 42/11
I've [2] 14/23 15/1
iCloud [1] 15/24
identical [1] 39/11
identifiable [1] 7/6
identification [1] 14/24
identity [1] 7/5
ignorance [1] 20/3
illegal [2] 18/2 33/1
illustrated [1] 35/24
image [1] 7/22
imagine [2] 18/24
33/14
immediate [2] 19/24
27/22
impede [3] 27/13 29/21
30/16
impeded [3] 27/16 31/2
31/12
importantly [2] 24/18
38/17
imposes [1] 21/18
inalienable [1] 30/9
include [1] 41/15
includes [4] 19/24 28/7
30/18 30/21
including [6] 5/8 15/6
26/24 28/19 31/13
37/20
inconsistency [1]
38/17
independent [1] 15/11
indicates [2] 16/10
24/4
indictment [2] 19/4
27/1
individual [1] 16/1

## I

individuals [2]  8/5 9/17
inherently [2]  31/24
35/12
initial [1]  13/2
injury [7]  32/1 32/3
32/8 32/13 32/16 34/1
34/16
inside [4]  15/19 20/16
29/24 30/22
inspected [1]  32/10
instance [1]  25/10
institute [2]  16/20 30/7
instruction [2]  28/7
29/4
instructions [1]  20/5
intended [5]  33/25
34/21 35/13 35/15
36/14
intent [21]  27/13 29/20
30/16 32/2 32/15 32/17
34/11 34/13 34/15
35/18 35/19 35/24 36/4
36/11 36/16 37/3 37/7
37/9 37/14 38/18 38/23
interferes [1]  28/1
interrupts [1]  28/4
interview [5]  18/12
18/13 33/3 33/4 36/20
introduced [2]  24/3
24/7
Investigation [2]  41/16
42/25
irrelevant [1]  34/20
is [131]
Is there [1]  3/17
issue [1]  32/6
it [82]
it's [7]  11/13 14/19
19/14 26/9 30/15 35/12
42/8
its [2]  31/22 32/11
itself [1]  4/17 5/4 23/9

## J

J-a-b-r [1]  19/14
Jabr [1]  19/14
jacket [1]  9/6
jail [6]  11/23 15/6
18/11 33/2 33/23 36/20
January [17]  3/24 4/1
4/17 5/10 5/13 6/18
6/23 15/22 16/15 16/15
17/3 20/16 22/13 26/19
30/4 36/6 37/3
January 5th [1]  6/18
January 6th [13]  3/24
4/1 4/17 5/10 6/23
15/22 16/15 17/3 20/16
26/19 30/4 36/6 37/3
Jason [2]  1/13 3/9
jason.manning [1]
1/16
JC [1]  41/14
Jen [2]  16/6 26/20
Jen's [1]  16/12
job [2]  11/14 40/4
joining [1]  30/12

## JUDGE

JUDGE [2]  1/10 21/15
Judge Friedman [1]
21/15
July [2]  17/3 32/23
jumping [1]  30/15
jumps [1]  12/20
just [12]  9/11 10/16
16/2 18/4 18/10 19/13
20/4 25/1 28/20 29/1
38/14 42/14

## K

keep [3]  18/15 30/24
33/6
kept [1]  38/3
kind [1]  18/5
knew [8]  22/15 25/14
25/17 29/23 30/11
30/11 36/9 38/6
knife [7]  18/2 19/2
32/25 33/17 33/20
34/19 36/9
know [9]  18/19 18/21
28/16 33/9 33/11 36/17
37/1 37/8 42/3
knowing [1]  25/5
knowingly [8]  4/2 19/5
19/10 20/1 25/6 27/12
29/20 36/24
knowledge [3]  24/25
26/19 30/5
known [7]  15/1 15/6
18/19 25/8 26/15 33/9
37/19

## L

lacked [2]  24/25 37/13
lamppost [14]  7/22
7/25 8/10 8/18 8/21 9/1
9/5 9/7 9/25 11/6 12/18
23/4 23/10 23/19
land [1]  10/16
language [2]  39/1
39/12
large [2]  9/24 9/24
later [6]  6/12 10/13
12/11 17/1 23/22 37/10
law [2]  20/25 29/16
35/2
lawful [4]  19/12 22/9
22/11 34/23
LCC [1]  2/6
lead [1]  5/12
leadership [2]  11/15
11/19
Leading [1]  28/23
least [5]  9/21 25/7
26/12 32/13 41/9
left [5]  6/19 6/21 7/22
10/15 40/3
let [7]  3/22 20/4 28/12
31/15 36/10 40/22
40/24
let's [1]  9/10
liability [1]  34/24
lieu [1]  33/20
like [6]  16/11 18/21

likely [3]  17/17 27/23
27/24
limitation [1]  21/18
line [45]
lines [1]  30/13
link [1]  17/4
lip [1]  15/8
lips [1]  15/8
listened [1]  15/2
listening [1]  14/25
literally [3]  16/6 26/21
38/17
little [1]  39/7
located [2]  7/2 9/7
location [1]  6/8 6/12
31/7
Loder [1]  17/10
Loder's [1]  17/14
logic [3]  24/18 35/4
35/6
long [1]  34/20
looing [1]  14/18
looked [1]  41/9
looking [2]  26/8 29/4
looks [1]  16/11
loop [6]  15/16 29/12
32/19 37/2 39/23 40/5
Los [2]  6/19 6/21
Los Angeles [2]  6/19
6/21
loud [2]  27/25 29/9

## M

mace [5]  36/24 37/1
37/5 38/1 38/3
made [7]  5/20 6/7 15/4
20/19 24/22 34/12
39/19
main [1]  22/14
make [2]  9/10 21/6
makes [2]  4/16 12/21
making [1]  24/22
man [2]  12/16 35/25
manner [5]  27/21 32/3
32/5 32/15 34/15
Manning [1]  1/13 3/9
March [1]  18/13
mark [7]  7/14 8/3 8/8
9/14 23/2 23/14 23/24
material [1]  34/23
matter [3]  3/17 36/14
44/4
may [6]  34/19 35/10
35/14 36/25 42/10
42/12
mayor [1]  16/3
McHugh [1]  21/24
me [16]  3/16 3/22 6/5
9/24 10/10 16/13 18/17
20/4 21/22 24/14 28/12
31/15 33/7 36/10 38/8
40/24
mean [4]  18/14 18/15
33/5 33/6
meandering [2]  7/18
10/22
meaning [1]  21/3

mechanical [2]  2/16
meet [1]  29/12
megaphone [13]  7/8
7/8 7/20 11/17 12/6
13/15 13/17 14/5 23/18
25/21 29/10 30/19 32/9
MEHTA [2]  1/10 3/3
member [1]  24/4
members [1]  24/9
memos [1]  43/1
Mendoza [6]  4/20 5/2
5/6 20/14 22/12 31/11
mentioned [1]  38/2
merely [2]  39/4 39/20
Merit [1]  2/11
message [6]  16/2 16/5
16/9 16/11 16/12 16/13
messages [3]  16/16
17/2 32/22
met [1]  39/8
metal [2]  15/17 32/11
Metropolitan [1]  5/8
might [3]  24/1 38/2
40/3
minute [6]  8/2 8/8
10/10 23/2 23/17 42/24
minutes [5]  10/18 11/3
25/7 25/15 26/13
mistake [1]  20/3
mob [1]  30/13
mom [1]  17/25
moment [1]  9/22
moments [1]  29/1
months [2]  41/4 41/12
more [6]  24/18 28/9
29/6 35/6 35/10 38/16
Moreover [2]  22/24
35/14
morning [4]  36/6 37/3
37/20 37/25
most [2]  17/17 28/9
Mostofsky [1]  22/1
motion [2]  14/15 26/5
motions [1]  15/8
motorcade [1]  6/5
mounts [1]  13/13
mouth [2]  12/6 23/18
move [4]  6/7 11/9 24/5
41/13
movements [2]  37/20
37/24
moves [1]  7/21
Mr [3]  4/12 17/23 25/15
Mr. [143]
Mr. Christie [121]
Mr. Christie's [21]  15/8
16/13 16/25 17/4 17/8
17/18 26/18 27/15
28/16 28/18 29/5 29/14
30/16 30/18 31/1 32/19
32/24 35/17 38/11
38/23 39/22
Mr. Hill [1]  29/14
Ms. [4]  15/24 16/16
30/3 42/3
Ms. Bisignano [2]
16/16 30/3

Ms. Bisignano's [1]
15/24
Ms. Stewart [1]  42/3
much [2]  21/13 43/8
multiple [1]  13/22
must [4]  19/8 27/7
36/11 38/22
my [4]  15/4 15/10
37/17 41/8

## N

named [1]  15/23
nature [2]  20/2 35/8
nearly [1]  11/2
need [9]  3/18 8/1 9/9
21/17 22/5 32/4 32/21
35/19 43/3
negate [2]  34/11 35/17
negates [1]  34/10
neither [2]  34/22 39/23
never [2]  35/23 36/1
nevertheless [1]  30/4
new [7]  1/15 13/3 13/8
16/20 25/11 28/20 30/7
newly [1]  25/17
next [2]  10/18 25/15
nexus [1]  38/22
NJ [1]  2/8
no [11]  1/4 5/2 17/21
21/18 22/2 24/13 24/16
31/18 34/8 35/23 38/17
noise [1]  9/11
nonmetal [1]  15/17
Nordean [1]  21/25
normal [1]  28/4
north [1]  10/21
not [56]
notable [2]  8/17 33/18
note [6]  14/22 20/4
20/23 29/13 38/1 38/14
nothing [3]  38/20 43/4
43/6
noting [1]  39/14
November [3]  41/17
41/22 41/23
now [4]  21/5 34/3 35/1
41/12
number [4]  3/7 8/14
16/16 21/13
numerous [1]  22/19
22/22
NW [3]  1/15 1/19 2/13

## O

object [9]  31/23 32/5
34/9 34/14 34/15 35/12
36/14 37/7 38/23
object's [2]  39/17
39/19
objects [1]  33/20
observable [1]  8/15
observed [2]  6/2 6/12
observing [1]  26/18
occurred [6]  6/9 8/24
23/7 27/15 31/2 35/16
occurrence [1]  35/21
occurring [1]  7/10
occurs [1]  27/20

off [5]  9/21 19/20 21/18
22/5 36/8
offense [12]  19/8 20/10
27/7 34/10 34/24 35/2
35/3 35/5 35/7 39/3
39/6 39/18
offenses [11]  3/24 4/6
4/9 4/13 4/14 31/17
39/11 39/13 39/25 40/8
40/21
office [4]  1/18 5/19
5/24 41/15
officer [7]  11/11 11/18
24/4 24/5 24/14 24/17
29/16
officers [17]  7/11 8/5
8/10 9/15 10/5 11/8
13/9 13/11 20/20 21/1
22/20 22/23 24/2 24/22
26/17 26/18 28/19
official [8]  2/12 27/14
27/17 29/22 30/17
30/21 31/4 40/16
okay [8]  3/14 3/21 19/2
33/17 41/5 41/21 42/2
42/7
omnibus [1]  22/1
one [8]  9/21 11/18 17/7
17/21 28/22 33/19
33/22 40/2
only [4]  14/23 34/19
35/14 37/8
open [5]  6/24 7/25 8/15
12/8 23/20
open-source [5]  6/24
7/25 8/15 12/8 23/20
openly [1]  29/11
opportunity [1]  29/16
order [5]  19/7 22/1
27/6 31/22 42/24
orderly [5]  27/13 27/16
29/21 30/17 31/3
original [1]  13/10
other [4]  5/8 29/6
34/23 40/9
others [3]  24/23 27/24
28/21
otherwise [1]  19/20
our [8]  8/7 11/15 13/7
13/21 22/25 25/13
28/20 28/25
ourselves [2]  8/25 9/9
out [11]  8/1 9/20 10/4
10/24 11/2 12/3 17/19
29/9 31/6 35/16 42/24
outset [1]  38/15
outside [6]  6/3 6/6
7/19 14/4 15/20 25/19
over [8]  5/14 9/20 10/5
14/11 14/25 25/15 26/2
30/1
overtaking [1]  29/11
own [5]  15/4 26/19
28/23 29/13 38/19
owned [1]  29/1 31/8

p.m [51]
page [1]  17/15
pandemic [1]  5/5
pants [1]  15/16
paper [2]  10/14 10/20
papers [1]  34/5
part [4]  15/22 27/24
31/14 34/6
participated [2]  18/11
33/2
particular [2]  21/18
22/6
particularly [1]  32/12
parties [4]  7/6 19/13
19/17 27/18
passes [1]  12/23
past [1]  40/5
Pastor [2]  11/8 11/17
Pastor Dunfee [1]
11/17
Pence [3]  5/19 5/23
6/14
Pence's [1]  5/13
people [9]  16/19 18/8
26/18 29/2 30/6 30/13
30/14 30/24 36/8
perched [1]  25/15
perimeter [7]  4/18 4/21
4/23 5/3 5/10 20/15
21/10
perimeters [1]  21/1
period [1]  15/14
permission [3]  11/9
24/12 24/20
permitted [4]  20/16
25/8 28/10 29/7
person [17]  3/12 19/21
19/23 20/1 25/1 27/20
27/21 27/22 28/1 28/2
29/18 32/2 32/12 36/14
37/6 38/3 38/16
person's [1]  27/22
phone [1]  16/25
photo [1]  36/19
photos [2]  17/5 17/13
phrase [1]  19/13
physical [4]  20/18 21/2
37/24 40/9
physically [1]  12/18
picks [3]  10/14 14/5
25/20
pink [1]  9/6
place [2]  18/8 26/25
placement [1]  32/18
Plaintiff [1]  1/4
planned [1]  34/19
Plant [1]  2/3
plausible [3]  37/15
37/22 38/3
Plaza [7]  7/4 7/12 7/19
8/16 9/16 10/12 13/2
Please [3]  3/4 19/1
33/16
plus [1]  10/18
point [8]  8/24 11/7
12/22 20/4 22/22 35/23
36/5 36/10

police [49]
position [5]  8/18 9/1
23/10 27/14 28/20
Possessing [1]  40/14
possession [2]  27/23
35/11
possibility [1]  24/12
post [1]  17/4
posted [1]  19/20
potential [6]  24/9
39/18 39/24 40/7 40/11
40/15
potentially [2]  37/6
40/16
pounds [1]  15/18
precedent [1]  35/15
precise [1]  12/1
precisely [1]  10/10
preferred [1]  32/9
preliminarily [1]  41/9
presence [4]  20/20
31/13 36/21 39/20
present [1]  38/4
Presentence [2]  41/16
42/25
preside [1]  5/14
President [13]  5/13
5/14 5/16 5/19 5/23 6/8
6/12 6/14 19/24 19/25
20/7 31/6 31/9
President Pence's [1]
5/13
President's [1]  6/5
presiding [1]  3/3
Prettyman [1]  2/13
prevailed [1]  18/5
prevent [1]  29/17
prior [4]  4/17 5/10 11/7
11/7
probation [1]  41/15
proceeded [1]  5/23
proceedings [9]  1/9
2/16 3/13 5/15 5/22
6/16 31/6 43/12 44/4
process [1]  28/5
procession [1]  5/21
produce [1]  27/24
produced [1]  2/16
proof [1]  20/11
property [2]  27/22
30/15
proposed [1]  20/5
proposition [1]  34/8
protected [2]  19/21
19/23
protectee [2]  20/8
35/10
protectees [1]  5/17
protection [11]  18/1
18/21 32/25 33/11
33/24 36/8 36/8 36/19
36/22 37/4 38/24
protective [4]  5/13
36/5 38/19 40/14
protester [1]  9/5
protesters [1]  10/4
protonmail.com [1]

prove [1]  36/13
proved [2]  19/8 27/7
proven [2]  20/9 36/11
proximity [1]  27/10
public [3]  5/4 22/13
32/20
pulling [1]  9/20
Puma [1]  21/14
purpose [2]  11/21
34/23
purposely [1]  36/6
purposes [6]  21/8 22/7
21/25 34/10 35/13 36/5
push [1]  11/15
put [5]  36/6 37/1 37/2
37/17 40/4
puts [2]  23/18 36/23
putting [1]  12/6

Q
qualify [1]  22/6
question [3]  20/7
31/19 32/14
quickly [2]  8/11 9/23
quoting [1]  34/21
34/22

R
rack [4]  9/21 10/7
10/16 13/2
racks [10]  4/22 4/23
4/24 9/17 9/18 9/20
10/5 20/19 20/21 22/20
rainbow [1]  7/7
rather [1]  21/9
rationale [1]  34/13
Raymond [2]  1/17 3/9
raymond.woo [1]  1/20
reach [2]  32/21 36/1
reached [2]  24/15
35/23
reaching [1]  15/20
read [2]  15/7 16/11
reads [1]  16/6
realizes [1]  20/1
Realtime [1]  2/12
reappears [1]  11/3
reason [2]  35/10 36/7
reasonable [7]  19/9
20/10 22/15 23/25 27/8
27/21 39/9
reasons [3]  33/18
38/19 40/14
received [1]  24/20
recess [1]  43/11
recognized [1]  29/14
record [1]  44/3
recorded [1]  2/16
recordings [3]  15/3
15/5 15/7
records [1]  15/24
Red [2]  28/6 29/4
Red Book [2]  28/6 29/4
reference [2]  17/17
39/14
referencing [1]  8/13
referring [2]  18/16 33/6

reflects [3]  26/23 30/5
42/25
regards [1]  39/15
Registered [1]  2/11
reject [1]  20/4
related [1]  34/13
relates [1]  35/2
relating [1]  3/23
relation [9]  4/6 31/16
31/21 36/21 39/2 39/7
39/13 39/16 40/20
relevant [2]  15/14 32/6
relocated [1]  6/7
remain [3]  22/9 26/13
40/12
remained [9]  4/2 6/12
10/6 19/11 22/16 25/4
25/7 26/14 40/9
remaining [4]  4/9 19/5
25/18 36/12
remains [1]  11/2
Report [2]  41/16 43/1
reporter [12]  2/11 2/11
2/12 2/12 18/12 18/13
18/23 33/3 33/4 33/13
request [2]  11/9 41/19
requesting [1]  11/20
41/15
require [2]  20/6 21/11
required [1]  34/11
requires [2]  20/9 39/1
requisite [2]  36/11
37/14
respect [6]  19/18 27/19
37/9 38/19 38/20 39/12
responded [4]  17/16
17/21 18/10 32/25
responding [1]  13/21
responds [2]  9/13
18/18
response [1]  9/17
28/25 36/18
restore [1]  8/11
restrict [1]  21/17
restricted [38]  4/2 4/9
4/11 15/20 19/5 19/11
19/19 19/20 20/7 20/12
20/15 21/1 21/3 21/6
21/7 22/6 22/11 22/16
24/13 25/3 25/4 25/5
25/7 25/18 26/15 26/25
27/3 27/10 28/14 28/18
30/24 35/7 36/12 36/17
36/24 38/5 38/8 40/10
restricts [2]  21/19 22/5
resumed [1]  6/16
return [1]  31/9
returned [1]  3/16
revealingly [1]  30/2
reviewed [2]  22/18
right [18]  3/16 11/18
13/7 13/8 13/10 16/19
18/25 18/25 19/3 30/6
31/15 33/15 33/15
35/25 42/14 42/22 43/2
43/8
rights [2]  16/24 30/10
rioters [3]  25/11 26/24

**R**

rioters... [1]  29/25
rise [2]  3/2 43/10
RMR [2]  44/2 44/8
Road [1]  2/2
roll [2]  10/14 10/16
Rotunda [10]  6/6 11/10
12/25 13/18 13/25 14/4
14/9 25/20 25/25 29/3
roughly [6]  8/16 10/21
14/10 14/17 26/1 26/7
Route [1]  2/7
routinely [2]  28/10
29/7
running [2]  37/21 40/5
rush [1]  29/2

**S**

said [17]  11/5 14/23
16/18 16/21 17/18
17/23 18/3 18/6 18/7
21/13 29/25 30/2 30/7
30/8 33/4 36/19 36/22
same [4]  31/7 35/4
37/16 40/13
samples [1]  15/1
San [1]  6/20
San Francisco [1]  6/20
satisfied [1]  39/5
saw [1]  30/13
say [5]  5/25 11/18 29/7
35/4 42/4
saying [14]  7/12 8/7
12/9 13/7 14/11 14/17
22/25 23/21 25/13 26/2
26/7 28/20 29/9 34/22
says [10]  9/7 11/12
12/11 13/8 18/23 18/25
23/22 33/8 33/13 33/15
scaling [1]  40/6
scare [1]  36/8
Scared [1]  18/4
scenario [1]  36/25
scenes [1]  26/16
sea [3]  14/18 26/8
28/24
searched [1]  16/25
seated [1]  3/5
second [5]  5/19 7/14
8/2 8/8 20/11 23/2
23/24 27/12 34/9
seconds [26]  7/15 9/19
9/24 10/2 10/6 10/13
10/13 10/19 10/19 11/1
11/4 12/3 12/5 12/11
12/13 12/15 12/16
12/20 12/24 13/5 13/24
14/6 23/15 23/17 23/22
25/22
Secret [12]  5/9 5/11
5/17 19/21 19/23 20/8
21/9 21/12 21/17 22/4
31/7 35/9
Section [1]  1/14
secure [4]  5/3 6/8 6/12
31/7
security [2]  4/18 4/21
see [10]  8/19 8/24 10/4

22/22 25/16 43/9
seeing [2]  13/11 14/20
seems [1]  34/6
seen [16]  7/1 7/18 10/8
10/12 11/25 12/6 13/6
13/10 13/14 14/1 14/10
14/17 22/19 25/10 26/1
26/7
seized [1]  16/25
self [7]  34/9 34/13
34/20 34/23 35/13 36/5
38/24
self-defense [7]  34/9
34/13 34/20 34/23
35/13 36/5 38/24
Senate [5]  5/20 5/21
5/24 5/24 6/15
sense [3]  18/4 40/25
41/2
sensitive [1]  35/8
sent [8]  16/1 16/5
16/10 16/12 16/13
16/13 16/16 17/4
sentencing [6]  40/23
41/13 41/19 42/17
42/23 43/1
separate [1]  4/8
Sergeant [4]  22/12
24/8 31/11 32/7
Sergeant David [1]
24/8
Sergeant
VanBenschoten [2]
31/11 32/7
serious [8]  32/1 32/3
32/8 32/13 32/16 34/1
34/14 34/16
seriously [1]  22/10
served [1]  5/12
Service [12]  5/9 5/11
5/17 19/22 19/23 20/8
21/9 21/12 21/17 22/4
31/7 35/9
set [3]  20/15 40/22
42/23
setting [1]  34/12
several [2]  5/8 17/11
she [1]  6/2
short [6]  7/24 8/9 8/21
10/16 12/18 23/4
Shortly [1]  5/22
should [3]  5/24 32/21
41/12
show [6]  6/21 15/19
17/25 18/19 22/19 33/9
showed [1]  25/6
showing [1]  20/6
shown [1]  15/23
shows [5]  7/1 8/4 8/25
23/9 24/8
side [6]  4/24 5/20 5/21
7/2 7/22 17/6
sight [1]  8/23
signage [2]  4/22 20/19
similar [1]  38/20
simply [4]  37/12 37/13
37/22 38/5

sit [1]  9/11
site [1]  40/4
Six [1]  12/11
skirmish [2]  7/10 8/4
skirmishes [4]  8/23
22/22 22/24 23/6
Smith [1]  39/9
snow [3]  4/22 4/23
20/19
so [28]  3/16 3/22 18/20
19/3 19/12 22/17 26/12
26/17 27/12 27/15
28/12 31/2 31/19 32/20
33/11 34/20 36/7 40/19
40/22 41/11 41/12
41/14 42/4 42/8 42/12
42/15 42/16 42/23
so I think [1]  41/12
some [10]  9/11 11/7
18/16 18/21 33/6 33/11
34/4 36/5 38/10 40/8
somebody [1]  29/17
somehow [1]  34/10
someone [2]  25/14
36/23
sometime [3]  6/16 6/24
16/13
soon [1]  43/9
sorry [1]  42/11
sound [1]  11/13
sound-amplifying [1]
11/13
source [5]  6/24 7/25
8/15 12/8 23/20
South [1]  2/7
speaker [1]  15/6
speaking [3]  11/12
13/15 30/19
speaks [3]  14/5 24/4
25/21
Special [12]  5/11 5/18
6/1 6/11 6/13 8/20
14/24 15/10 16/9 20/14
22/3 31/5
Special Agent Glavey
[5]  5/18 6/11 6/13
20/14 31/5
Special Agent Hicks
[3]  8/20 16/9 23/3
specific [3]  35/17
35/19 36/16
specifically [2]  20/7
41/6
spoken [1]  15/13
squad [1]  10/11
stairs [1]  25/11
standing [8]  7/10 7/24
10/1 11/17 13/19 17/7
29/1 29/8
stands [1]  43/10
Star [2]  19/15 21/23
start [2]  28/16 42/16
started [2]  17/21 22/21
starts [1]  23/15
stated [2]  5/6 16/22
statement [2]  12/14
35/1

statements [2]  14/13
14/21 15/9 15/12 24/22
28/18 33/18 38/19
STATES [21]  1/1 1/3
1/10 3/7 19/6 19/13
20/23 21/14 21/21
21/22 21/23 21/24
21/25 22/2 22/3 27/4
28/10 30/23 34/17
35/19 39/10
stationed [4]  6/6 11/11
13/9 20/20
stationing [1]  20/25
statute [3]  20/8 20/13
21/11
statute's [1]  36/11
statutory [2]  39/1
39/12
steel [2]  15/17 32/11
stenography [1]  2/16
steps [16]  6/6 11/10
11/20 11/21 11/24
12/25 13/4 13/10 13/12
13/19 13/25 14/7 25/23
28/22 29/2 37/21
Stewart [3]  2/2 3/10
42/3
still [9]  8/9 9/4 10/21
12/17 14/14 14/21
26/12 31/24 34/15
stipulated [1]  7/5
stood [2]  8/21 23/4
storm [11]  8/7 8/7 8/8
9/13 9/14 23/1 23/1
23/1 23/13 23/13 24/23
stream [1]  29/25
Street [1]  1/19
strike [1]  32/11
submitted [1]  20/22
succeeds [1]  9/20
such [6]  8/15 27/21
35/8 35/16 40/2 40/10
sufficient [2]  21/2
34/24
suggest [1]  24/18
suggested [1]  24/24
suggestion [3]  21/7
34/5 38/9
Suite [1]  2/7
support [1]  34/8
supporters [4]  14/19
26/9 28/24 35/17
supposed [2]  25/14
42/16
Supreme [4]  35/18
39/9 39/16 39/19
Supreme Court [4]
35/18 39/9 39/16 39/19
sure [1]  35/1
surveyed [2]  21/15
SUV [1]  13/13
Swilley [1]  2/2

**T**

take [1]  3/18
taken [2]  27/23 31/6
taking [4]  14/11 26/2
26/24 30/1

talk [6]  9/8 9/11 11/9
11/24 18/4 24/8
talking [1]  11/19
Tell [2]  18/16 33/7
telling [2]  23/13 24/23
temporal [1]  39/4
temporarily [1]  19/22
25/3
term [3]  19/19 19/23
20/13
testified [15]  5/2 5/14
5/18 6/1 6/13 8/20 16/9
17/13 20/15 20/18
22/12 23/3 31/5 31/12
32/7
testimony [4]  4/20
14/25 15/10 23/8
text [5]  16/5 16/16
21/11 26/20 30/2
than [4]  18/9 21/9 28/9
29/6
Thank [2]  41/24 43/8
Thanksgiving [1]  42/8
that [209]
that day [1]  28/17
that's [21]  6/9 8/2 8/7
8/8 12/6 12/8 12/9
12/14 16/8 19/2 22/2
22/25 23/21 25/24
33/17 38/5 41/8 41/9
41/18 41/20 42/21
their [3]  13/2 29/25
41/19
them [2]  17/25 24/23
then [23]  3/22 5/20
5/23 6/7 10/21 10/21
11/17 13/13 14/5 16/5
17/18 17/23 18/3 18/7
18/23 22/16 25/21
26/20 27/1 31/15 32/14
32/22 33/13
there [17]  3/17 4/4 9/1
9/11 9/22 21/13 23/10
25/9 25/14 30/12 32/22
33/20 37/5 37/18 37/19
38/20 43/2
there's [9]  24/13 24/14
24/16 31/18 34/4 34/7
38/9 38/10 38/17
thereafter [1]  5/22
therefore [1]  37/13
these [12]  3/12 8/13
13/11 16/24 17/24
18/20 18/20 22/24
25/13 33/10 33/10
33/18
they [11]  14/16 16/2
18/15 18/23 18/24 26/6
33/6 33/13 33/14 38/4
38/4
They're [3]  14/11 26/2
30/1
thing [1]  18/19 33/8
think [4]  16/7 26/21
37/22 41/12
third [3]  22/8 27/15
35/22
this [70]

**T**

those [6] 4/6 11/24 17/19 19/3 22/4 37/24
though [1] 38/11
thought [4] 19/1 24/2 33/16 33/21
thousands [1] 18/8
threat [1] 40/9
three [3] 10/18 12/20 19/11
threw [1] 10/20
through [4] 6/2 20/3 21/24 21/25
throughout [2] 15/14 21/7
time [22] 6/2 7/9 7/17 7/20 8/7 8/10 10/3 10/9 11/7 12/7 13/14 15/14 15/19 16/1 23/19 31/7 36/12 37/6 41/15 41/19 42/5 42/15
times [3] 13/22 18/12 33/3
timing [2] 8/12 12/1
titled [1] 44/4
today [1] 3/16
toilet [2] 10/14 10/20
told [2] 26/17 29/24
tonight [2] 16/7 26/22
too [1] 25/17
took [1] 29/20
top [12] 10/25 13/19 14/6 14/14 14/18 14/21 25/22 26/4 26/8 26/12 29/8 29/9
tosses [1] 10/14
totally [3] 14/11 26/2 30/1
tourists [2] 28/9 29/6
toward [5] 10/20 11/4 11/5 11/5 37/21
towards [3] 7/23 10/1 10/15
transcript [3] 1/9 2/16 44/3
transcription [1] 2/16
transpiring [2] 9/2 23/11
trashed [1] 18/8
travel [1] 42/14
traveling [1] 42/3
trial [4] 1/9 21/7 34/7 42/16
trickier [1] 39/8
truck [7] 13/14 17/7 25/16 26/14 29/1 31/8 37/21
true [2] 12/13 40/13
Trump [5] 14/19 17/10 26/9 28/24 35/17
Trumpers [2] 18/20 33/10
try [2] 11/24 41/12
trying [3] 18/25 29/17 33/15
tucked [2] 7/7 32/20
tug [2] 9/19 10/4
turn [1] 31/15

turns [6] 10/21 10/23 14/4 14/5 25/20 25/21
Twitter [3] 17/4 17/10 17/15
two [9] 4/8 4/10 11/3 17/5 17/13 19/11 33/18 33/20 33/22
types [1] 37/24

**U**

U.S [12] 1/18 3/25 4/3 4/18 5/9 5/11 15/16 5/17 21/8 21/9 35/19 39/10 29/7
U.S. [3] 19/6 21/12 29/7
U.S. Capitol [2] 19/6 29/7
U.S. Secret [1] 21/12
U.S.A [5] 14/13 14/14 14/14 26/3 26/4
U.S.C [2] 4/13 21/3
um [8] 16/6 18/18 18/18 18/20 18/21 26/20 33/8 33/11
un [1] 30/9
un-inalienable [1] 30/9
unalienable [1] 16/23
unanimously [1] 21/16
unconditional [1] 35/20
under [4] 4/13 7/7 11/14 27/25
underlying [2] 38/24 40/20
understand [3] 11/13 18/14 33/4
understanding [2] 26/23 30/5
undertaking [1] 40/17
unfucking [3] 14/19 26/9 28/24
unfucking-believable [3] 14/19 26/9 28/24
uniformed [1] 22/20
unin [1] 16/23
UNITED [21] 1/1 1/3 1/10 3/7 19/6 19/13 20/23 21/14 21/21 21/22 21/23 21/21 21/25 22/2 22/3 27/4 28/10 30/23 34/17 35/18 39/10
United States [13] 19/6 19/13 20/23 21/14 21/21 21/22 21/23 21/24 21/25 22/2 30/23 34/17 39/10
United States of [1] 3/7
unknown [1] 35/25
unlike [2] 36/25 38/1
unnecessarily [1] 28/2
unreasonably [1] 27/25
unrelated [2] 39/20 39/24
until [4] 6/12 6/15

up [18] 3/18 9/6 10/14 11/9 11/15 12/6 12/17 13/25 14/5 18/20 20/15 28/19 29/10 30/9 37/20 two [9] 4/8 4/10 11/3
upon [1] 5/18
upstairs [1] 11/16
urging [1] 31/8
us [6] 9/8 11/21 11/24 40/22 42/15 42/21
USAO [1] 1/18
usdoj.gov [2] 1/16 1/20
use [15] 33/25 34/15 34/19 34/21 35/15 35/24 36/2 36/14 37/4 37/7 38/18 38/23 39/17 40/1 40/10
used [12] 18/23 18/24 31/17 31/19 32/3 32/4 32/11 32/15 33/13 33/14 38/12 39/1
uses [2] 11/17 27/23
using [3] 7/20 15/20 29/10
usually [1] 40/4

**V**

VanBenSchoten [3] 24/8 31/11 32/7
vantage [2] 8/24 22/21
various [3] 4/25 15/4 20/21
vehicle [10] 13/14 13/20 14/7 14/15 14/21 14/25 23 26/4 26/12 29/8 29/10
vehicles [3] 14/18 26/8 40/6
verdict [4] 1/9 3/17 3/22 40/22
versus [1] 3/8
very [2] 7/3 43/8
via [3] 6/20 15/15 30/2
Vice [14] 5/12 5/14 5/16 5/19 5/25 6/5 6/8 6/12 6/14 19/24 19/25 20/7 31/6 31/9
video [19] 6/24 7/6 7/22 7/25 8/14 8/15 11/25 12/2 12/8 14/20 15/2 15/7 15/18 22/18 23/8 23/20 24/3 24/8 26/11
videoing [2] 14/6 25/22
videos [7] 4/25 15/5 17/11 17/19 17/24 20/21 26/17
view [3] 9/2 10/24 23/11
viewed [1] 7/22
viewing [1] 38/11
Vinton [3] 34/17 35/4 35/5

violation [3] 19/6 27/4 28/8
violations [1] 31/21
violence [2] 11/22 27/24
visible [4] 4/21 4/25 20/21 32/19
vision [1] 23/6
visiting [2] 19/22 35/10
voice [3] 11/12 14/24 15/1
vote [1] 4/19
vs [1] 1/5

**W**

waist [2] 17/8 40/5
waistband [4] 15/15 36/7 37/17 37/24
walk [1] 11/5
walked [1] 25/12
walking [1] 11/3
walks [3] 10/1 10/20 10/23
wall [9] 7/24 8/9 8/18 8/21 12/18 12/21 23/4 23/19 37/21
want [9] 9/10 9/11 11/21 11/22 11/22 11/23 18/6 18/10 42/9
war [2] 9/19 10/4
Warner [1] 11/11
was [76]
Washington [7] 1/5 1/15 1/19 2/14 6/20 18/12 33/3
watched [1] 29/25
watching [1] 22/24
way [2] 8/1 34/1
we [30] 3/17 3/18 7/15 8/24 9/9 9/9 11/13 11/13 11/15 11/20 11/21 11/22 11/22 11/23 16/6 16/7 26/20 26/21 32/18 36/17 37/1 37/7 38/19 41/12 41/13 41/14 41/18 42/4 42/24 43/2
We will [1] 42/24
we'll [3] 11/15 42/23 43/9
we're [3] 3/16 8/1 41/7
weapon [20] 4/7 4/15 19/1 27/4 31/18 31/19 31/20 31/25 32/9 33/16 33/21 34/21 34/25 35/3 36/4 36/15 38/13 38/18 39/2 40/20
wearing [5] 7/7 9/6 12/16 34/5 39/22
weekend [2] 42/8
weighs [1] 15/18
weight [1] 37/12
well [8] 11/4 15/7 16/2 20/19 22/1 25/8 30/22 42/8
went [2] 5/19 8/20
were [19] 4/25 5/3 5/17

510 9/15 9/23 15/12 16/24 17/14 18/14 20/21 22/12 24/11 26/24 28/21 30/23 31/12 33/5 40/17
what [20] 9/2 11/15 11/20 15/15 17/23 18/14 18/14 18/25 19/22 20/1 20/8 23/11 28/23 29/23 32/24 33/5 33/17 37/9 40/25 41/14
whatever [4] 33/10 42/5 42/15 42/19
whatsoever [1] 21/19
when [15] 7/22 8/17 25/7 27/15 27/20 29/15 29/15 31/2 36/18 36/20 37/1 37/6 37/10 38/4 41/9
whenever [3] 16/18 18/20 30/3
where [11] 8/23 9/7 9/25 10/20 19/21 23/6 28/16 30/11 35/9 36/25 38/2
whereas [1] 37/7
wherever [1] 33/10
whether [6] 6/21 22/8 22/14 24/5 31/20 32/14
which [35] 6/6 7/16 8/25 9/17 12/21 14/25 15/1 15/5 15/7 15/16 16/6 17/7 17/13 18/25 19/15 20/6 20/25 21/15 21/16 24/3 24/6 27/1 28/7 31/11 31/16 32/23 32/25 36/1 36/23 38/25 39/11 40/2 40/3 40/17 41/18
while [17] 4/3 9/4 13/19 14/6 15/19 17/6 21/5 22/24 25/22 28/18 28/25 29/9 29/11 36/12 38/4 38/8 40/5
whip [1] 29/10
white [2] 7/8 35/8
White House [1] 35/8
who [16] 5/12 5/14 9/5 9/15 11/11 12/16 12/17 13/9 16/23 24/4 25/1 25/14 28/19 28/21 30/9 30/23
whose [3] 4/20 13/17 28/25
why [6] 18/3 18/7 35/10 36/18 36/20 42/4
will [4] 14/22 19/22 24/5 42/24
William [3] 2/11 44/2 44/8
window [1] 6/3
wished [1] 35/11
within [8] 5/3 7/2 7/10 10/2 10/21 12/20 21/3 32/21
without [3] 11/12 19/12 22/9
witness [1] 29/13

52

**W**

**witnesses [1]** 20/18
**WL [3]** 19/14 21/22
21/23
**woman [3]** 9/6 9/13
23/13
**Woo [2]** 1/17 3/9
**word [1]** 24/12
**words [4]** 25/14 26/19
27/23 28/23
**wore [1]** 40/5
**works [5]** 17/16 41/23
41/25 42/4 42/19
**worse [1]** 18/9
**worst [1]** 18/9
**would [24]** 5/7 8/19
8/22 10/3 17/24 18/2
18/24 20/6 22/19 22/22
23/5 25/8 25/10 26/14
29/7 29/12 29/18 32/8
33/1 33/14 35/4 37/19
37/22 41/6
**written [1]** 31/22
**wrote [2]** 17/9 26/20

**Y**

**Y'all [1]** 8/1
**yeah [3]** 18/22 33/12
42/13
**year [1]** 16/25
**yelling [1]** 8/1
**yesterday [1]** 41/10
**York [1]** 1/15
**you [32]** 3/15 9/10 9/11
11/16 11/23 11/23 15/7
16/7 17/9 17/10 17/11
17/18 17/19 17/24
17/24 18/3 18/8 18/14
18/16 18/19 18/21
18/24 26/21 33/4 33/7
33/9 33/11 33/14 41/24
42/9 43/8 43/9
**you know [1]** 18/21
**you'll [1]** 42/3
**you're [2]** 9/8 9/8
**your [22]** 3/6 3/19 3/20
9/9 11/13 12/10 16/21
16/23 17/25 18/4 23/21
30/8 30/9 41/24 41/25
42/6 42/12 42/15 42/20
42/21 43/5 43/7
**Your Honor [12]** 3/6
3/19 3/20 41/24 41/25
42/6 42/12 42/15 42/20
42/21 43/5 43/7

**Z**

**Zaremba [3]** 2/11 44/2
44/8
**zoomed [1]** 17/7